CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO. 11-2129                                                    DIVISION "D-16"

CONCRETE BUSTERS OF LOUISIANA, INC. and
WASTE REMEDIATION OF PLAQUEMINES, LLC

VS.

FREDERICK R. HEEBE, ALBERT J. WARD, JR.,
RIVER BIRCH INCORPORATED and HWY 90, LLC

FILED: _____          _____
                                          DEPUTY CLERK

## MOTION TO QUASH SUBPOENAS DUCES TECUM

**NOW INTO COURT**, through undersigned counsel, comes defendant, Frederick R.

Heebe, and respectfully moves this Court for an order quashing the twenty subpoenas duces

tecum issued by plaintiffs on various entities, who are not parties to this litigation, and for a

protective order in connection with same. As more fully shown in the Memorandum in Support

accompanying this Motion, Plaintiffs requested issuance of the subpoenas on or around August

2, 2011 and set the return date for the voluminous document requests for August 15, 2011 at the

offices of plaintiff's counsel in Orleans Parish.

The subpoenas should be quashed because: (1) they fail to give the deponents sufficient

notice and time to comply as required by article 1463 of the Louisiana Code of Civil Procedure

and Uniform Rule, District Courts 9.15(a); (2) the information sought is otherwise irrelevant, the

requests are unreasonable, over broad, oppressive, unduly burdensome and harassing under

article 1354; and (3) as to the out of parish deponents, the subpoenas improperly command appearances outside of deponents' home parishes.

Moreover, as the Court knows, the plaintiffs themselves have claimed that discovery is "premature" because of the defendants' pending exceptions and have refused to appear for depositions in this matter. *See* Plaintiffs' Memorandum in Support of Motion to Quash Subpoenas, pp.1-2. In addition, the Court has ordered that the parties' pending discovery disputes, which involve many of the same issues contained in the latest round of subpoenas, will be heard on September 21, 2011, after the hearing on the defendants' exceptions.

For these reasons, the twenty subpoenas duces tecum should be temporarily quashed, *ex parte*, pending a hearing along with the other discovery motions for September 21, 2011.

**WHEREFORE**, the defendant prays that the Subpoenas Duces Tecum issued by plaintiffs to the following non-parties be temporarily quashed pending a hearing, which defendant prays be set for September 21, 2011 at 10:00 a.m.:

> Anne's Properties, LLC
> Dangle & Associates, LLC
> Willow, Inc.
> Water Front Properties, LLC
> Ring Associates, L.L.C.
> Big Bang Properties, L.L.C.
> B&C Contractors, L.L.C.
> Zydeco Holdings, L.L.C.
> Live Oak Homes Corporation
> Learlines, L.L.C.
> Shadow Lake Management Company, Inc.
> Coulon Consultants, L.L.C
> Caribe Resort Properties, L.L.C.
> Caribe Resort Properties I, L.L.C.
> B.L.U. 2, LLC

DHP, L.L.C.
CT Investements, LLC
B.L.U., LLC
Lagniappe Industries, LLC
CWC Gaming, LLC

Defendant further prays that, after hearing, this Motion be granted and that the Subpoenas

Duces Tecum be permanently quashed and a protective order issued directing that the discovery

sought not be had, and for such other and further relief as is appropriate under the circumstances.

Respectfully submitted,

_____

Kyle Schonekas, 11817
Joelle F. Evans, 23730
William P. Gibbens, 27225
Andrea V. Timpa, 29455
SCHONEKAS, EVANS, McGOEY,
& McEACHIN, L.L.C.
Poydras Center
650 Poydras Street, Suite 2105
New Orleans, Louisiana 70130
Telephone: (504) 680-6050

Attorneys for Frederick R. Heebe

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served all upon counsel of record by telefax and by U.S. Mail on August _____ 11 _____, 2011.   I further certify that in advance of the filing of this Motion in accordance with Rule 10.1 of the Uniform Rules for District Courts, I conferred with opposing counsel by telephone regarding the disputed discovery and we were unable to agree.

_____
William P. Gibbens

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO. 11-2129                                                    DIVISION "D-16"

CONCRETE BUSTERS OF LOUISIANA, INC. and
WASTE REMDIATION OF PLAQUEMINES, LLC

VS.

FREDERICK R. HEEBE, ALBERT J. WARD, JR.,
RIVER BIRCH INCORPORATED and HWY 90, LLC

FILED: _____          _____
                                                DEPUTY CLERK

**<u>ORDER</u>**

The foregoing Motion to Quash Subpoenas Duces Tecum filed by Frederick R. Heebe having been considered;

IT IS ORDERED that the Subpoenas Duces Tecum issued by plaintiffs to:

Anne's Properties, LLC
Dangle & Associates, LLC
Willow, Inc.
Water Front Properties, LLC
Ring Associates, L.L.C.
Big Bang Properties, L.L.C.
B&C Contractors, L.L.C.
Zydeco Holdings, L.L.C.
Live Oak Homes Corporation
Yearlines, L.L.C.
Shadow Lake Management Company, Inc.
Coulon Consultants, L.L.C

Caribe Resort Properties, L.L.C.
Caribe Resort Properties I, L.L.C.
B.L.U. 2, LLC
DHP, L.L.C.
CT Investements, LLC
B.L.U., LLC
Lagniappe Industries, LLC
CWC Gaming, LLC

~~be and are hereby temporarily quashed pending hearing on defendant's Motion to Quash.~~

IT IS FURTHER ORDERED that plaintiffs appear and show cause, if they can, on the 21st day of September, 2011 at 10 o'clock a.m. why the Motion to Quash and all relief prayed for therein should not be granted.

New Orleans, Louisiana this __11TH__ day of __August__, 2011.

_____
JUDGE

**PLEASE SERVE:**
Concrete Busters of Louisiana, Inc. and
Waste Remediation of Plaquemines, LLC
through their attorneys of record:
Randall A. Smith
Stephen M. Gele
Melissa M. Desormeaux
Smith & Fawer, LLC
201 St. Charles Avenue
Suite 3702
New Orleans, Louisiana  70170

ENTERED ON MINUTES

SEP 14 2011

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 11-2129                                      DIVISION "D-16"

CONCRETE BUSTERS OF LOUISIANA, INC. and
WASTE REMEDIATION OF PLAQUEMINES, LLC

VS.

FREDERICK R. HEEBE, ALBERT J. WARD, JR.,
RIVER BIRCH INCORPORATED and HWY 90, LLC

FILED: _____        _____
                                               DEPUTY CLERK

**MEMORANDUM IN SUPPORT OF
MOTION TO QUASH SUBPOENAS DUCES TECUM**

Defendant, Frederick R. Heebe, respectfully submits this Memorandum in Support of his

Motion to Quash Subpoenas Duces Tecum issued by plaintiffs on various entities, who are not

parties to this litigation, and for a protective order preventing the plaintiffs from continuing their

abusive discovery tactics.  As shown below, the Subpoenas are procedurally defective as well as

unreasonable, overly broad, oppressive, unduly burdensome and harassing.

**BACKGROUND**

In December 2009, the plaintiff, Concrete Busters, and the defendant, River Birch, Inc.,

submitted competing bids in response to Jefferson Parish's Request for Proposals 176, which sought

bids for waste disposal services.  After evaluating both proposals, the Jefferson Parish Council

awarded a waste disposal contract to River Birch.  Concrete Busters did not contest or appeal the

award of the contract.

More than two years later, on February 25, 2011, Concrete Busters and Waste Remediation

filed the present Petition for Damages asserting various vague and speculative claims against River

Birch, HWY 90, LLC, Fred Heebe, and Jim Ward.  In their Petition, the plaintiffs, "upon information

and belief" and without any discernable evidence, attempt to assert claims for unfair trade practices,

antitrust, monopoly, and unjust enrichment.  Without citing any evidence, the plaintiffs vaguely

allege the existence of a purported "conspiracy" among the defendants and various Jefferson Parish

1

officials, who are not named as defendants.

Because of the vague nature of the plaintiffs' allegations, the defendants have been trying since April 2011 to depose the plaintiffs' principals, Louis Lauricella and Francis Roussel, to ascertain the basis for their complaint. Plaintiffs' counsel refused to cooperate in the setting of the depositions. Defendants, therefore, caused subpoenas to be issued to Mr. Lauricella and Mr. Roussel setting their depositions for May 24 and May 25. Plaintiffs filed a Motion to Quash defendants' subpoenas, arguing that discovery was "premature" because the defendants' exceptions were still pending. Nonetheless, the plaintiffs themselves then issued written discovery to defendants, to which defendants have objected.

As a result of Mr. Lauricella and Mr. Roussel's failure to appear for their depositions, defendants have filed a Motion for Contempt. Plaintiffs, on the other hand, have filed a Motion to Compel in response to defendants' objections to plaintiffs' written discovery. Plaintiffs have also attempted to schedule a status conference for the purpose of imposing a discovery plan.

The Court has ordered that the exceptions and all discovery motions will be heard on September 21, 2011 at 10:00 a.m. Despite this order, plaintiffs have continued to issue abusive discovery and have now caused <u>twenty</u> subpoenas duces tecum to be issued to various non-parties, most of whom are not even mentioned in the lawsuit, seeking an unreasonable number of documents and financial records that have no relevancy to the present litigation. *See* Exh. "A," *in globo*.

There is no better term for the subpoenas than a "fishing expedition." Clearly, the plaintiffs have filed a lawsuit without a legitimate basis and are now seeking support for their groundless theory. "The discovery rules are designed to assist a party to prove a claim it reasonably believes to be viable without discovery, not to find out if it has any basis for a claim." *Russell v. Choicepoint Services, Inc.*, 302 F. Supp.2d 654 (E.D. La. 2004).

The plaintiffs' subpoenas are entirely irrelevant to their lawsuit, and the plaintiffs cannot provide any legitimate reason for issuing them. Moreover, as shown below, not only are the subpoenas unreasonable and oppressive, they fail to provide sufficient notice and attempt to compel appearances in Orleans Parish by non-residents contrary to law. Accordingly, the subpoenas should be quashed, and a protective order should be entered prohibiting plaintiffs' discovery.

## LAW AND ARGUMENT

I.   This Court Has Broad Discretion to Vacate the Subpoena Duces Tecum and/or Issue a Protective Order.

The trial judge has broad discretion in controlling pre-trial discovery. *Moak v. Illinois Cent. R. Co.*, 631 So. 2d 401, 406 (La. 1994); *Walker, Tooke & Lyons, L.L.P. v. Sapp*, 37,966-CA, p.8 (La. App. 2 Cir. 12/10/03), 862 So. 2d 414, 419. Article 1354 of the Louisiana Code of Civil Procedure grants the trial court discretionary authority to "vacate or modify" a subpoena duces tecum "if it is unreasonable or oppressive." La. Code Civ. P. art. 1354. For the reasons stated below, this Court should quash the Subpoenas under article 1354 and issue a protective order holding that the discovery not be had.

II.   The Subpoenas Do Not Give Reasonable Notice.

The Subpoenas should be quashed for failing to give reasonable notice. Article 1438 requires that "a party desiring to take the deposition of any person upon oral examination shall give *reasonable notice* in writing to every other party to the action." La. Code Civ. Proc. art. 1438 (emphasis added). Moreover, article 1463 requires that to obtain production of documents from a person not a party, "*reasonable notice* of the intended inspection" must be given. La. Code Civ. Proc. art. 1463 (emphasis added). Additionally, article 1356 provides that "subpoenas duces tecum compelling the appearance of a witness who is not a party shall be served within a *reasonable period of time* before the time specified for the deposition." La. Code Civ. Prod. art. 1356(B) (emphasis added). Uniform Rule, District Courts 9.15(a) requires that deponents be given at least 10 days notice "before the desired appearance date."

Here, at least three of the subpoenas were served on August 8, 2011. *See* Ex. "B" (subpoenas for Shadowlake Management, Willow, and Live Oak Homes). Because the subpoenas command an appearance and production of records on August 15, 2011, they should be quashed.

III.   The Plaintiffs' Discovery Requests are Abusive.

Setting aside the procedural deficiencies, the plaintiffs' discovery requests are abusive. The Louisiana Code of Civil Procedure provides that: "[p]arties may obtain discovery regarding any matter not privileged, which is **relevant** to the subject matter involved in the pending action." La.

Code Civ. P. art. 1422 (emphasis added). Although the information sought need only be "reasonably calculated to lead to the discovery of admissible evidence," discovery requests that are overly broad, oppressive, vague, or irrelevant exceed the scope of permissible discovery. La. Code Civ. P. art. 1422; *Stolze v. Safety & Systems Assur. Consultants, Inc.*, 2002-1197 (La. 5/24/02), 819 So. 2d 287, 289. Thus, while "liberality of pre-trial discovery should be encouraged, it must not be fostered without regard to the right of the party against whom it is invoked to be protected from harassment and financial loss." *Bianchi v. Pattison Pontiac Co.*, 258 So. 2d 388, 390 (La. App. 4th Cir. 1972). As aptly stated by one court:

> Discovery is not intended as a fishing expedition permitting the speculative pleading of a case first and then pursuing discovery to support it; the Plaintiff must have some basis in fact for the action. The discovery rules are designed to assist a party to prove a claim it reasonably believes to be viable without discovery, not to find out if it has any basis for a claim.

*Russell v. Choicepoint Services, Inc.*, 302 F. Supp.2d 654 (E.D. La. 2004)[1] quoting *Zuk v. Eastern Pa. Psychiatric Inst. of the Med. College*, 103 F.3d 294, 299 (3d Cir.1996); *Micro Motion, Inc. v. Kane Steel Co.*, 894 F.2d 1318, 1327 (C.A. Fed. 1990); *see also Sal Ciolino & Associates v. First Extended Services*, 2006 W.L. 1581248, *2 (E.D. La. 2006) (finding that "the legal tenet that relevancy in the discovery context is broader than in the context of admissibility should not be misapplied so as to allow fishing expeditions in discovery").

Without question, our law limits discovery "to matters relevant to the case under consideration." *Alford v. Kaiser Alum. & Chem. Corp.*, 229 So. 2d 372, 374 (La. App. 4 Cir. 1969). When the discovery sought extends into matters not relevant to proving any issue under consideration by the trial court, the entry of a protective order limiting the scope of discovery is appropriate. *Id.* at 374-75.

In their lawsuit, the plaintiffs allege that the defendants somehow restrained trade by preventing them from entering into a waste contract with Jefferson Parish. However, the plaintiffs' subpoenas are not even remotely connected to this claim. The plaintiffs have issued subpoenas to companies that have nothing to do with the Jefferson Parish contract, and, even if the companies had

some plausible connection, the plaintiffs seek information that is completely irrelevant.

For example, the plaintiffs have subpoenaed Shadowlake Management Company, Inc. for "any distributions to owners or investors, including but not limited to, any K-1s for the years of 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, and 2011." Shadowlake is not a party to these proceedings, and the plaintiffs have made no allegation that Shadowlake played any role in the Jefferson Parish contract.

Similarly, the plaintiffs have asked Live Oak Homes Corporation for "any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish Request for Proposal (RFP) Nos. 158 and/or 176, including any drafts of said RFPs, any Jefferson Parish Department of Environmental Affairs inter-office memoranda regarding Request for Proposals Nos. 158 and/or 176." However, the plaintiffs have made no allegation that Live Oak had any involvement with either of these RFPs.

The plaintiffs request from B.L.U., LLC "all contracts you had with consultants from 2004 through present"; "all contracts you have with subcontractors from 2004 through present"; and "all leases for office space for the period of 2007-present." None of these requests have anything to do with the plaintiffs' complaint against River Birch, Highway 90, Heebe, or Ward.

The plaintiffs have issued the same abusive discovery requests to twenty different entities. Obviously, these subpoenas are overly broad, irrelevant, oppressive and harassing. As noted above, none of the deponents are parties, and the vast majority of them are not even mentioned in the lawsuit. There can be no doubt that plaintiffs are engaged in a fishing expedition with the hopes of finding some information to support their loosely pled theory.

Many of plaintiffs' requests demand "any and all" documents or correspondence for an unlimited timeframe. *See* Exh. "A." Plaintiffs also demand sensitive and confidential financial records without even attempting to make a minimum showing of relevancy, much less the heightened standard of good cause required for this type of information. *Ouachita Nat. Bank in Monroe v. Palowsky*, 554 So. 2d 108, 112 (La. App. 2 Cir. 1989); *Simon v. Fasig-Tipton Co. of N.Y.*,

---

[1]     As the Louisiana discovery provisions are substantially similar to the federal provisions, consideration of federal jurisprudence on discovery is appropriate. *Ogea v. Jacobs*, 344 So.2d 953, 957 (La. 1977).

524 So. 2d 788, 792 (La. App. 3 Cir. 1988); *Stolze*, 819 So. 2d at 289; *Bianchi*, 258 So. 2d at 389-90.

Accordingly, the Subpoenas should also be quashed because they are over broad, oppressive, irrelevant and harassing.

IV.    <u>Plaintiffs May Not Compel Non-Resident Deponents to Appear in Orleans Parish.</u>

Article 1436 of the Louisiana Code of Civil Procedure provides that:

> A witness who is a resident of this state may be required to attend an examination to take his deposition **only in the parish in which he resides or is employed or transacts his business in person**, or at such other convenient place as may be fixed by order of court.

La. Code Civ. Proc. art. 1436 (emphasis added). The law is well-settled that a non-party witness is not required to appear for a deposition in a parish where he does not reside and does not transact business. *Giardina v. Horn*, 519 So. 2d 866, 868 (La. App. 4 Cir. 1988) (holding that non-party deponent was justified in refusing to appear for deposition in Orleans Parish where he lived and worked in Jefferson Parish); *Sternberg v. Sternberg*, 97-101 (La. App. 5 Cir. 5/28/97), 695 So. 2d 1068, 1072 (holding that St. Tammany Parish resident could not be compelled to attend deposition in Jefferson Parish when he had no relevant connections with that parish). Further, although article 1463(B) permits parties to issue subpoena duces tecum to non-parties for production and inspection of documents and things, the article "is an access article, not an article requiring physical action beyond access." *Brown v. ODECO Oil & Gas Co.*, 96-1366 (La. App. 4 Cir. 9/11/96), 681 So. 2d 10, 11.

Here, several of the deponents are not residents of Orleans Parish. Even if plaintiffs' requests were otherwise relevant and unobjectionable, the law is clear that plaintiffs may not compel their appearance for a deposition in Orleans Parish. Accordingly, the subpoenas should be quashed on this basis as well.

## CONCLUSION

For the foregoing reasons, the twenty subpoenas duces tecum issued by plaintiffs to various non-party deponents should be vacated and quashed and a protective order entered denying the production sought.

Respectfully submitted,

Kyle Schonekas, 11817
Joelle F. Evans, 23730
William P. Gibbens, 27225
Andrea V. Timpa, 29455
SCHONEKAS, EVANS, McGOEY
& McEACHIN, L.L.C.
650 Poydras Street, Suite 2105
New Orleans, Louisiana 70130
Telephone: (504) 680-6050

Attorneys for Frederick R. Heebe

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by facsimile, email and/or by placing same in the United States mail, postage prepaid and properly addressed, this ___11___ day of August, 2011.

William P. Gibbens

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS.
STATE OF LOUISIANA

SUBPOENA

11-2129                    DIVISION "D "            Docket No.

CONCRETE BUSTERS OF LOUISIANA, INC. AND WASTE REMEDIATION OF PLAQUEMINES, LLC

VS.

FREDERICK R. HEEBE, ALBERT J. WARD, JR., RIVER BIRCH INCORPORATED AND HWY 90, LLC

TO:  B&C Contractors, L.L.C.,Registered Agent: Richard P. Richter, 909 Poydras St., Suite 2800 New Orleans, LA 70056

      CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed below.

---

### SUBPOENA REQUEST

[    ]  YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in Division "_", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of _ 20_ at _ o'clock _.m., to testify the truth according to your knowledge, in a controversy pending herein between the parties above named; and hereof you are not to fail under the penalty of the law. By order of the Court.

---

### DEPOSITION SUBPOENA REQUEST

[    ]  YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

### REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[XXX ]  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects for the ___ trial, __X___ deposition, or _ hearing (state type) _____ _____ at the place, date and time specified below (list documents or objects) pursuant to the provisions of Article 1354 et. seq. of the LA Code of Civil Procedure.

Please see attached Exhibit "A" for a description of the documents sought under this subpoena.

| PLACE | DATE AND TIME |
|---|---|
| Smith & Fawer, 201 St. Charles Ave., Ste 3702 New Orleans, LA 70170 | August 15, 2011 at 11:00 a.m. |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY              _____
                      Attorney's Signature

ATTORNEY'S
NAME & BAR NUMBER    Stephen Gele   LA #22385

ADDRESS
&
TELEPHONE NUMBER    201 St. Charles Ave., Ste. 3702

                  New Orleans, LA 70170

                  (504) 525-2200

File original and two copies with Clerk
fourth copy for Attorney's File

ATTORNEY'S FILE COPY



EXHIBIT

A

ATTACHED EXHIBIT "A"

1)      Any and all correspondence and/or e-mails to the following:
            1) Henry M. Mouton;
            2) Timothy Coulon;
            3) Mary Coulon;
            4) Timothy Whitmer;
            5) Dawn Whitmer;
            6) Tom Wilkinson;
            7) Aaron Broussard;
            8) Any employee of CWC Gaming, LLC;
            9) Any employee of Lagniappe Industries, LLC;
            10) Any employee of CT Investments, L.L.C.;
            11) Any employee of DHP, LLC;
            12) Any employee of Caribe Resort Properties, L.L.C.;
            13) Any employee of Caribe Resort Properties I, L.L.C.;
            14) Any employee of Coulon Consultants, L.L.C.;
            15) Any employee of Learlines, L.L.C.;
            16) Any employee of The Sierra Club;
            17) Any employee of Zydeco Holdings, LLC
            17) Darryl Malek-Wiley;
            18) David Fos;
            19) Al Gandolfi;
            20) Dutchie Connick;
            21) Nancy Cassagne;
            22) Dominick Fazzio
            23) Any member of the Jefferson Parish Council from January 1, 2007-present;

2)      Please produce copies of any and all documents, including electronic documents,
        evidencing or memorializing any and all moneys exchanged or contemplated to be
        exchanged, including any invoices, statements, bills, receipts, cancelled checks, check
        registers, bank statements, wire transfers, settlement agreements, releases, promissory
        notes, financial instruments, financial statements, tax filings, accounting records, between
        B&C Contractors, LLC and the following individuals:
            1) Timothy ("Tim") Coulon;
            2) Mary Coulon;
            3) Timothy ("Tim") Whitmer;
            4) Dawn Whitmer;
            5) Tom Wilkinson;
            6) Aaron Broussard;
            7) Darryl Malek-Wiley;
            8) David Fos;
            9) Nancy Cassagne;
            10) Dominick Fazzio;

11) Henry M. Mouton.

4) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between B&C Contractors, LLC and the following companies:

    1) CWC Gaming, LLC, or any employee thereof;
    2) Lagniappe Industries, LLC, or any employee thereof;
    3) CT Investments, L.L.C., or any employee thereof;
    4) DHP, LLC, or any employee thereof;
    5) Caribe Resort Properties, L.L.C., or any employee thereof;
    6) Caribe Resort Properties I, L.L.C., or any employee thereof;
    7) Coulon Consultants, L.L.C., or any employee thereof;
    8) Learlines, L.L.C., or any employee thereor;
    9) Sierra Club;
    10) Zydeco Holdings, L.L.C.;
    11) Dangle & Associates, LLC;
    12) Water Front Properties, LLC;
    13) Big Bang Properties, LLC;
    14) Anne's Properties, LLC;
    15) Willow, Inc.;
    16) Ring Associates, LLC;
    17) Live Oak Homes Co.;
    18) Heebe & Heebe, P.L.C.;
    19) Trout Point Lodge;
    20) West Jefferson Hospital;
    21) Shadow Lake Management Company, Inc.;
    22) B.L.U., LLC;
    23) B.L.U., 2, LLC;
    24) Fred Heebe Investments;
    25) River Birch, Inc;
    26) Hwy 90, LLC;
    27) Any company, including but not limited to corporations, limited liability companies, or any other legal entity, of which any of the above listed persons and/or entities owns fifteen (15) percent or more.

5) Please produce a copy of the Articles of Incorporation, Articles of Organization, operating agreements, shareholders agreements, stock certificates, minutes of stockholder meetings, minutes of meetings of Managers or Members, and any and all documents submitted to the Louisiana Secretary of State, including, but not limited to, annual reports, Application for Certificate of Authority, Application for Appointment of Registered Agent, Registered Agent/Office Statement of Change, Articles of Correction, Articles of Amendment, Articles of Merger or Share Exchange, Reservation of Name,

Letter of Intent to Dissolve, and/or Application for Registration of Name, Change of Members and/or Managers, regarding B&C Contractors, LLC, and/or any predecessor or successor entity from the date of incorporation to present.

6)   Please produce evidence of any distributions to owners or investors, including but not limited to, any K-1s for the years of 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, and 2011.

7)   Please produce any documents, including internal memoranda, relating to the re-zoning of the River Birch Landfill in 1997 from 1996 through present.

8)   Please produce any correspondence, including e-mails, or recordings relating to the re-zoning of the River Birch Landfill, from 1996 through present, whether written or received, between you and:
   1) Tim Coulon;
   2) Aaron Broussard;
   3) Tom Wilkenson;
   4) Tim Whitmer;
   5) Henry Mouton

9)   Please produce any documents, internal memoranda, correspondence, including e-mails, or recordings relating to B&C Contractors, L.L.C.'s dealings with either Group Insurance Associates Inc. or Lagniappe Industries, LLC.

10)   Please produce a copy of any and all documents related to any insurance policies serviced by Group Insurance Associates, Inc., with either United Healthcare of Louisiana or Humana Health Benefit Plan of Louisiana, including but not limited to the actual policy, declaration pages, binders, certificates of insurance, schedules, applications, claims history, submissions to brokers and/or underwriters, background checks, criminal history checks, worksheets, quotes, checks, drafts, reservation of rights letters, ACCORD certificates, reports of all claims, proofs of loss, communications with insurance agents/producers/brokers, and communications with the insurer.

11)   Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between B&C Contractors, L.L.C. and Lagniappe Industries, LLC.

12)   Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish Request for Proposal (RFP) Nos. 158 and/or 176, including any drafts of said RFPs, any Jefferson Parish Department of Environmental Affairs inter-office memoranda regarding Request for Proposals Nos. 158 and/or 176.

13) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to, or utilized in, the negotiations with Jefferson Parish Administration and/or Tom Wilkinson, regarding the landfill contract with River Birch Incorporated and Hwy 90, LLC arising out of RFP No. 176.

14) Please produce any and all contracts, drafts of contracts, forms, memoranda of understanding, agreements, or marked up copies of a contract between Jefferson Parish Administration and/or Tom Wilkinson and River Birch Incorporated and Hwy 90, LLC regarding the waste removal/landfill contract arising out of RFP No. 176.

15) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish zoning, Jefferson Parish planning, or Jefferson Parish's master plan.

16) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings regarding the Jefferson Parish Landfill, Old Gentilly Landfill, and/or St. Bernard Parish Landfill (operated by Gioe's Truck Service, Inc. d/b/a Gioe's Truck Service and Demolition).

17) Please produce any and all contracts you had with consultants from 2004 through present.

18) Please produce any and all contracts you have with subcontractors from 2004 through present.

19) Please provide a list of B&C Contractors, L.L.C. employees for the period of 2007-present.

20) Please provide a copy of all leases for office space for the period of 2007-present.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

11-2129                    DIVISION "D "           Docket No._____

                                                   CIVIL

CONCRETE BUSTERS OF LOUISIANA, INC. AND WASTE REMEDIATION OF
PLAQUEMINES, LLC
                              VS.

FREDERICK R. HEEBE,  ALBERT J. WARD, JR., RIVER BIRCH INCORPORATED
AND HWY 90, LLC

TO:   Big Bang Properties, L.L.C. Registered Agent: Richard P. Richter, 909 Poydras St.,
Suite 2800 New Orleans, LA 70056

         CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed
below.

_____ SUBPOENA REQUEST _____

[      ]   YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in
Division "_", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of 20__ at . o'clock
_.m., to testify the truth according to your knowledge, in a controversy pending herein between the
parties above named; and hereof you are not to fail under the penalty of the law.  By order of the Court.

_____ DEPOSITION SUBPOENA REQUEST _____

[      ]   YOU ARE COMMANDED to appear at the place, date and time specified below to testify
at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

_____ REQUEST FOR WRIT OF SUBPOENA DUCES TECUM _____

[XXX ]   YOU ARE COMMANDED to produce and permit inspection and copying of the following
documents or objects for the ___ trial, _X_____ deposition, or __ hearing (state type) _____
_____ at the place, date and time specified below (list documents or objects) pursuant to the provisions
of Article 1354 et. seq. of the LA Code of Civil Procedure.

Please see attached Exhibit "A" for a description of the documents sought under this subpoena.

| PLACE | DATE AND TIME |
|---|---|
| Smith & Fawer, 201 St. Charles Ave., Ste 3702 New Orleans, LA 70170 | August 15, 2011 at 11:00 a.m. |

Issued at the request of; and,
Fees and cost guaranteed by undersigned



ATTORNEY                    _____
                                    Attorney's Signature
ATTORNEY'S
NAME & BAR NUMBER           Stephen Gele    LA #22385

ADDRESS
&                           201 St. Charles Ave., Ste. 3702
TELEPHONE NUMBER            New Orleans, LA 70170

                            (504) 525-2200

                    File original and two copies with Clerk
                       fourth copy for Attorney's File

                       ATTORNEY'S FILE COPY

ATTACHED EXHIBIT "A"

1) Any and all correspondence and/or e-mails to the following:
   1) Henry M. Mouton;
   2) Timothy Coulon;
   3) Mary Coulon;
   4) Timothy Whitmer;
   5) Dawn Whitmer;
   6) Tom Wilkinson;
   7) Aaron Broussard;
   8) Any employee of CWC Gaming, LLC;
   9) Any employee of Lagniappe Industries, LLC;
   10) Any employee of CT Investments, L.L.C.;
   11) Any employee of DHP, LLC;
   12) Any employee of Caribe Resort Properties, L.L.C.;
   13) Any employee of Caribe Resort Properties I, L.L.C.;
   14) Any employee of Coulon Consultants, L.L.C.;
   15) Any employee of Learlines, L.L.C.;
   16) Any employee of The Sierra Club;
   17) Any employee of Zydeco Holdings, LLC
   17) Darryl Malek-Wiley;
   18) David Fos;
   19) Al Gandolfi;
   20) Dutchie Connick;
   21) Nancy Cassagne;
   22) Dominick Fazzio
   23) Any member of the Jefferson Parish Council from January 1, 2007-present;

2) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Big Bang Properties, LLC and the following individuals:
   1) Timothy ("Tim") Coulon;
   2) Mary Coulon;
   3) Timothy ("Tim") Whitmer;
   4) Dawn Whitmer;
   5) Tom Wilkinson;
   6) Aaron Broussard;
   7) Darryl Malek-Wiley;
   8) David Fos;
   9) Nancy Cassagne;
   10) Dominick Fazzio;

11) Henry M. Mouton.

4) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Big Bang Properties, LLC and the following companies:

    1) CWC Gaming, LLC, or any employee thereof;
    2) Lagniappe Industries, LLC, or any employee thereof;
    3) CT Investments, L.L.C., or any employee thereof;
    4) DHP, LLC, or any employee thereof;
    5) Caribe Resort Properties, L.L.C., or any employee thereof;
    6) Caribe Resort Properties I, L.L.C., or any employee thereof;
    7) Coulon Consultants, L.L.C., or any employee thereof;
    8) Learlines, L.L.C., or any employee thereof;
    9) Sierra Club;
    10) Zydeco Holdings, L.L.C.;
    11) Dangle & Associates, LLC;
    12) Water Front Properties, LLC;
    13)  B & C Contractors, LLC;
    14) Anne's Properties, LLC;
    15) Willow, Inc.;
    16) Ring Associates, LLC;
    17) Live Oak Homes Co.;
    18) Heebe & Heebe, P.L.C.;
    19) Trout Point Lodge;
    20) West Jefferson Hospital;
    21) Shadow Lake Management Company, Inc.;
    22) B.L.U., LLC;
    23) B.L.U., 2, LLC;
    24) Fred Heebe Investments;
    25) River Birch, Inc;
    26) Hwy 90, LLC;
    27) Any company, including but not limited to corporations, limited liability companies, or any other legal entity, of which any of the above listed persons and/or entities owns fifteen (15) percent or more.

5) Please produce a copy of the Articles of Incorporation, Articles of Organization, operating agreements, shareholders agreements, stock certificates, minutes of stockholder meetings, minutes of meetings of Managers or Members, and any and all documents submitted to the Louisiana Secretary of State, including, but not limited to, annual reports, Application for Certificate of Authority, Application for Appointment of Registered Agent, Registered Agent/Office Statement of Change, Articles of Correction, Articles of Amendment, Articles of Merger or Share Exchange, Reservation of Name,

Letter of Intent to Dissolve, and/or Application for Registration of Name, Change of Members and/or Managers, regarding Big Bang Properties, LLC, and/or any predecessor or successor entity from the date of incorporation to present.

6) Please produce evidence of any distributions to owners or investors, including but not limited to, any K-1s for the years of 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, and 2011.

7) Please produce any documents, including internal memoranda, relating to the re-zoning of the River Birch Landfill in 1997 from 1996 through present.

8) Please produce any correspondence, including e-mails, or recordings relating to the re-zoning of the River Birch Landfill, from 1996 through present, whether written or received, between you and:
   1) Tim Coulon;
   2) Aaron Broussard;
   3) Tom Wilkenson;
   4) Tim Whitmer;
   5) Henry Mouton.

9) Please produce any documents, internal memoranda, correspondence, including e-mails, or recordings relating to Big Bang Properties, LLC's dealings with either Group Insurance Associates Inc. or Lagniappe Industries, LLC.

10) Please produce a copy of any and all documents related to any insurance policies serviced by Group Insurance Associates, Inc., with either United Healthcare of Louisiana or Humana Health Benefit Plan of Louisiana, including but not limited to the actual policy, declaration pages; binders, certificates of insurance, schedules, applications, claims history, submissions to brokers and/or underwriters, background checks, criminal history checks, worksheets, quotes, checks, drafts, reservation of rights letters, ACCORD certificates, reports of all claims, proofs of loss, communications with insurance agents/producers/brokers, and communications with the insurer.

11) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Big Bang Properties, LLC and Lagniappe Industries, LLC.

12) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish Request for Proposal (RFP) Nos. 158 and/or 176, including any drafts of said RFPs, any Jefferson Parish Department of Environmental Affairs inter-office memoranda regarding Request for Proposals Nos. 158 and/or 176.

13)   Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to, or utilized in, the negotiations with Jefferson Parish Administration and/or Tom Wilkinson, regarding the landfill contract with River Birch Incorporated and Hwy 90, LLC arising out RFP No. 176.

14)   Please produce any and all contracts, drafts of contracts, forms, memorandums of understanding, agreements, or marked up copies of a contract between Jefferson Parish Administration and/or Tom Wilkinson and River Birch Incorporated and Hwy 90, LLC regarding the waste removal/landfill contract arising out of RFP No. 176.

15)   Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish zoning, Jefferson Parish planning, or Jefferson Parish's master plan.

16)   Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings regarding the Jefferson Parish Landfill, Old Gentilly Landfill, and/or St. Bernard Parish Landfill (operated by Gioe's Truck Service, Inc. d/b/a Gioe's Truck Service and Demolition);

17)   Please produce any and all contracts you had with consultants from 2004 through present.

18)   Please produce any and all contracts you have with subcontractors from 2004 through present.

19)   Please provide a list of Big Bang Properties, LLC employees for the period of 2007-present.

20)   Please provide a copy of all leases for office space for the period of 2007-present.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

11-2129                    DIVISION "D "              Docket No.

CONCRETE BUSTERS OF LOUISIANA, INC. AND WASTE REMEDIATION OF
PLAQUEMINES, LLC

VS.

FREDERICK R. HEEBE,  ALBERT J. WARD, JR., RIVER BIRCH INCORPORATED
AND HWY 90, LLC

TO:    B.L.U., LLC, Registered Agent: Richard P. Richter, 909 Poydras St., Suite 2800 New
Orleans, LA 70056

        CLERK, CIVIL DISTRICT COURT – Please issue a subpoena to the above party as directed
below.

─────────────────────────────── SUBPOENA REQUEST ───────────────────────────────

[     ]  YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in
Division "_", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of _ 20_ at _ o'clock
_.m., to testify the truth according to your knowledge, in a controversy pending herein between the
parties above named; and hereof you are not to fail under the penalty of the law.  By order of the Court.

────────────────────────── DEPOSITION SUBPOENA REQUEST ──────────────────────────

[     ]  YOU ARE COMMANDED to appear at the place, date and time specified below to testify
at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

─────────────────── REQUEST FOR WRIT OF SUBPOENA DUCES TECUM ───────────────────

[XXX ]  YOU ARE COMMANDED to produce and permit inspection and copying of the following
documents or objects for the ___ trial, _X_ deposition, or _ hearing (state type) _____
at the place, date and time specified below (list documents or objects) pursuant to the provisions
of Article 1354 et. seq. of the LA Code of Civil Procedure.

Please see attached Exhibit "A" for a description of the documents sought under this subpoena.

| PLACE | DATE AND TIME |
|---|---|
| Smith & Fawer, 201 St. Charles Ave., Ste 3702 New Orleans, LA 70170 | August 15, 2011  at 11:00 a.m. |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY            _____
                        Attorney's Signature
ATTORNEY'S
NAME & BAR NUMBER     Stephen Gele    LA #22385

ADDRESS
&                     201 St. Charles Ave., Ste. 3702
TELEPHONE NUMBER      New Orleans, LA 70170

                     (504) 525-2200

File original and two copies with Clerk
fourth copy for Attorney's File

ATTORNEY'S FILE COPY

ATTACHED EXHIBIT "A"

1)   Any and all correspondence and/or e-mails to the following:
        1) Henry M. Mouton;
        2) Timothy Coulon;
        3) Mary Coulon;
        4) Timothy Whitmer;
        5) Dawn Whitmer;
        6) Tom Wilkinson;
        7) Aaron Broussard;
        8) Any employee of CWC Gaming, LLC;
        9) Any employee of Lagniappe Industries, LLC;
        10) Any employee of CT Investments, L.L.C.;
        11) Any employee of DHP, LLC;
        12) Any employee of Caribe Resort Properties, L.L.C.;
        13) Any employee of Caribe Resort Properties I, L.L.C.;
        14) Any employee of Coulon Consultants, L.L.C.;
        15) Any employee of Learlines, L.L.C.;
        16) Any employee of The Sierra Club;
        17) Any employee of Zydeco Holdings, LLC
        17) Darryl Malek-Wiley;
        18) David Fos;
        19) Al Gandolfi;
        20) Dutchie Connick;
        21) Nancy Cassagne;
        22) Dominick Fazzio
        23) Any member of the Jefferson Parish Council from January 1, 2007-present;

2)   Please produce copies of any and all documents, including electronic documents,
     evidencing or memorializing any and all moneys exchanged or contemplated to be
     exchanged, including any invoices, statements, bills, receipts, cancelled checks, check
     registers, bank statements, wire transfers, settlement agreements, releases, promissory
     notes, financial instruments, financial statements, tax filings, accounting records, between
     B.L.U., LLC and the following individuals:
        1) Timothy ("Tim") Coulon;
        2) Mary Coulon;
        3) Timothy ("Tim") Whitmer;
        4) Dawn Whitmer;
        5) Tom Wilkinson;
        6) Aaron Broussard;
        7) Darryl Malek-Wiley;
        8) David Fos;
        9) Nancy Cassagne;
        10) Dominick Fazzio;

11) Henry M. Mouton.

4)  Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between B.L.U., LLC and the following companies:
1) CWC Gaming, LLC, or any employee thereof;
2) Lagniappe Industries, LLC, or any employee thereof;
3) CT Investments, L.L.C., or any employee thereof;
4) DHP, LLC, or any employee thereof;
5) Caribe Resort Properties, L.L.C., or any employee thereof;
6) Caribe Resort Properties I, L.L.C., or any employee thereof;
7) Coulon Consultants, L.L.C., or any employee thereof;
8) Learlines, L.L.C., or any employee thereof;
9) Sierra Club;
10) Zydeco Holdings, L.L.C.;
11) Dangle & Associates, LLC;
12) Water Front Properties, LLC;
13) B & C Contractors, LLC;
14) Anne's Properties, LLC;
15) Willow, Inc.;
16) Ring Associates, LLC;
17) Big Bang Properties, LLC;
18) Heebe & Heebe, P.L.C.;
19) Trout Point Lodge;
20) West Jefferson Hospital;
21) Live Oak Homes, Co.;
22) B.L.U. 2, LLC;
23) Shadow Lake Management Co., Inc.;
24) Fred Heebe Investments;
25) River Birch, Inc;
26) Hwy 90, LLC;
27) Any company, including but not limited to corporations, limited liability companies, or any other legal entity, of which any of the above listed persons and/or entities owns fifteen (15) percent or more.

5)  Please produce a copy of the Articles of Incorporation, Articles of Organization, operating agreements, shareholders agreements, stock certificates, minutes of stockholder meetings, minutes of meetings of Managers or Members, and any and all documents submitted to the Louisiana Secretary of State, including, but not limited to, annual reports, Application for Certificate of Authority, Application for Appointment of Registered Agent, Registered Agent/Office Statement of Change, Articles of Correction, Articles of Amendment, Articles of Merger or Share Exchange, Reservation of Name,

Letter of Intent to Dissolve, and/or Application for Registration of Name, Change of Members and/or Managers, regarding B.L.U., LLC, and/or any predecessor or successor entity from the date of incorporation to present.

6) Please produce evidence of any distributions to owners or investors, including but not limited to, any K-1s for the years of 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, and 2011.

7) Please produce any documents, including internal memoranda, relating to the re-zoning of the River Birch Landfill in 1997 from 1996 through present.

8) Please produce any correspondence, including e-mails, or recordings relating to the re-zoning of the River Birch Landfill, from 1996 through present, whether written or received, between you and:
   1) Tim Coulon;
   2) Aaron Broussard;
   3) Tom Wilkenson;
   4) Tim Whitmer;
   5) Henry Mouton.

9) Please produce any documents, internal memoranda, correspondence, including e-mails, or recordings relating to B.L.U., LLC's dealings with either Group Insurance Associates Inc. or Lagniappe Industries, LLC.

10) Please produce a copy of any and all documents related to any insurance policies serviced by Group Insurance Associates, Inc., with either United Healthcare of Louisiana or Humana Health Benefit Plan of Louisiana, including but not limited to the actual policy, declaration pages, binders, certificates of insurance, schedules, applications, claims history, submissions to brokers and/or underwriters, background checks, criminal history checks, worksheets, quotes, checks, drafts, reservation of rights letters, ACCORD certificates, reports of all claims, proofs of loss, communications with insurance agents/producers/brokers, and communications with the insurer.

11) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between B.L.U., LLC and Lagniappe Industries, LLC.

12) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish Request for Proposal (RFP) Nos. 158 and/or 176, including any drafts of said RFPs, any Jefferson Parish Department of Environmental Affairs inter-office memoranda regarding Request for Proposals Nos. 158 and/or 176.

13) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to, or utilized in, the negotiations with Jefferson Parish Administration and/or Tom Wilkinson, regarding the landfill contract with River Birch Incorporated and Hwy 90, LLC arising out of RFP No. 176.

14) Please produce any and all contracts, drafts of contracts, forms, memoranda of understanding, agreements, or marked up copies of a contract between Jefferson Parish Administration and/or Tom Wilkinson and River Birch Incorporated and Hwy 90, LLC regarding the waste removal/landfill contract arising out of RFP No. 176.

15) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish zoning, Jefferson Parish planning, or Jefferson Parish's master plan.

16) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings regarding the Jefferson Parish Landfill, Old Gentilly Landfill, and/or St. Bernard Parish Landfill (operated by Gioe's Truck Service, Inc. d/b/a Gioe's Truck Service and Demolition).

17) Please produce any and all contracts you had with consultants from 2004 through present.

18) Please produce any and all contracts you have with subcontractors from 2004 through present.

19) Please provide a list of B.L.U., LLC's employees for the period of 2007-present.

20) Please provide a copy of all leases for office space for the period of 2007-present.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

**SUBPOENA**

11-2129                        DIVISION "D "                Docket No. _____

CONCRETE BUSTERS OF LOUISIANA, INC. AND WASTE REMEDIATION OF
PLAQUEMINES, LLC

VS.

FREDERICK R. HEEBE, ALBERT J. WARD, JR., RIVER BIRCH INCORPORATED
AND HWY 90, LLC

TO:   B.L.U. 2, LLC; Registered Agent: Richard P. Richter, 909 Poydras St., Suite 2800 New
Orleans, LA 70056

CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed
below.

**SUBPOENA REQUEST**

[     ]   YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in
Division "  ", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of ____ 20__ at ____ o'clock
__.m., to testify the truth according to your knowledge, in a controversy pending herein between the
parties above named; and hereof you are not to fail under the penalty of the law.  By order of the Court.

**DEPOSITION SUBPOENA REQUEST**

[     ]   YOU ARE COMMANDED to appear at the place, date and time specified below to testify
at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

**REQUEST FOR WRIT OF SUBPOENA DUCES TECUM**

[XXX ]   YOU ARE COMMANDED to produce and permit inspection and copying of the following
documents or objects for the ___ trial, __X__ deposition, or __ hearing (state type) _____
____ at the place, date and time specified below (list documents or objects) pursuant to the provisions
of Article 1354 et. seq. of the LA Code of Civil Procedure.

Please see attached Exhibit "A" for a description of the documents sought under this subpoena.

| PLACE | DATE AND TIME |
|---|---|
| Smith & Fawer, 201 St. Charles Ave., Ste 3702 New Orleans, LA 70170 | August 15, 2011 at 11:00 a.m. |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY                        _____
                                       Attorney's Signature

ATTORNEY'S
NAME & BAR NUMBER        Stephen Gele   LA #22385

ADDRESS
&                              201 St. Charles Ave., Ste. 3702
TELEPHONE NUMBER        New Orleans, LA 70170

                               (504) 525-2200

File original and two copies with Clerk
fourth copy for Attorney's File

ATTORNEY'S FILE COPY

## ATTACHED EXHIBIT "A"

1) Any and all correspondence and/or e-mails to the following:
   1) Henry M. Mouton;
   2) Timothy Coulon;
   3) Mary Coulon;
   4) Timothy Whitmer;
   5) Dawn Whitmer;
   6) Tom Wilkinson;
   7) Aaron Broussard;
   8) Any employee of CWC Gaming, LLC;
   9) Any employee of Lagniappe Industries, LLC;
   10) Any employee of CT Investments, L.L.C.;
   11) Any employee of DHP, LLC;
   12) Any employee of Caribe Resort Properties, L.L.C.;
   13) Any employee of Caribe Resort Properties I, L.L.C.;
   14) Any employee of Coulon Consultants, L.L.C.;
   15) Any employee of Learlines, L.L.C.;
   16) Any employee of The Sierra Club;
   17) Any employee of Zydeco Holdings, LLC
   17) Darryl Malek-Wiley;
   18) David Fos;
   19) Al Gandolfi;
   20) Dutchie Connick;
   21) Nancy Cassagne;
   22) Dominick Fazzio;
   23) Any member of the Jefferson Parish Council from January 1, 2007-present;

2) Please produce copies of any and all documents, including electronic documents,
   evidencing or memorializing any and all moneys exchanged or contemplated to be
   exchanged, including any invoices, statements, bills, receipts, cancelled checks, check
   registers, bank statements, wire transfers, settlement agreements, releases, promissory
   notes, financial instruments, financial statements, tax filings, accounting records, between
   B.L.U. 2, LLC and the following individuals:
   1) Timothy ("Tim") Coulon;
   2) Mary Coulon;
   3) Timothy ("Tim") Whitmer;
   4) Dawn Whitmer;
   5) Tom Wilkinson;
   6) Aaron Broussard;
   7) Darryl Malek-Wiley;
   8) David Fos;
   9) Nancy Cassagne;
   10) Dominick Fazzio;

11) Henry M. Mouton.

4) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between B.L.U. 2, LLC and the following companies:

1) CWC Gaming, LLC, or any employee thereof;
2) Lagniappe Industries, LLC, or any employee thereof;
3) CT Investments, L.L.C., or any employee thereof;
4) DHP, LLC, or any employee thereof;
5) Caribe Resort Properties, L.L.C., or any employee thereof;
6) Caribe Resort Properties I, L.L.C., or any employee thereof;
7) Coulon Consultants, L.L.C., or any employee thereof;
8) Learlines, L.L.C., or any employee thereof;
9) Sierra Club;
10) Zydeco Holdings, L.L.C.;
11) Dangle & Associates, LLC;
12) Water Front Properties, LLC;
13) B & C Contractors, LLC;
14) Anne's Properties, LLC;
15) Willow, Inc.;
16) Ring Associates, LLC;
17) Big Bang Properties, LLC;
18) Heebe & Heebe, P.L.C.;
19) Trout Point Lodge;
20) West Jefferson Hospital;
21) Live Oak Homes, Co.;
22) B.L.U., LLC;
23) Shadow Lake Management Co., Inc.;
24) Fred Heebe Investments;
25) River Birch, Inc;
26) Hwy 90, LLC;
27) Any company, including but not limited to corporations, limited liability companies, or any other legal entity, of which any of the above listed persons and/or entities owns fifteen (15) percent or more.

5) Please produce a copy of the Articles of Incorporation, Articles of Organization, operating agreements, shareholders agreements, stock certificates, minutes of stockholder meetings, minutes of meetings of Managers or Members, and any and all documents submitted to the Louisiana Secretary of State, including, but not limited to, annual reports, Application for Certificate of Authority, Application for Appointment of Registered Agent, Registered Agent/Office Statement of Change, Articles of Correction, Articles of Amendment, Articles of Merger or Share Exchange, Reservation of Name,

Letter of Intent to Dissolve, and/or Application for Registration of Name, Change of Members and/or Managers, regarding B.L.U. 2, LLC, and/or any predecessor or successor entity from the date of incorporation to present.

6)   Please produce evidence of any distributions to owners or investors, including but not limited to, any K-1s for the years of 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, and 2011.

7)   Please produce any documents, including internal memoranda, relating to the re-zoning of the River Birch Landfill in 1997 from 1996 through present..

8)   Please produce any correspondence, including e-mails, or recordings relating to the re-zoning of the River Birch Landfill, from 1996 through present, whether written or received, between you and:
    1) Tim Coulon;
    2) Aaron Broussard;
    3) Tom Wilkenson;
    4) Tim Whitmer;
    5) Henry Mouton.

9)   Please produce any documents, internal memoranda, correspondence, including e-mails, or recordings relating to B.L.U. 2, LLC's dealings with either Group Insurance Associates Inc. or Lagniappe Industries, LLC.

10)  Please produce a copy of any and all documents related to any insurance policies serviced by Group Insurance Associates, Inc., with either United Healthcare of Louisiana or Humana Health Benefit Plan of Louisiana, including but not limited to the actual policy, declaration pages, binders, certificates of insurance, schedules, applications, claims history, submissions to brokers and/or underwriters, background checks, criminal history checks, worksheets, quotes, checks, drafts, reservation of rights letters, ACCORD certificates, reports of all claims, proofs of loss, communications with insurance agents/producers/brokers, and communications with the insurer.

11)  Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between B.L.U. 2, LLC and Lagniappe Industries, LLC.

12)  Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish Request for Proposal (RFP) Nos. 158 and/or 176, including any drafts of said RFPs, any Jefferson Parish Department of Environmental Affairs inter-office memoranda regarding Request for Proposals Nos. 158 and/or 176.

13) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to, or utilized in, the negotiations with Jefferson Parish Administration and/or Tom Wilkinson, regarding the landfill contract with River Birch Incorporated and Hwy 90, LLC arising out of RFP No. 176.

14) Please produce any and all contracts, drafts of contracts, forms, memoranda of understanding, agreements, or marked up copies of a contract between Jefferson Parish Administration and/or Tom Wilkinson and River Birch Incorporated and Hwy 90, LLC regarding the waste removal/landfill contract arising out of RFP No. 176.

15) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish zoning, Jefferson Parish planning, or Jefferson Parish's master plan.

16) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings regarding the Jefferson Parish Landfill, Old Gentilly Landfill, and/or St. Bernard Parish Landfill (operated by Gioe's Truck Service, Inc. d/b/a Gioe's Truck Service and Demolition).

17) Please produce any and all contracts you had with consultants from 2004 through present.

18) Please produce any and all contracts you have with subcontractors from 2004 through present.

19) Please provide a list of B.L.U. 2, LLC's employees for the period of 2007-present.

20) Please provide a copy of all leases for office space for the period of 2007-present.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

11-2129                    DIVISION "D "              Docket No.

CONCRETE BUSTERS OF LOUISIANA, INC. AND WASTE REMEDIATION OF
PLAQUEMINES, LLC

VS.

FREDERICK R. HEEBE, ALBERT J. WARD, JR., RIVER BIRCH INCORPORATED
AND HWY 90, LLC

TO:   Caribe Resort Properties, L.L.C., Registered Agent: Timothy Coulon, 2116 Hyde Park
Ave., Harvey, LA 70058

      CLERK, CIVIL DISTRICT COURT – Please issue a subpoena to the above party as directed
below.

## SUBPOENA REQUEST

[     ]   YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in
Division "_", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of _20_ at _o'clock
_.m., to testify the truth according to your knowledge, in a controversy pending herein between the
parties above named; and hereof you are not to fail under the penalty of the law. By order of the Court.

## DEPOSITION SUBPOENA REQUEST

[     ]   YOU ARE COMMANDED to appear at the place, date and time specified below to testify
at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

## REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[XXX ]   YOU ARE COMMANDED to produce and permit inspection and copying of the following
documents or objects for the ___ trial, __X____ deposition, or _ hearing (state type) _____
_____ at the place, date and time specified below (list documents or objects) pursuant to the provisions
of Article 1354 et. seq. of the LA Code of Civil Procedure.

Please see attached Exhibit "A" for a description of the documents sought under this subpoena.

| PLACE | DATE AND TIME |
|---|---|
| Smith & Fawer, 201 St. Charles Ave., Ste 3702 New Orleans, LA 70170 | August 15, 2011 at 11:00 a.m. |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY                    _____
                           Attorney's Signature
ATTORNEY'S
NAME & BAR NUMBER          Stephen Gele    LA #22385

ADDRESS                    201 St. Charles Ave., Ste. 3702
&
TELEPHONE NUMBER           New Orleans, LA 70170

                           (504) 525-2200

**File original and two copies with Clerk
fourth copy for Attorney's File**

ATTORNEY'S FILE COPY

**ATTACHED EXHIBIT "A"**

1) Any and all correspondence and/or e-mails to the following:
1) Henry M. Mouton;
2) Frederick Heebe;
3) Albert "Jim" Ward;
4) Any employee of River Birch, Inc.;
5) Any employee of Hwy 90, LLC;
6) Any employee of Water Front Properties, LLC;
7) Any employee of Ring Associates, LLC;
8) Any employee of B&C Contractors, LLC;
9) Any employee of Dangle & Associates, LLC;
10) Any employee of Willow, Inc.
11) Any employee of Big Bang Properties, L.L.C.;
12) Any employee of Live Oak Homes, Co.;
13) Any employee of Heebe & Heebe, P.L.C.;
14) Any employee of Shadow Lake Management Company, Inc.;
15) Any employee of B.L.U., LLC;
16) Any employee of B.L.U. 2, LLC;
17) Any employee of Fred Heebe Investments;
18) Any employee of Anne's Properties, LLC;
19) Dominick Fazzio;
20) Dutchie Connick;

2) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Caribe Resort Properties, L.L.C. and the following individuals:
1) Frederick Heebe;
2) Albert "Jim" Ward;
3) Dominick Fazzio;
4) Henry Mouton.

3) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Caribe Resort Properties, L.L.C. and the following companies:
1) Zydeco Holdings, L.L.C., or any employee thereof;
2) Dangle & Associates, LLC, or any employee thereof;
3) Water Front Properties, LLC, or any employee thereof;
4) B & C Contractors, LLC, or any employee thereof;

5) Anne's Properties, LLC, or any employee thereof;
6) Willow, Inc., or any employee thereof;
7) Ring Associates, LLC, or any employee thereof;
8) Big Bang Properties, LLC, or any employee thereof;
9) Heebe & Heebe, P.L.C., or any employee thereof;
10) Trout Point Lodge, or any employee thereof;
11) Live Oak Homes, Co., or any employee thereof;
12) B.L.U. 2, LLC; or any employee thereof;
13) Shadow Lake Management Co., Inc., or any employee thereof;
14) Fred Heebe Investments, or any employee thereof;
15) River Birch, Inc., or any employee thereof;
16) Hwy 90, LLC, or any employee thereof;
17) B.L.U., LLC, or any employee thereof;
18) Any company, including but not limited to corporations, limited liability companies, or any other legal entity, of which any of the above listed persons and/or entities owns fifteen (15) percent or more.

4) Please produce a copy of the Articles of Incorporation, Articles of Organization, operating agreements, shareholders agreements, stock certificates, minutes of stockholder meetings, minutes of meetings of Managers or Members, and any and all documents submitted to the Louisiana Secretary of State, including, but not limited to, annual reports, Application for Certificate of Authority, Application for Appointment of Registered Agent, Registered Agent/Office Statement of Change, Articles of Correction, Articles of Amendment, Articles of Merger or Share Exchange, Reservation of Name, Letter of Intent to Dissolve, and/or Application for Registration of Name, Change of Members and/or Managers, regarding Caribe Resort Properties, L.L.C., and/or any predecessor or successor entity from the date of incorporation to present.

5) Please produce evidence of any distributions to owners or investors, including but not limited to, any K-1s for the years of 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, and 2011.

6) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish Request for Proposal (RFP) Nos. 158 and/or 176, including any drafts of said RFPs, any Jefferson Parish Department of Environmental Affairs inter-office memoranda regarding Request for Proposals No. 158 and/or 176.

7) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to, or utilized in, the negotiations with Jefferson Parish Administration and/or Tom Wilkinson, regarding the landfill contract with River Birch Incorporated and Hwy 90, LLC arising out of RFP No. 176.

8) Please produce any and all contracts, drafts of contracts, forms, memorandums of understanding, agreements, or marked up copies of a contract between Jefferson Parish Administration and/or Tom Wilkinson and River Birch Incorporated and Hwy 90,

LLC regarding the waste removal/landfill contract arising out of RFP No. 176.

9)   Please produce any and all contracts you had where you either hired consultants or were retained as a consultant from 2004 through present.

10)   Please produce any and all contracts you had where you were either hired subcontractors or were retained as a subcontractor from 2004 through present.

11)   Please provide a list of Caribe Resort Properties, L.L.C.'s employees for the period of 2007-present.

12)   Please provide a copy of all leases for office space for the period of 2007-present.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

11-2129                    DIVISION "D "              Docket No.

CONCRETE BUSTERS OF LOUISIANA, INC. AND WASTE REMEDIATION OF
PLAQUEMINES, LLC.

VS.

FREDERICK R. HEEBE,  ALBERT J. WARD, JR., RIVER BIRCH INCORPORATED
AND HWY 90, LLC

TO:   Caribe Resort Properties I, L.L.C., Registered Agent: Hilary Hurst Landry,  701
Poydras St., New Orleans, LA 70139

CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed
below.

### SUBPOENA REQUEST

[      ]   YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in
Division "_", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of _ 20_ at _ o'clock
_.m., to testify the truth according to your knowledge, in a controversy pending herein between the
parties above named; and hereof you are not to fail under the penalty of the law.  By order of the Court.

### DEPOSITION SUBPOENA REQUEST

[      ]   YOU ARE COMMANDED to appear at the place, date and time specified below to testify
at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

### REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[XXX  ]   YOU ARE COMMANDED to produce and permit inspection and copying of the following
documents or objects for the ___ trial,  X _____ deposition, or _ hearing (state type) _____
_____ at the place, date and time specified below (list documents or objects) pursuant to the provisions
of Article 1354 et. seq. of the LA Code of Civil Procedure.

Please see attached Exhibit "A" for a description of the documents sought under this subpoena.

| PLACE | DATE AND TIME |
|---|---|
| Smith & Fawer, 201 St. Charles Ave., Ste 3702 New Orleans, LA 70170 | August 15, 2011. at 11:00 a.m. |

Issued at the request of; and,
Fees and cost guaranteed by undersigned


ATTORNEY                          Attorney's Signature

ATTORNEY'S
NAME & BAR NUMBER        Stephen Gele    LA #22385

ADDRESS                            201 St. Charles Ave., Ste. 3702
&
TELEPHONE NUMBER        New Orleans, LA 70170

(504) 525-2200

**File original and two copies with Clerk
fourth copy for Attorney's File**

ATTORNEY'S FILE COPY

## ATTACHED EXHIBIT "A"

1) Any and all correspondence and/or e-mails to the following:
   1) Henry M. Mouton;
   2) Frederick Heebe;
   3) Albert "Jim" Ward;
   4) Any employee of River Birch, Inc.;
   6) Any employee of Hwy 90, LLC;
   7) Any employee of Water Front Properties, LLC;
   8) Any employee of Ring Associates, LLC;
   9) Any employee of B&C Contractors, LLC;
   10) Any employee of Dangle & Associates, LLC;
   11) Any employee of Willow, Inc.
   12) Any employee of Big Bang Properties, L.L.C.;
   13) Any employee of Live Oak Homes, Co.;
   14) Any employee of Heebe & Heebe, P.L.C.;
   15) Any employee of Shadow Lake Management Company, Inc.;
   16) Any employee of B.L.U., LLC;
   17) Any employee of B.L.U. 2, LLC;
   18) Any employee of Fred Heebe Investments;
   19) Any employee of Anne's Properties, LLC;
   20) Dominick Fazzio;
   21) Dutchie Connick;

2) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Caribe Resort Properties I, L.L.C. and the following individuals:
   1) Frederick Heebe;
   2) Albert "Jim" Ward;
   3) Dominick Fazzio;
   4) Henry Mouton;

3) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Caribe Resort Properties I, L.L.C. and the following companies:
   1) Zydeco Holdings, L.L.C., or any employee thereof;
   2) Dangle & Associates, LLC, or any employee thereof;
   3) Water Front Properties, LLC, or any employee thereof;
   4) B & C Contractors, LLC, or any employee thereof;

5) Anne's Properties, LLC, or any employee thereof;
6) Willow, Inc., or any employee thereof;
7) Ring Associates, LLC, or any employee thereof;
8) Big Bang Properties, LLC, or any employee thereof;
9) Heebe & Heebe, P.L.C., or any employee thereof;
10) Trout Point Lodge, or any employee thereof;
11) Live Oak Homes, Co., or any employee thereof;
12) B.L.U. 2, LLC, or any employee thereof;
13) Shadow Lake Management Co., Inc., or any employee thereof;
14) Fred Heebe Investments, or any employee thereof;
15) River Birch, Inc., or any employee thereof;
16) Hwy 90, LLC, or any employee thereof;
17) B.L.U., LLC, or any employee thereof;
18) Any company, including but not limited to corporations, limited liability
companies, or any other legal entity, of which any of the above listed persons and/or entities
owns fifteen (15) percent or more.

4)      Please produce a copy of the Articles of Incorporation, Articles of Organization,
        operating agreements, shareholders agreements, stock certificates, minutes of stockholder
        meetings, minutes of meetings of Managers or Members, and any and all documents
        submitted to the Louisiana Secretary of State, including, but not limited to, annual
        reports, Application for Certificate of Authority, Application for Appointment of
        Registered Agent, Registered Agent/Office Statement of Change, Articles of Correction,
        Articles of Amendment, Articles of Merger or Share Exchange, Reservation of Name,
        Letter of Intent to Dissolve, and/or Application for Registration of Name, Change of
        Members and/or Managers, regarding Caribe Resort Properties I, L.L.C., and/or any
        predecessor or successor entity from the date of incorporation to present.

5)      Please produce evidence of any distributions to owners or investors, including but not
        limited to, any K-1s for the years of 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008,
        2009, 2010, and 2011.

6)      Please produce any and all documents, internal memoranda or e-mails, correspondence,
        and/or recordings related to Jefferson Parish Request for Proposal (RFP) Nos. 158 and/or
        176, including any drafts of said RFPs, any Jefferson Parish Department of
        Environmental Affairs inter-office memoranda regarding Request for Proposals Nos. 158
        and/or 176.

7)      Please produce any and all documents, internal memoranda or e-mails, correspondence,
        and/or recordings related to, or utilized in, the negotiations with Jefferson Parish
        Administration and/or Tom Wilkinson, regarding the landfill contract with River Birch
        Incorporated and Hwy 90, LLC arising out of RFP No. 176.

8)      Please produce any and all contracts, drafts of contracts, forms, memoranda of
        understanding, agreements, or marked up copies of a contract between Jefferson Parish
        Administration and/or Tom Wilkinson and River Birch Incorporated and Hwy 90, LLC

regarding the waste removal/landfill contract arising out of RFP No. 176.

9) Please produce any and all contracts you had where you either hired consultants or were retained as a consultant from 2004 through present.

10) Please produce any and all contracts you had where you were either hired subcontractors or were retained as a subcontractor from 2004 through present.

11) Please provide a list of Caribe Resort Properties I, L.L.C.'s employees for the period of 2007-present.

12) Please provide a copy of all leases for office space for the period of 2007-present.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

11-2129           DIVISION "D "       Docket No._____

CONCRETE BUSTERS OF LOUISIANA, INC. AND WASTE REMEDIATION OF
PLAQUEMINES, LLC

VS.

FREDERICK R. HEEBE,  ALBERT J. WARD, JR., RIVER BIRCH INCORPORATED
AND HWY 90, LLC

TO:  Coulon Consultants, L.L.C., Registered Agent: Timothy Coulon, 2116 Hyde Park
Ave., Harvey, LA 70058

      CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed
below.

SUBPOENA REQUEST

[    ]   YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in
Division " ", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of  20_ at  o'clock
_.m., to testify the truth according to your knowledge, in a controversy pending herein between the
parties above named; and hereof you are not to fail under the penalty of the law.  By order of the Court.

DEPOSITION SUBPOENA REQUEST

[    ]    YOU ARE COMMANDED to appear at the place, date and time specified below to testify
at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[XXX ]   YOU ARE COMMANDED to produce and permit inspection and copying of the following
documents or objects for the ___ trial, _X_____ deposition; or _ hearing (state type) _____
_____ at the place, date and time specified below (list documents or objects) pursuant to the provisions
of Article 1354 et. seq. of the LA Code of Civil Procedure.

Please see attached Exhibit "A" for a description of the documents sought under this subpoena.

| PLACE | DATE AND TIME |
|---|---|
| Smith & Fawer, 201 St. Charles Ave., Ste 3702<br>New Orleans, LA 70170 | August 15, 2011 at 11:00<br>a.m. |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY

                        Attorney's Signature

ATTORNEY'S
NAME & BAR NUMBER     Stephen Gele    LA #22385

ADDRESS                  201 St. Charles Ave., Ste. 3702
&
TELEPHONE NUMBER     New Orleans, LA 70170

                     (504) 525-2200

File original and two copies with Clerk
fourth copy for Attorney's File

ATTORNEY'S FILE COPY

## ATTACHED EXHIBIT "A"

1) Any and all correspondence and/or e-mails to the following:
   1) Henry M. Mouton;
   2) Frederick Heebe;
   3) Albert "Jim" Ward;
   6) Any employee of River Birch, Inc.;
   6) Any employee of Hwy 90, LLC;
   7) Any employee of Water Front Properties, LLC;
   8) Any employee of Ring Associates, LLC;
   9) Any employee of B&C Contractors, LLC;
   10) Any employee of Dangle & Associates, LLC;
   11) Any employee of Willow, Inc.
   12) Any employee of Big Bang Properties, L.L.C.;
   13) Any employee of Live Oak Homes, Co.;
   14) Any employee of Heebe & Heebe, P.L.C.;
   15) Any employee of Shadow Lake Management Company, Inc.;
   16) Any employee of B.L.U., LLC;
   17) Any employee of B.L.U. 2, LLC;
   18) Any employee of Fred Heebe Investments;
   19) Any employee of Anne's Properties, LLC;
   20) Dominick Fazzio;
   21) Dutchie Connick;

2) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Coulon Consultants, L.L.C. and the following individuals:
   1) Frederick Heebe;
   2) Albert "Jim" Ward;
   3) Dominick Fazzio;
   4) Henry Mouton.

3) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Coulon Consultants, L.L.C. and the following companies:
   1) Zydeco Holdings, L.L.C., or any employee thereof;
   2) Dangle & Associates, LLC, or any employee thereof;
   3) Water Front Properties, LLC, or any employee thereof;
   4) B & C Contractors, LLC, or any employee thereof;

5) Anne's Properties, LLC, or any employee thereof;
6) Willow, Inc., or any employee thereof;
7) Ring Associates, LLC, or any employee thereof;
8) Big Bang Properties, LLC, or any employee thereof;
9) Heebe & Heebe, P.L.C., or any employee thereof;
10) Trout Point Lodge, or any employee thereof;
11) Live Oak Homes, Co., or any employee thereof;
12) B.L.U. 2, LLC, or any employee thereof;
13) Shadow Lake Management Co., Inc., or any employee thereof;
14) Fred Heebe Investments, or any employee thereof;
15) River Birch, Inc., or any employee thereof;
16) Hwy 90, LLC, or any employee thereof;
17) B.L.U., LLC, or any employee thereof;
18) Any company, including but not limited to corporations, limited liability companies, or any other legal entity, of which any of the above listed persons and/or entities owns fifteen (15) percent or more.

4)   Please produce a copy of the Articles of Incorporation, Articles of Organization, operating agreements, shareholders agreements, stock certificates, minutes of stockholder meetings, minutes of meetings of Managers or Members, and any and all documents submitted to the Louisiana Secretary of State, including, but not limited to, annual reports, Application for Certificate of Authority, Application for Appointment of Registered Agent, Registered Agent/Office Statement of Change, Articles of Correction, Articles of Amendment, Articles of Merger or Share Exchange, Reservation of Name, Letter of Intent to Dissolve, and/or Application for Registration of Name, Change of Members and/or Managers, regarding Coulon Consultants, L.L.C., and/or any predecessor or successor entity from the date of incorporation to present.

5)   Please produce evidence of any distributions to owners or investors, including but not limited to, any K-1s for the years of 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, and 2011.

6)   Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish Request for Proposal (RFP) Nos. 158 and/or 176, including any drafts of said RFPs, any Jefferson Parish Department of Environmental Affairs inter-office memoranda regarding Request for Proposals Nos. 158 and/or 176.

7)   Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to, or utilized in, the negotiations with Jefferson Parish Administration and/or Tom Wilkinson, regarding the landfill contract with River Birch Incorporated and Hwy 90, LLC arising out of RFP No. 176.

8)   Please produce any and all contracts, drafts of contracts, forms, memoranda of understanding, agreements, or marked up copies of a contract between Jefferson Parish Administration and/or Tom Wilkinson and River Birch Incorporated and Hwy 90, LLC

regarding the waste removal/landfill contract arising out of RFP No. 176.

9)   Please produce any and all contracts you had where you either hired consultants or were retained as a consultant from 2004 through present.

10)  Please produce any and all contracts you had where you were either hired subcontractors or were retained as a subcontractor from 2004 through present.

11)  Please provide a list of Coulon Consultants, L.L.C.'s employees for the period of 2007-present.

12)  Please provide a copy of all leases for office space for the period of 2007-present.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

11-2129                    DIVISION "D "              Docket No.

CONCRETE BUSTERS OF LOUISIANA, INC. AND WASTE REMEDIATION OF PLAQUEMINES, LLC

VS.

CIVIL DISTRICT COURT

FREDERICK R. HEEBE,  ALBERT J. WARD, JR., RIVER BIRCH INCORPORATED AND HWY 90, LLC

TO:   CT Investments, LLC, Registered Agent: Timothy Whitmer, 3809 Lake Winnepeg Dr., Harvey, LA 70058

        CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed below.

### SUBPOENA REQUEST

[     ]  YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in Division "_", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of __ 20_ at _ o'clock _.m., to testify the truth according to your knowledge, in a controversy pending herein between the parties above named; and hereof you are not to fail under the penalty of the law.  By order of the Court.

### DEPOSITION SUBPOENA REQUEST

[     ]  YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

### REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[XXX ]  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects for the ____ trial, _X_____ deposition, or _ hearing (state type) _____ at the place, date and time specified below (list documents or objects) pursuant to the provisions of Article 1354 et. seq. of the LA Code of Civil Procedure.

Please see attached Exhibit "A" for a description of the documents sought under this subpoena.

| PLACE | DATE AND TIME |
|---|---|
| Smith &.Fawer, 201 St. Charles Ave., Ste 3702 New Orleans, LA 70170 | August 15, 2011 at 11:00 a.m. |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY

                                    Attorney's Signature

ATTORNEY'S
NAME & BAR NUMBER   Stephen Gele   LA #22385

ADDRESS                      201 St. Charles Ave., Ste. 3702
&
TELEPHONE NUMBER   New Orleans, LA 70170

                        (504) 525-2200

File original and two copies with Clerk
fourth copy for Attorney's File

ATTORNEY'S FILE COPY

## ATTACHED EXHIBIT "A"

1) Any and all correspondence and/or e-mails to the following:

   1) Henry M. Mouton;
   2) Frederick Heebe;
   3) Albert "Jim" Ward;
   4) Any employee of River Birch, Inc.;
   6) Any employee of Hwy 90, LLC;
   7) Any employee of Water Front Properties, LLC;
   8) Any employee of Ring Associates, LLC;
   9) Any employee of B&C Contractors, LLC;
   10) Any employee of Dangle & Associates, LLC;
   11) Any employee of Willow, Inc.
   12) Any employee of Big Bang Properties, L.L.C.;
   13) Any employee of Live Oak Homes, Co.;
   14) Any employee of Heebe & Heebe, P.L.C.;
   15) Any employee of Shadow Lake Management Company, Inc.;
   16) Any employee of B.L.U., LLC;
   17) Any employee of B.L.U. 2, LLC;
   18) Any employee of Fred Heebe Investments;
   19) Any employee of Anne's Properties, LLC;
   20) Dominick Fazzio;
   21) Dutchie Connick;

2) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between CT Investments, LLC and the following individuals:

   1) Frederick Heebe;
   2) Albert "Jim" Ward;
   3) Dominick Fazzio;
   4) Henry Mouton.

3) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between CT Investments, LLC and the following companies:

   1) Zydeco Holdings, L.L.C., or any employee thereof;
   2) Dangle & Associates, LLC, or any employee thereof;
   3) Water Front Properties, LLC, or any employee thereof;
   4) B & C Contractors, LLC, or any employee thereof;

5) Anne's Properties, LLC, or any employee thereof;
6) Willow, Inc., or any employee thereof;
7) Ring Associates, LLC, or any employee thereof;
8) Big Bang Properties, LLC, or any employee thereof;
9) Heebe & Heebe, P.L.C., or any employee thereof;
10) Trout Point Lodge, or any employee thereof;
11) Live Oak Homes, Co., or any employee thereof;
12) B.L.U. 2, LLC, or any employee thereof;
13) Shadow Lake Management Co., Inc., or any employee thereof;
14) Fred Heebe Investments, or any employee thereof;
15) River Birch, Inc., or any employee thereof;
16) Hwy 90, LLC, or any employee thereof;
17) B.L.U., LLC, or any employee thereof;
18) Any company, including but not limited to corporations, limited liability companies, or any other legal entity, of which any of the above listed persons and/or entities owns fifteen (15) percent or more.

4)     Please produce a copy of the Articles of Incorporation, Articles of Organization, operating agreements, shareholders agreements, stock certificates, minutes of stockholder meetings, minutes of meetings of Managers or Members, and any and all documents submitted to the Louisiana Secretary of State, including, but not limited to, annual reports, Application for Certificate of Authority, Application for Appointment of Registered Agent, Registered Agent/Office Statement of Change, Articles of Correction, Articles of Amendment, Articles of Merger or Share Exchange, Reservation of Name, Letter of Intent to Dissolve, and/or Application for Registration of Name, Change of Members and/or Managers, regarding CT Investments, LLC, and/or any predecessor or successor entity from the date of incorporation to present.

5)     Please produce evidence of any distributions to owners or investors, including but not limited to, any K-1s for the years of 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, and 2011.

6)     Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish Request for Proposal (RFP) Nos. 158 and/or 176, including any drafts of said RFPs, any Jefferson Parish Department of Environmental Affairs inter-office memoranda regarding Request for Proposals Nos. 158 and/or 176.

7)     Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to, or utilized in, the negotiations with Jefferson Parish Administration and/or Tom Wilkinson, regarding the landfill contract with River Birch Incorporated and Hwy 90, LLC arising out of RFP No. 176.

8)     Please produce any and all contracts, drafts of contracts, forms, memoranda of understanding, agreements, or marked-up copies of a contract between Jefferson Parish Administration and/or Tom Wilkinson and River Birch Incorporated and Hwy 90, LLC

regarding the waste removal/landfill contract arising out of RFP No. 176.

9)     Please produce any and all contracts you had where you either hired consultants or were retained as a consultant from 2004 through present.

10)    Please produce any and all contracts you had where you were either hired subcontractors or were retained as a subcontractor from 2004 through present.

11)    Please provide a list of CT Investments, LLC's employees for the period of 2007-present.

12)    Please provide a copy of all leases for office space for the period of 2007-present.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

11-2129                           DIVISION "D "                    Docket No.

CONCRETE BUSTERS OF LOUISIANA, INC. AND WASTE REMEDIATION OF PLAQUEMINES, LLC

VS.

FREDERICK R. HEEBE, ALBERT J. WARD, JR., RIVER BIRCH INCORPORATED AND HWY 90, LLC

TO:   CWC Gaming, LLC, last known Registered Agent: Tom Wilkenson, 303 Huey P. Long Ave., Gretna, LA 70053

CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed below.

## SUBPOENA REQUEST

[    ]   YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in Division " ", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of ___ 20__ at _ o'clock __.m., to testify the truth according to your knowledge, in a controversy pending herein between the parties above named; and hereof you are not to fail under the penalty of the law. By order of the Court.

## DEPOSITION SUBPOENA REQUEST

[    ]   YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

## REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[XXX ]   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects for the ___ trial, _X_ deposition, or _ hearing (state type) _____ at the place, date and time specified below (list documents or objects) pursuant to the provisions of Article 1354 et. seq. of the LA Code of Civil Procedure.

Please see attached Exhibit "A" for a description of the documents sought under this subpoena.

| PLACE | DATE AND TIME |
|---|---|
| Smith & Fawer, 201 St. Charles Ave., Ste 3702 New Orleans, LA 70170 | August 15, 2011 at 11:00 a.m. |

Issued at the request of; and,
Fees and cost guaranteed by undersigned.

ATTORNEY                                         Attorney's Signature

ATTORNEY'S
NAME & BAR NUMBER        Stephen Gele   LA #22385

ADDRESS                          201 St. Charles Ave., Ste. 3702
&
TELEPHONE NUMBER      New Orleans, LA 70170

                                       (504) 525-2200

File original and two copies with Clerk
fourth copy for Attorney's File

ATTORNEY'S FILE COPY

ATTACHED EXHIBIT "A"

1) Any and all correspondence and/or e-mails to the following:
    1) Henry M. Mouton;
    2) Frederick Heebe;
    3) Albert "Jim" Ward;
    4) Aaron Broussard;
    5) Any employee of River Birch, Inc.;
    9) Any employee of Hwy 90, LLC;
    10) Any employee of Water Front Properties, LLC;
    11) Any employee of Ring Associates, LLC;
    12) Any employee of B&C Contractors, LLC;
    13) Any employee of Dangle & Associates, LLC;
    14) Any employee of Willow, Inc.
    15) Any employee of Big Bang Properties, L.L.C.;
    16) Any employee of Live Oak Homes, Co.;
    17) Any employee of Heebe & Heebe, P.L.C.;
    17) Any employee of Shadow Lake Management Company, Inc.;
    18) Any employee of B.L.U., LLC;
    19) Any employee of B.L.U. 2, LLC;
    20) Any employee of Fred Heebe Investments;
    21) Any employee of Anne's Properties, LLC;
    22) Dominick Fazzio;
    23) Dutchie Connick;

2) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between CWC Gaming, LLC and the following individuals:
    1) Frederick Heebe;
    2) Albert "Jim" Ward;
    3) Dominick Fazzio;
    4) Henry Mouton.

3) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between CWC Gaming, LLC and the following companies:
    1) Zydeco Holdings, L.L.C., or any employee thereof;
    2) Dangle & Associates, LLC, or any employee thereof;
    3) Water Front Properties, LLC, or any employee thereof;

4) B & C Contractors, LLC, or any employee thereof;

5) Anne's Properties, LLC, or any employee thereof;

6) Willow, Inc., or any employee thereof;

7) Ring Associates, LLC, or any employee thereof;

8) Big Bang Properties, LLC, or any employee thereof;

9) Heebe & Heebe, P.L.C., or any employee thereof;

10) Trout Point Lodge, or any employee thereof;

11) Live Oak Homes, Co., or any employee thereof;

12) B.L.U. 2, LLC, or any employee thereof;

13) Shadow Lake Management Co., Inc., or any employee thereof;

14) Fred Heebe Investments, or any employee thereof;

15) River Birch, Inc., or any employee thereof;

16) Hwy 90, LLC, or any employee thereof;

17) B.L.U., LLC; or any employee thereof;

18) Any company, including but not limited to corporations, limited liability companies, or any other legal entity, of which any of the above listed persons and/or entities owns fifteen (15) percent or more.

4)     Please produce a copy of the Articles of Incorporation, Articles of Organization, operating agreements, shareholders agreements, stock certificates, minutes of stockholder meetings, minutes of meetings of Managers or Members, and any and all documents submitted to the Louisiana Secretary of State, including, but not limited to, annual reports, Application for Certificate of Authority, Application for Appointment of Registered Agent, Registered Agent/Office Statement of Change, Articles of Correction, Articles of Amendment, Articles of Merger or Share Exchange, Reservation of Name, Letter of Intent to Dissolve, and/or Application for Registration of Name, Change of Members and/or Managers, regarding CWC Gaming, LLC, and/or any predecessor or successor entity from the date of incorporation to present.

5)     Please produce evidence of any distributions to owners or investors, including but not limited to, any K-1s for the years of 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, and 2011.

6)     Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish Request for Proposal (RFP) Nos. 158 and/or 176, including any drafts of said RFPs, any Jefferson Parish Department of Environmental Affairs inter-office memoranda regarding Request for Proposals Nos. 158 and/or 176.

7)     Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to, or utilized in, the negotiations with Jefferson Parish Administration and/or Tom Wilkinson, regarding the landfill contract with River Birch Incorporated and Hwy 90, LLC arising out of RFP No. 176.

8)     Please produce any and all contracts, drafts of contracts, forms, memoranda of understanding, agreements, or marked up copies of a contract between Jefferson Parish

Administration and/or Tom Wilkinson and River Birch Incorporated and Hwy 90, LLC regarding the waste removal/landfill contract arising out of RFP No. 176.

9) Please produce any and all contracts you had where you either hired consultants or were retained as a consultant from 2004 through present.

10) Please produce any and all contracts you had where you were either hired subcontractors or were retained as a subcontractor from 2004 through present.

11) Please provide a list of CWC Gaming, LLC's employees for the period of 2007-present.

12) Please provide a copy of all leases for office space for the period of 2007-present.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

11-2129                          DIVISION "D "                Docket No._____

CONCRETE BUSTERS OF LOUISIANA, INC. AND WASTE REMEDIATION OF
PLAQUEMINES, LLC

VS.

FREDERICK R. HEEBE, ALBERT J. WARD, JR., RIVER BIRCH INCORPORATED
AND HWY 90, LLC

TO:   Dangle & Associates, LLC, Registered Agent: Richard P. Richter, 909 Poydras St., Suite
2800 New Orleans, LA 70056

CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed
below.

### SUBPOENA REQUEST

[    ]   YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in
Division "_", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of 20__ at _o'clock
__m., to testify the truth according to your knowledge, in a controversy pending herein between the
parties above named; and hereof you are not to fail under the penalty of the law. By order of the Court.

### DEPOSITION SUBPOENA REQUEST

[    ]   YOU ARE COMMANDED to appear at the place, date and time specified below to testify
at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

### REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[XXX ]   YOU ARE COMMANDED to produce and permit inspection and copying of the following
documents or objects for the ___ trial, _X_ deposition, or __ hearing (state type) _____
_____ at the place, date and time specified below (list documents or objects) pursuant to the provisions
of Article 1354 et. seq. of the LA Code of Civil Procedure.

Please see attached Exhibit "A" for a description of the documents sought under this subpoena.

| PLACE | DATE AND TIME |
|---|---|
| Smith & Fawer, 201 St. Charles Ave., Ste 3702 New Orleans, LA 70170 | August 15, 2011 at 11:00 a.m. |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY                          _____
                                  Attorney's Signature
ATTORNEY'S
NAME & BAR NUMBER      Stephen Gele   LA #22385

ADDRESS
&
TELEPHONE NUMBER       201 St. Charles Ave., Ste. 3702

                       New Orleans, LA 70170

                       (504) 525-2200

File original and two copies with Clerk
fourth copy for Attorney's File

ATTORNEY'S FILE COPY

ATTACHED EXHIBIT "A"

1)    Any and all correspondence and/or e-mails to the following:
      1) Henry M. Mouton;
      2) Timothy Coulon;
      3) Mary Coulon;
      4) Timothy Whitmer;
      5) Dawn Whitmer;
      6) Tom Wilkinson;
      7) Aaron Broussard;
      8) Any employee of CWC Gaming, LLC;
      9) Any employee of Lagniappe Industries, LLC;
      10) Any employee of CT Investments, L.L.C.;
      11) Any employee of DHP, LLC;
      12) Any employee of Caribe Resort Properties, L.L.C.;
      13) Any employee of Caribe Resort Properties I, L.L.C.;
      14) Any employee of Coulon Consultants, L.L.C.;
      15) Any employee of Learlines, L.L.C.;
      16) Any employee of The Sierra Club;
      17) Darryl Malek-Wiley;
      18) David Fos;
      19) Al Gandolfi;
      20) Dutchie Connick;
      21) Nancy Cassagne;
      22) Dominick Fazzio
      23) Any member of the Jefferson Parish Council from January 1, 2007-present;

2)    Please produce copies of any and all documents, including electronic documents,
      evidencing or memorializing any and all moneys exchanged or contemplated to be
      exchanged, including any invoices, statements, bills, receipts, cancelled checks, check
      registers, bank statements, wire transfers, settlement agreements, releases, promissory
      notes, financial instruments, financial statements, tax filings, accounting records, between
      Dangle & Associates and Henry M. Mouton, including copies of the following checks:

      1) Check No. 1042, dated December 24, 2007 in the amount of $4,000.00 made
      out to Henry M. Mouton.

      2) Check No. 1043, dated December 26, 2003 in the amount of $2,500.00 made
      out to Henry M. Mouton.

      3) Check No. 1044, dated December 26, 2003 in the amount of $2,500.00 made
      out to Henry M. Mouton.

      4) Check No. 1045, dated December 26, 2003 in the amount of $500.00 made out

to Henry M. Mouton.

3)     Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Dangle & Associates and the following individuals:
      1) Timothy ("Tim") Coulon;
      2) Mary Coulon;
      3) Timothy ("Tim") Whitmer;
      4) Dawn Whitmer;
      5) Tom Wilkinson;
      6) Aaron Broussard;
      7) Darryl Malek-Wiley;
      8) David Fos;
      9) Nancy Cassagne;
      10) Dominick Fazzio.

4)     Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Dangle & Associates and the following companies:
      1) CWC Gaming, LLC, or any employee thereof;
      2) Lagniappe Industries, LLC, or any employee thereof;
      3) CT Investments, L.L.C., or any employee thereof;
      4) DHP, LLC, or any employee thereof;
      5) Caribe Resort Properties, L.L.C., or any employee thereof;
      6) Caribe Resort Properties I, L.L.C., or any employee thereof;
      7) Coulon Consultants, L.L.C., or any employee thereof;
      8) Learlines, L.L.C., or any employee thereor;
      9) Sierra Club;
      10) Zydeco Holdings, L.L.C.;
      11) Water Front Properties, LLC;
      12) Ring Associates, LLC;
      13) B & C Contractors, LLC;
      14) Anne's Properties, LLC;
      15) Willow, Inc.;
      16) Big Bang Properties, LLC;
      17) Live Oak Homes Co.;
      18) Heebe & Heebe, P.L.C.;
      19) Trout Point Lodge;
      20) West Jefferson Hospital;

21) Shadow Lake Management Company, Inc.;
22) B.L.U., LLC;
23) B.L.U., 2, LLC;
24) Fred Heebe Investments;
25) River Birch, Inc.;
26) Hwy 90, LLC;
27) Any company, including but not limited to corporations, limited liability companies, or any other legal entity, of which any of the above listed persons and/or entities owns fifteen (15) percent or more.

5) Please produce a copy of the Articles of Incorporation, Articles of Organization, operating agreements, shareholders agreements, stock certificates, minutes of stockholder meetings, minutes of meetings of Managers or Members, and any and all documents submitted to the Louisiana Secretary of State, including, but not limited to, annual reports, Application for Certificate of Authority, Application for Appointment of Registered Agent, Registered Agent/Office Statement of Change, Articles of Correction, Articles of Amendment, Articles of Merger or Share Exchange, Reservation of Name, Letter of Intent to Dissolve, and/or Application for Registration of Name, Change of Members and/or Managers, regarding Dangle & Associates, and/or any predecessor or successor entity from the date of incorporation to present.

6) Please produce evidence of any distributions to owners or investors, including but not limited to, any K-1s for the years of 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, and 2011.

7) Please produce any documents, including internal memoranda, relating to the re-zoning of the River Birch Landfill in 1997 from 1996 through present.

8) Please produce any correspondence, including e-mails, or recordings relating to the re-zoning of the River Birch Landfill, from 1996 through present, whether written or received, between you and:
1) Tim Coulon;
2) Aaron Broussard;
3) Tom Wilkenson;
4) Tim Whitmer;
5) Henry Mouton.

9) Please produce any documents, internal memoranda, correspondence, including e-mails, or recordings relating to Dangle & Associates' dealings with either Group Insurance Associates Inc. or Lagniappe Industries, LLC.

10) Please produce a copy of any and all documents related to any insurance policies serviced by Group Insurance Associates, Inc., with either United Healthcare of Louisiana or Humana Health Benefit Plan of Louisiana, including but not limited to the actual policy, declaration pages, binders, certificates of insurance, schedules, applications, claims

history, submissions to brokers and/or underwriters, background checks, criminal history checks, worksheets, quotes, checks, drafts, reservation of rights letters, ACCORD certificates, reports of all claims, proofs of loss, communications with insurance agents/producers/brokers, and communications with the insurer.

11) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Dangle & Associates and Lagniappe Industries, LLC.

12) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish Request for Proposal (RFP) Nos. 158 and/or 176, including any drafts of said RFPs, any Jefferson Parish Department of Environmental Affairs inter-office memoranda regarding Request for Proposals Nos. 158 and/or 176.

13) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to, or utilized in, the negotiations with Jefferson Parish Administration and/or Tom Wilkinson, regarding the landfill contract with River Birch Incorporated and Hwy 90, LLC arising out of RFP No. 176.

14) Please produce any and all contracts, drafts of contracts, forms, memoranda of understanding, agreements, or marked up copies of a contract between Jefferson Parish Administration and/or Tom Wilkinson and River Birch Incorporated and Hwy 90, LLC regarding the waste removal/landfill contract arising out of RFP No. 176.

15) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish zoning, Jefferson Parish planning, or Jefferson Parish's master plan.

16) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings regarding the Jefferson Parish Landfill, Old Gentilly Landfill, and/or St. Bernard Parish Landfill (operated by Gioe's Truck Service, Inc. d/b/a Gioe's Truck Service and Demolition).

17) Please produce any and all contracts you had with consultants from 2004 through present.

18) Please produce any and all contracts you have with subcontractors from 2004 through present.

19) Please provide a list of Dangle & Associates' employees for the period of 2007-present.

20) Please provide a copy of all leases for office space for the period of 2007-present.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

11-2129                    DIVISION "D "            Docket No.

CONCRETE BUSTERS OF LOUISIANA, INC. AND WASTE REMEDIATION OF
PLAQUEMINES, LLC

VS.

FREDERICK R. HEEBE, ALBERT J. WARD, JR., RIVER BIRCH INCORPORATED
AND HWY 90, LLC

TO:    DHP, L.L.C., Registered Agent: Timothy Whitmer, 3809 Lake Winnepeg Dr., Harvey,
LA 70058

        CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed
below.

SUBPOENA REQUEST

[      ]  YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in
Division " ", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of 20__ at o'clock
__m., to testify the truth according to your knowledge, in a controversy pending herein between the
parties above named; and hereof you are not to fail under the penalty of the law. By order of the Court.

DEPOSITION SUBPOENA REQUEST

[      ]  YOU ARE COMMANDED to appear at the place, date and time specified below to testify
at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[XXX ]  YOU ARE COMMANDED to produce and permit inspection and copying of the following
documents or objects for the ___ trial,  X  deposition, or ___ hearing (state type) _____
_____ at the place, date and time specified below (list documents or objects) pursuant to the provisions
of Article 1354 et. seq. of the LA Code of Civil Procedure.

Please see attached Exhibit "A" for a description of the documents sought under this subpoena.

| PLACE | DATE AND TIME |
|---|---|
| Smith & Fawer, 201 St. Charles Ave., Ste 3702 New Orleans, LA 70170 | August 15, 2011, at 11:00 a.m. |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY                    _____
                            Attorney's Signature
ATTORNEY'S
NAME & BAR NUMBER    Stephen Gele   LA #22385

ADDRESS             201 St. Charles Ave., Ste. 3702
&
TELEPHONE NUMBER     New Orleans, LA 70170

                    (504) 525-2200

File original and two copies with Clerk,
fourth copy for Attorney's File

ATTORNEY'S FILE COPY

## ATTACHED EXHIBIT "A"

1) Any and all correspondence and/or e-mails to the following:
 1) Henry M. Mouton;
 2) Frederick Heebe;
 3) Albert "Jim" Ward;
 4) Any employee of River Birch, Inc.;
 6) Any employee of Hwy 90, LLC;
 7) Any employee of Water Front Properties, LLC;
 8) Any employee of Ring Associates, LLC;
 9) Any employee of B&C Contractors, LLC;
 10) Any employee of Dangle & Associates, LLC;
 11) Any employee of Willow, Inc.
 12) Any employee of Big Bang Properties, L.L.C.;
 13) Any employee of Live Oak Homes, Co.;
 14) Any employee of Heebe & Heebe, P.L.C.;
 15) Any employee of Shadow Lake Management Company, Inc.;
 16) Any employee of B.L.U., LLC;
 17) Any employee of B.L.U. 2, LLC;
 18) Any employee of Fred Heebe Investments;
 19) Any employee of Anne's Properties, LLC;
 20) Dominick Fazzio;
 21) Dutchie Connick;

2) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between DHP, L.L.C. and the following individuals:
 1) Frederick Heebe;
 2) Albert "Jim" Ward;
 3) Dominick Fazzio;
 4) Henry Mouton.

3) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between DHP, L.L.C. and the following companies:
 1) Zydeco Holdings, L.L.C., or any employee thereof;
 2) Dangle & Associates, LLC, or any employee thereof;
 3) Water Front Properties, LLC, or any employee thereof;
 4) B & C Contractors, LLC, or any employee thereof;

5) Anne's Properties, LLC, or any employee thereof;
6) Willow, Inc., or any employee thereof;
7) Ring Associates, LLC, or any employee thereof;
8) Big Bang Properties, LLC, or any employee thereof;
9) Heebe & Heebe, P.L.C., or any employee thereof;
10) Trout Point Lodge, or any employee thereof;
11) Live Oak Homes, Co., or any employee thereof;
12) B.L.U. 2, LLC, or any employee thereof;
13) Shadow Lake Management Co., Inc., or any employee thereof;
14) Fred Heebe Investments, or any employee thereof;
15) River Birch, Inc., or any employee thereof;
16) Hwy 90, LLC, or any employee thereof;
17) B.L.U., LLC, or any employee thereof;
18) Any company, including but not limited to corporations, limited liability companies, or any other legal entity, of which any of the above listed persons and/or entities owns fifteen (15) percent or more.

4)     Please produce a copy of the Articles of Incorporation, Articles of Organization, operating agreements, shareholders agreements, stock certificates, minutes of stockholder meetings, minutes of meetings of Managers or Members, and any and all documents submitted to the Louisiana Secretary of State, including, but not limited to, annual reports, Application for Certificate of Authority, Application for Appointment of Registered Agent, Registered Agent/Office Statement of Change, Articles of Correction, Articles of Amendment, Articles of Merger or Share Exchange, Reservation of Name, Letter of Intent to Dissolve, and/or Application for Registration of Name, Change of Members and/or Managers, regarding DHP, L.L.C., and/or any predecessor or successor entity from the date of incorporation to present.

5)     Please produce evidence of any distributions to owners or investors, including but not limited to, any K-1s for the years of 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, and 2011.

6)     Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish Request for Proposal (RFP) Nos. 158 and/or 176, including any drafts of said RFPs, any Jefferson Parish Department of Environmental Affairs inter-office memoranda regarding Request for Proposals Nos. 158 and/or 176.

7)     Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to, or utilized in, the negotiations with Jefferson Parish Administration and/or Tom Wilkinson, regarding the landfill contract with River Birch Incorporated and Hwy 90, LLC arising out of RFP No. 176.

8)     Please produce any and all contracts, drafts of contracts, forms, memoranda of understanding, agreements, or marked up copies of a contract between Jefferson Parish Administration and/or Tom Wilkinson and River Birch Incorporated and Hwy 90, LLC

regarding the waste removal/landfill contract arising out of RFP No. 176.

9) Please produce any and all contracts you had where you either hired consultants or were retained as a consultant from 2004 through present.

10) Please produce any and all contracts you had where you were either hired subcontractors or were retained as a subcontractor from 2004 through present.

11) Please provide a list of DHP, L.L.C.'s employees for the period of 2007-present.

12) Please provide a copy of all leases for office space for the period of 2007-present.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

11-2129          DIVISION "D"          Docket No. _____ 2 3 28

CONCRETE BUSTERS OF LOUISIANA, INC. AND WASTE REMEDIATION OF PLAQUEMINES, LLC

VS.

CIVIL DISTRICT COURT

FREDERICK R. HEEBE,  ALBERT J. WARD, JR., RIVER BIRCH INCORPORATED AND HWY 90, LLC

TO:  Lagniappe Industries, LLC. Registered Agent: Timothy Whitmer, 3809 Lake Winnepeg Dr., Harvey, LA 70058

CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed below.

SUBPOENA REQUEST

[     ]  YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in Division "_", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of _ 20_ at _ o'clock _.m., to testify the truth according to your knowledge, in a controversy pending herein between the parties above named; and hereof you are not to fail under the penalty of the law. By order of the Court.

DEPOSITION SUBPOENA REQUEST

[     ]  YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[XXX ]  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects for the _ trial, _X_ deposition, or _ hearing (state type) _____ at the place, date and time specified below (list documents or objects) pursuant to the provisions of Article 1354 et. seq. of the LA Code of Civil Procedure.

Please see attached Exhibit "A" for a description of the documents sought under this subpoena.

| PLACE | DATE AND TIME |
|---|---|
| Smith & Fawer, 201 St. Charles Ave., Ste 3702 New Orleans, LA 70170 | August 15, 2011 at 11:00 a.m. |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY

                         Attorney's Signature

ATTORNEY'S
NAME & BAR NUMBER          Stephen Gele   LA #22385

ADDRESS                    201 St. Charles Ave., Ste. 3702
&
TELEPHONE NUMBER           New Orleans, LA 70170

                           (504) 525-2200

File original and two copies with Clerk
fourth copy for Attorney's File

ATTORNEY'S FILE COPY

ATTACHED EXHIBIT "A"

1) Any and all correspondence and/or e-mails to the following:

    1) Henry M. Mouton;
    2) Frederick Heebe;
    3) Albert "Jim" Ward;
    4) Any employee of River Birch, Inc.;
    6) Any employee of Hwy 90, LLC;
    7) Any employee of Water Front Properties, LLC;
    8) Any employee of Ring Associates, LLC;
    9) Any employee of B&C Contractors, LLC;
    10) Any employee of Dangle & Associates, LLC;
    11) Any employee of Willow, Inc.
    12) Any employee of Big Bang Properties, L.L.C.;
    13) Any employee of Live Oak Homes, Co.;
    14) Any employee of Heebe & Heebe, P.L.C.;
    15) Any employee of Shadow Lake Management Company, Inc.;
    16) Any employee of B.L.U., LLC;
    17) Any employee of B.L.U. 2, LLC;
    18) Any employee of Fred Heebe Investments;
    19) Any employee of Anne's Properties, LLC;
    20) Dominick Fazzio;
    21) Dutchie Connick;

2) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Lagniappe Industries, LLC and the following individuals:

    1) Frederick Heebe;
    2) Albert "Jim" Ward;
    3) Dominick Fazzio;
    4) Henry Mouton.

3) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Lagniappe Industries, LLC and the following companies:

    1) Zydeco Holdings, L.L.C., or any employee thereof;
    2) Dangle & Associates, LLC, or any employee thereof;
    3) Water Front Properties, LLC, or any employee thereof;
    4) B & C Contractors, LLC, or any employee thereof;

5) Anne's Properties, LLC, or any employee thereof;
6) Willow, Inc., or any employee thereof;
7) Ring Associates, LLC, or any employee thereof;
8) Big Bang Properties, LLC, or any employee thereof;
9) Heebe & Heebe, P.L.C., or any employee thereof;
10) Trout Point Lodge, or any employee thereof;
11) Live Oak Homes, Co., or any employee thereof;
12) B.L.U. 2, LLC, or any employee thereof;
13) Shadow Lake Management Co., Inc., or any employee thereof;
14) Fred Heebe Investments, or any employee thereof;
15) River Birch, Inc., or any employee thereof;
16) Hwy 90, LLC, or any employee thereof;
17) B.L.U., LLC, or any employee thereof;
18) Any company, including but not limited to corporations, limited liability companies, or any other legal entity, of which any of the above listed persons and/or entities owns fifteen (15) percent or more.

4) Please produce a copy of the Articles of Incorporation, Articles of Organization, operating agreements, shareholders agreements, stock certificates, minutes of stockholder meetings, minutes of meetings of Managers or Members, and any and all documents submitted to the Louisiana Secretary of State, including, but not limited to, annual reports, Application for Certificate of Authority, Application for Appointment of Registered Agent, Registered Agent/Office Statement of Change, Articles of Correction, Articles of Amendment, Articles of Merger or Share Exchange, Reservation of Name, Letter of Intent to Dissolve, and/or Application for Registration of Name, Change of Members and/or Managers, regarding Lagniappe Industries, LLC, and/or any predecessor or successor entity from the date of incorporation to present.

5) Please produce evidence of any distributions to owners or investors, including but not limited to, any K-1s for the years of 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, and 2011.

6) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish Request for Proposal (RFP) Nos. 158 and/or 176, including any drafts of said RFPs, any Jefferson Parish Department of Environmental Affairs inter-office memoranda regarding Request for Proposals Nos. 158 and/or 176.

7) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to, or utilized in, the negotiations with Jefferson Parish Administration and/or Tom Wilkinson, regarding the landfill contract with River Birch Incorporated and Hwy 90, LLC arising out of RFP No. 176.

8) Please produce any and all contracts, drafts of contracts, forms, memoranda of understanding, agreements, or marked up copies of a contract between Jefferson Parish Administration and/or Tom Wilkinson and River Birch Incorporated and Hwy 90, LLC

regarding the waste removal/landfill contract arising out of RFP No. 176.

9)  Please produce any and all contracts you had where you either hired consultants or were retained as a consultant from 2004 through present.

10) Please produce any and all contracts you had where you were either hired subcontractors or were retained as a subcontractor from 2004 through present.

11) Please provide a list of Lagniappe Industries, LLC's employees for the period of 2007-present.

12) Please provide a copy of all leases for office space for the period of 2007-present.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

11-2129                    DIVISION "D "              Docket No._____

CONCRETE BUSTERS OF LOUISIANA, INC. AND WASTE REMEDIATION OF PLAQUEMINES, LLC

VS.

FREDERICK R. HEEBE,  ALBERT J. WARD, JR., RIVER BIRCH INCORPORATED AND HWY 90, LLC

TO:   Learlines, L.L.C., Registered Agent: Mary C. Coulon, 2116 Hyde Park Ave., Harvey, LA 70058

    CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed below.

### SUBPOENA REQUEST

[     ]   YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in Division "_", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of _ 20_ at _ o'clock _.m., to testify the truth according to your knowledge, in a controversy pending herein between the parties above named; and hereof you are not to fail under the penalty of the law.  By order of the Court.

### DEPOSITION SUBPOENA REQUEST

[     ]   YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

### REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[XXX ]   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects for the ___ trial,  _X_____ deposition, or _ hearing (state type) _____ _____ at the place, date and time specified below (list documents or objects) pursuant to the provisions of Article 1354 et. seq. of the LA Code of Civil Procedure.

Please see attached Exhibit "A" for a description of the documents sought under this subpoena.

| PLACE | DATE AND TIME |
|---|---|
| Smith & Fawer, 201 St. Charles Ave., Ste 3702 New Orleans, LA 70170 | August 15, 2011 at 11:00 a.m. |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY                    _____
                                       Attorney's Signature
ATTORNEY'S
NAME & BAR NUMBER      Stephen Gele    LA #22385

ADDRESS                       201 St. Charles Ave., Ste. 3702
&
TELEPHONE NUMBER      New Orleans, LA 70170

                                      (504) 525-2200

File original and two copies with Clerk
fourth copy for Attorney's File

ATTORNEY'S FILE COPY

ATTACHED EXHIBIT "A"

1) Any and all correspondence and/or e-mails to the following:
   1) Henry M. Mouton;
   2) Frederick Heebe;
   3) Albert "Jim" Ward;
   4) Any employee of River Birch, Inc.;
   6) Any employee of Hwy 90, LLC;
   7) Any employee of Water Front Properties, LLC;
   8) Any employee of Ring Associates, LLC;
   9) Any employee of B&C Contractors, LLC;
   10) Any employee of Dangle & Associates, LLC;
   11) Any employee of Willow, Inc.
   12) Any employee of Big Bang Properties, L.L.C.;
   13) Any employee of Live Oak Homes, Co.;
   14) Any employee of Heebe & Heebe, P.L.C.;
   15) Any employee of Shadow Lake Management Company, Inc.;
   16) Any employee of B.L.U., LLC;
   17) Any employee of B.L.U. 2, LLC;
   18) Any employee of Fred Heebe Investments;
   19) Any employee of Anne's Properties, LLC;
   20) Dominick Fazzio;
   21) Dutchie Connick;

2) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Learlines, L.L.C. and the following individuals:
   1) Frederick Heebe;
   2) Albert "Jim" Ward;
   3) Dominick Fazzio;
   4) Henry Mouton.

3) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Learlines, L.L.C. and the following companies:
   1) Zydeco Holdings, L.L.C., or any employee thereof;
   2) Dangle & Associates, LLC, or any employee thereof;
   3) Water Front Properties, LLC, or any employee thereof;
   4) B & C Contractors, LLC, or any employee thereof;

5) Anne's Properties, LLC, or any employee thereof;

6) Willow, Inc., or any employee thereof;

7) Ring Associates, LLC, or any employee thereof;

8) Big Bang Properties, LLC, or any employee thereof;

9) Heebe & Heebe, P.L.C., or any employee thereof;

10) Trout Point Lodge, or any employee thereof;

11) Live Oak Homes, Co., or any employee thereof;

12) B.L.U. 2, LLC, or any employee thereof;

13) Shadow Lake Management Co., Inc., or any employee thereof;

14) Fred Heebe Investments, or any employee thereof;

15) River Birch, Inc., or any employee thereof;

16) Hwy 90, LLC, or any employee thereof;

17) B.L.U., LLC, or any employee thereof;

18) Any company, including but not limited to corporations, limited liability companies, or any other legal entity, of which any of the above listed persons and/or entities owns fifteen (15) percent or more.

4)  Please produce a copy of the Articles of Incorporation, Articles of Organization, operating agreements, shareholders agreements, stock certificates, minutes of stockholder meetings, minutes of meetings of Managers or Members, and any and all documents submitted to the Louisiana Secretary of State, including, but not limited to, annual reports, Application for Certificate of Authority, Application for Appointment of Registered Agent, Registered Agent/Office Statement of Change, Articles of Correction, Articles of Amendment, Articles of Merger or Share Exchange, Reservation of Name, Letter of Intent to Dissolve, and/or Application for Registration of Name, Change of Members and/or Managers, regarding Learlines, L.L.C. and/or any predecessor or successor entity from the date of incorporation to present.

5)  Please produce evidence of any distributions to owners or investors, including but not limited to, any K-1s for the years of 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, and 2011.

6)  Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish Request for Proposal Nos. 158 and/or 176 (RFP), including any drafts of said RFPs, any Jefferson Parish Department of Environmental Affairs inter-office memoranda regarding Request for Proposals Nos. 158 and/or 176.

7)  Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to, or utilized in, the negotiations with Jefferson Parish Administration and/or Tom Wilkinson, regarding the landfill contract with River Birch Incorporated and Hwy 90, LLC arising out of RFP No. 176.

8)  Please produce any and all contracts, drafts of contracts, forms, memoranda of understanding, agreements, or marked up copies of a contract between Jefferson Parish Administration and/or Tom Wilkinson and River Birch Incorporated and/or Hwy 90, LLC

regarding the waste removal/landfill contract arising out of RFP No. 176.

9)   Please produce any and all contracts you had where you either hired consultants or were retained as a consultant from 2004 through present.

10)   Please produce any and all contracts you had where you were either hired subcontractors or were retained as a subcontractor from 2004 through present.

11)   Please provide a list of Learlines, L.L.C.'s employees for the period of 2007-present.

12)   Please provide a copy of all leases for office space for the period of 2007-present.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

11-2129                    DIVISION "D "              Docket No. 6 - 2  P - 3  32

CONCRETE BUSTERS OF LOUISIANA, INC. AND WASTE REMEDIATION OF
PLAQUEMINES, LLC

CIVIL
DISTRICT COURT

VS.

FREDERICK R. HEEBE,  ALBERT J. WARD, JR., RIVER BIRCH INCORPORATED
AND HWY 90, LLC

TO:  Live Oak Homes Corporation, Registered Agent: Frederic R. Heebe, 2000 Belle Chasse
Hwy., 3rd Floor, Gretna, LA 70056

CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed
below.

SUBPOENA REQUEST

[    ]  YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in
Division "_", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of 20__ at  o'clock
_.m., to testify the truth according to your knowledge, in a controversy pending herein between the
parties above named; and hereof you are not to fail under the penalty of the law.  By order of the Court.

DEPOSITION SUBPOENA REQUEST

[      ]  YOU ARE COMMANDED to appear at the place, date and time specified below to testify
at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[XXX ]  YOU ARE COMMANDED to produce and permit inspection and copying of the following
documents or objects for the     trial,   X    deposition, or _ hearing (state type)
at the place, date and time specified below (list documents or objects) pursuant to the provisions
of Article 1354 et. seq. of the LA Code of Civil Procedure.

Please see attached Exhibit "A" for a description of the documents sought under this subpoena.

| PLACE | DATE AND TIME |
|---|---|
| Smith & Fawer, 201 St. Charles Ave., Ste 3702 New Orleans, LA 70170 | August 15, 2011 at 11:00 a.m. |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY                    _____
                                    Attorney's Signature
ATTORNEY'S
NAME & BAR NUMBER         Stephen Gele   LA #22385

ADDRESS                   201 St. Charles Ave., Ste. 3702
&
TELEPHONE NUMBER          New Orleans, LA 70170

                          (504) 525-2200

**File original and two copies with Clerk
fourth copy for Attorney's File**

ATTORNEY'S FILE COPY

## ATTACHED EXHIBIT "A"

1) Any and all correspondence and/or e-mails to the following:
   1) Henry M. Mouton;
   2) Timothy Coulon;
   3) Mary Coulon;
   4) Timothy Whitmer;
   5) Dawn Whitmer;
   6) Tom Wilkinson;
   7) Aaron Broussard;
   8) Any employee of CWC Gaming, LLC;
   9) Any employee of Lagniappe Industries, LLC;
   10) Any employee of CT Investments, L.L.C.;
   11) Any employee of DHP, LLC;
   12) Any employee of Caribe Resort Properties, L.L.C.;
   13) Any employee of Caribe Resort Properties I, L.L.C.;
   14) Any employee of Coulon Consultants, L.L.C.;
   15) Any employee of Learlines, L.L.C.;
   16) Any employee of The Sierra Club;
   17) Any employee of Zydeco Holdings, LLC
   17) Darryl Malek-Wiley;
   18) David Fos;
   19) Al Gandolfi;
   20) Dutchie Connick;
   21) Nancy Cassagne;
   22) Dominick Fazzio
   23) Any member of the Jefferson Parish Council from January 1, 2007-present;

2) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Live Oak Homes Co. and the following individuals:
   1) Timothy ("Tim") Coulon;
   2) Mary Coulon;
   3) Timothy ("Tim") Whitmer;
   4) Dawn Whitmer;
   5) Tom Wilkinson;
   6) Aaron Broussard;
   7) Darryl Malek-Wiley;
   8) David Fos;
   9) Nancy Cassagne;
   10) Dominick Fazzio;

11) Henry M. Mouton.

4)    Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Live Oak Homes Co. and the following companies:

    1) CWC Gaming, LLC, or any employee thereof;
    2) Lagniappe Industries, LLC, or any employee thereof;
    3) CT Investments, L.L.C., or any employee thereof;
    4) DHP, LLC, or any employee thereof;
    5) Caribe Resort Properties, L.L.C., or any employee thereof;
    6) Caribe Resort Properties I, L.L.C., or any employee thereof;
    7) Coulon Consultants, L.L.C., or any employee thereof;
    8) Learlines, L.L.C., or any employee thereof;
    9) Sierra Club;
    10) Zydeco Holdings, L.L.C.;
    11) Dangle & Associates, LLC;
    12) Water Front Properties, LLC;
    13) B & C Contractors, LLC;
    14) Anne's Properties, LLC;
    15) Willow, Inc.;
    16) Ring Associates, LLC;
    17) Big Bang Properties, LLC;
    18) Heebe & Heebe, P.L.C.;
    19) Trout Point Lodge;
    20) West Jefferson Hospital;
    21) Shadow Lake Management Company, Inc.;
    22) B.L.U., LLC;
    23) B.L.U., 2, LLC;
    24) Fred Heebe Investments;
    25) River Birch, Inc;
    26) Hwy 90, LLC;
    27) Any company, including but not limited to corporations, limited liability companies, or any other legal entity, of which any of the above listed persons and/or entities owns fifteen (15) percent or more.

5)    Please produce a copy of the Articles of Incorporation, Articles of Organization, operating agreements, shareholders agreements, stock certificates, minutes of stockholder meetings, minutes of meetings of Managers or Members, and any and all documents submitted to the Louisiana Secretary of State, including, but not limited to, annual reports, Application for Certificate of Authority, Application for Appointment of Registered Agent, Registered Agent/Office Statement of Change, Articles of Correction, Articles of Amendment, Articles of Merger or Share Exchange, Reservation of Name,

Letter of Intent to Dissolve, and/or Application for Registration of Name, Change of Members and/or Managers, regarding Live Oak Homes Co., and/or any predecessor or successor entity from the date of incorporation to present.

6) Please produce evidence of any distributions to owners or investors, including but not limited to, any K-1s for the years of 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, and 2011.

7) Please produce any documents, including internal memoranda, relating to the re-zoning of the River Birch Landfill in 1997 from 1996 through present.

8) Please produce any correspondence, including e-mails, or recordings relating to the re-zoning of the River Birch Landfill, from 1996 through present, whether written or received, between you and:
    1) Tim Coulon;
    2) Aaron Broussard;
    3) Tom Wilkenson;
    4) Tim Whitmer;
    5) Henry Mouton.

9) Please produce any documents, internal memoranda, correspondence, including e-mails, or recordings relating to Live Oak Homes Co.'s dealings with either Group Insurance Associates Inc. or Lagniappe Industries, LLC.

10) Please produce a copy of any and all documents related to any insurance policies serviced by Group Insurance Associates, Inc., with either United Healthcare of Louisiana or Humana Health Benefit Plan of Louisiana, including but not limited to the actual policy, declaration pages, binders, certificates of insurance, schedules, applications, claims history, submissions to brokers and/or underwriters, background checks, criminal history checks, worksheets, quotes, checks, drafts, reservation of rights letters, ACCORD certificates, reports of all claims, proofs of loss, communications with insurance agents/producers/brokers, and communications with the insurer.

11) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Live Oak Homes Co. and Lagniappe Industries, LLC.

12) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish Request for Proposal (RFP) Nos. 158 and/or 176, including any drafts of said RFPs, any Jefferson Parish Department of Environmental Affairs inter-office memoranda regarding Request for Proposals Nos. 158 and/or 176.

13) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to, or utilized in, the negotiations with Jefferson Parish Administration and/or Tom Wilkinson, regarding the landfill contract with River Birch Incorporated and Hwy 90, LLC arising out of RFP No. 176.

14) Please produce any and all contracts, drafts of contracts, forms, memorandums of understanding, agreements, or marked up copies of a contract between Jefferson Parish Administration and/or Tom Wilkinson and River Birch Incorporated and Hwy 90, LLC regarding the waste removal/landfill contract arising out of RFP No. 176.

15) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish zoning, Jefferson Parish planning, or Jefferson Parish's master plan.

16) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings regarding the Jefferson Parish Landfill, Old Gentilly Landfill, and/or St. Bernard Parish Landfill (operated by Gioe's Truck Service, Inc. d/b/a Gioe's Truck Service and Demolition).

17) Please produce any and all contracts you had with consultants from 2004 through present.

18) Please produce any and all contracts you have with subcontractors from 2004 through present.

19) Please provide a list of Live Oak Homes Co. employees for the period of 2007-present.

20) Please provide a copy of all leases for office space for the period of 2007-present.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

11-2129                   DIVISION "D "          Docket No. _____

CONCRETE BUSTERS OF LOUISIANA, INC. AND WASTE REMEDIATION OF
PLAQUEMINES, LLC
                                    VS.

FREDERICK R. HEEBE, ALBERT J. WARD, JR., RIVER BIRCH INCORPORATED
AND HWY 90, LLC.

TO:  Ring Associates, L.L.C., Registered Agent: Richard P. Richter, 909 Poydras St., Suite
2800 New Orleans, LA 70056

        CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed
below.

_____ SUBPOENA REQUEST _____

[     ]  YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in
Division "_", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of _20_ at _o'clock
_.m., to testify the truth according to your knowledge, in a controversy pending herein between the
parties above named; and hereof you are not to fail under the penalty of the law. By order of the Court.

DEPOSITION SUBPOENA REQUEST

[     ]  YOU ARE COMMANDED to appear at the place, date and time specified below to testify
at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[XXX ]  YOU ARE COMMANDED to produce and permit inspection and copying of the following
documents or objects for the ___ trial, _X_____ deposition, or _ hearing (state type) _____
_____ at the place, date and time specified below (list documents or objects) pursuant to the provisions
of Article 1354 et. seq. of the LA Code of Civil Procedure.

Please see attached Exhibit "A" for a description of the documents sought under this subpoena.

| PLACE | DATE AND TIME |
|---|---|
| Smith & Fawer, 201 St. Charles Ave., Ste 3702 New Orleans, LA 70170 | August 15, 2011 at 11:00 a.m. |

Issued at the request of; and,
Fees and cost guaranteed by undersigned



ATTORNEY                          _____
                                  Attorney's Signature
ATTORNEY'S
NAME & BAR NUMBER    Stephen Gele    LA #22385

ADDRESS                           201 St. Charles Ave., Ste. 3702
&
TELEPHONE NUMBER    New Orleans, LA 70170

                                  (504) 525-2200

                    File original and two copies with Clerk
                       fourth copy for Attorney's File

                       ATTORNEY'S FILE COPY

## ATTACHED EXHIBIT "A"

1) Any and all correspondence and/or e-mails to the following:

    1) Henry M. Mouton;
    2) Timothy Coulon;
    3) Mary Coulon;
    4) Timothy Whitmer;
    5) Dawn Whitmer;
    6) Tom Wilkinson;
    7) Aaron Broussard;
    8) Any employee of CWC Gaming, LLC;
    9) Any employee of Lagniappe Industries, LLC;
    10) Any employee of CT Investments, L.L.C.;
    11) Any employee of DHP, LLC;
    12) Any employee of Caribe Resort Properties, L.L.C.;
    13) Any employee of Caribe Resort Properties I, L.L.C.;
    14) Any employee of Coulon Consultants, L.L.C.;
    15) Any employee of Learlines, L.L.C.;
    16) Any employee of The Sierra Club;
    17) Any employee of Zydeco Holdings, LLC
    17) Darryl Malek-Wiley;
    18) David Fos;
    19) Al Gandolfi;
    20) Dutchie Connick;
    21) Nancy Cassagne;
    22) Dominick Fazzio
    23) Any member of the Jefferson Parish Council from January 1, 2007-present;

2) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Ring Associates, L.L.C. and the following individuals:

    1) Timothy ("Tim") Coulon;
    2) Mary Coulon;
    3) Timothy ("Tim") Whitmer;
    4) Dawn Whitmer;
    5) Tom Wilkinson;
    6) Aaron Broussard;
    7) Darryl Malek-Wiley;
    8) David Fos;
    9) Nancy Cassagne;
    10) Dominick Fazzio;

11) Henry M. Mouton.

4) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Ring Associates, L.L.C. and the following companies:

1) CWC Gaming, LLC, or any employee thereof;
2) Lagniappe Industries, LLC, or any employee thereof;
3) CT Investments, L.L.C., or any employee thereof;
4) DHP, LLC, or any employee thereof;
5) Caribe Resort Properties, L.L.C., or any employee thereof;
6) Caribe Resort Properties I, L.L.C., or any employee thereof;
7) Coulon Consultants, L.L.C., or any employee thereof;
8) Learlines, L.L.C., or any employee thereon;
9) Sierra Club;
10) Zydeco Holdings, L.L.C.;
11) Dangle & Associates, LLC;
12) Water Front Properties, LLC;
13) B & C Contractors, LLC;
14) Anne's Properties, LLC;
15) Willow, Inc.;
16) Big Bang Properties, LLC;
17) Live Oak Homes Co.;
18) Heebe & Heebe, P.L.C.;
19) Trout Point Lodge;
20) West Jefferson Hospital;
21) Shadow Lake Management Company, Inc.;
22) B.L.U., LLC;
23) B.L.U., 2, LLC;
24) Fred Heebe Investments;
25) River Birch, Inc;
26) Hwy 90, LLC;
27) Any company, including but not limited to corporations, limited liability companies, or any other legal entity, of which any of the above listed persons and/or entities owns fifteen (15) percent or more.

5) Please produce a copy of the Articles of Incorporation, Articles of Organization, operating agreements, shareholders agreements, stock certificates, minutes of stockholder meetings, minutes of meetings of Managers or Members, and any and all documents submitted to the Louisiana Secretary of State, including, but not limited to, annual reports, Application for Certificate of Authority, Application for Appointment of Registered Agent, Registered Agent/Office Statement of Change, Articles of Correction, Articles of Amendment, Articles of Merger or Share Exchange, Reservation of Name,

Letter of Intent to Dissolve, and/or Application for Registration of Name, Change of Members and/or Managers, regarding Ring Associates, L.L.C., and/or any predecessor or successor entity from the date of incorporation to present.

6) Please produce evidence of any distributions to owners or investors, including but not limited to, any K-1s for the years of 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, and 2011.

7) Please produce any documents, including internal memoranda, relating to the re-zoning of the River Birch Landfill in 1997 from 1996 through present..

8) Please produce any correspondence, including e-mails, or recordings relating to the re-zoning of the River Birch Landfill, from 1996 through present, whether written or received, between you and:
   1) Tim Coulon;
   2) Aaron Broussard;
   3) Tom Wilkenson;
   4) Tim Whitmer;
   5) Henry Mouton.

9) Please produce any documents, internal memoranda, correspondence, including e-mails, or recordings relating to Ring Associates, L.L.C.'s dealings with either Group Insurance Associates Inc. or Lagniappe Industries, LLC.

10) Please produce a copy of any and all documents related to any insurance policies serviced by Group Insurance Associates, Inc., with either United Healthcare of Louisiana or Humana Health Benefit Plan of Louisiana, including but not limited to the actual policy, declaration pages, binders, certificates of insurance, schedules, applications, claims history, submissions to brokers and/or underwriters, background checks, criminal history checks, worksheets, quotes, checks, drafts, reservation of rights letters, ACCORD certificates, reports of all claims, proofs of loss, communications with insurance agents/producers/brokers, and communications with the insurer.

11) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Ring Associates, L.L.C. and Lagniappe Industries, LLC.

12) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish Request for Proposal (RFP) Nos. 1589 and/or 176, including any drafts of said RFPs, any Jefferson Parish Department of Environmental Affairs inter-office memoranda regarding Request for Proposals Nos. 158 and/or 176.

13) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to, or utilized in, the negotiations with Jefferson Parish Administration and/or Tom Wilkinson, regarding the landfill contract with River Birch Incorporated and Hwy 90, LLC arising out of RFP No. 176.

14) Please produce any and all contracts, drafts of contracts, forms, memoranda of understanding, agreements, or marked up copies of a contract between Jefferson Parish Administration and/or Tom Wilkinson and River Birch Incorporated and Hwy 90, LLC regarding the waste removal/landfill contract arising out of RFP No. 176.

15) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish zoning, Jefferson Parish planning, or Jefferson Parish's master plan.

16) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings regarding the Jefferson Parish Landfill, Old Gentilly Landfill, and/or St. Bernard Parish Landfill (operated by Gioe's Truck Service, Inc. d/b/a Gioe's Truck Service and Demolition).

17) Please produce any and all contracts you had with consultants from 2004 through present.

18) Please produce any and all contracts you have with subcontractors from 2004 through present.

19) Please provide a list of Ring Associates, L.L.C. employees for the period of 2007-present.

20) Please provide a copy of all leases for office space for the period of 2007-present.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

11-2129                    DIVISION "D "              Docket No._____

CONCRETE BUSTERS OF LOUISIANA, INC. AND WASTE REMEDIATION OF
PLAQUEMINES, LLC

VS.

FREDERICK R. HEEBE, ALBERT J. WARD, JR., RIVER BIRCH INCORPORATED
AND HWY 90, LLC

TO:  Shadow Lake Management Company, Inc., Registered Agent: Jacquelyn Bruchi, 2000
Belle Chasse Hwy., 3rd Floor, Gretna, LA 70056

     CLERK, CIVIL DISTRICT COURT – Please issue a subpoena to the above party as directed
below.

―――――――――――――――――  SUBPOENA REQUEST  ―――――――――――――――――

[      ]  YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in
Division " ", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of 20 at o'clock
_.m., to testify the truth according to your knowledge, in a controversy pending herein between the
parties above named; and hereof you are not to fail under the penalty of the law. By order of the Court.

―――――――――――――――――  DEPOSITION SUBPOENA REQUEST  ―――――――――――――――――

[      ]  YOU ARE COMMANDED to appear at the place, date and time specified below to testify
at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

―――――――――――――――――  REQUEST FOR WRIT OF SUBPOENA DUCES TECUM  ―――――――――――――――――

[XXX  ]  YOU ARE COMMANDED to produce and permit inspection and copying of the following
documents or objects for the ___ trial, _X__ deposition, or _ hearing (state type) _____
_____ at the place, date and time specified below (list documents or objects) pursuant to the provisions
of Article 1354 et. seq. of the LA Code of Civil Procedure.

Please see attached Exhibit "A" for a description of the documents sought under this subpoena.

| PLACE | DATE AND TIME |
|---|---|
| Smith & Fawer, 201 St. Charles Ave., Ste 3702 New Orleans, LA 70170 | August 15, 2011 at 11:00 a.m. |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY                    _____
                            Attorney's Signature
ATTORNEY'S
NAME & BAR NUMBER    Stephen Gele   LA #22385

ADDRESS              201 St. Charles Ave., Ste. 3702
&
TELEPHONE NUMBER     New Orleans, LA 70170

                     (504) 525-2200

                 File original and two copies with Clerk
                     fourth copy for Attorney's File

                     ATTORNEY'S FILE COPY

ATTACHED EXHIBIT "A"

1)   Any and all correspondence and/or e-mails to the following:
1) Henry M. Mouton;
2) Timothy Coulon;
3) Mary Coulon;
4) Timothy Whitmer;
5) Dawn Whitmer;
6) Tom Wilkinson;
7) Aaron Broussard;
8) Any employee of CWC Gaming, LLC;
9) Any employee of Lagniappe Industries, LLC;
10) Any employee of CT Investments, L.L.C.;
11) Any employee of DHP, LLC;
12) Any employee of Caribe Resort Properties, L.L.C.;
13) Any employee of Caribe Resort Properties I, L.L.C.;
14) Any employee of Coulon Consultants, L.L.C.;
15) Any employee of Learlines, L.L.C.;
16) Any employee of The Sierra Club;
17) Any employee of Zydeco Holdings, LLC
17) Darryl Malek-Wiley;
18) David Fos;
19) Al Gandolfi;
20) Dutchie Connick;
21) Nancy Cassagne;
22) Dominick Fazzio
23) Any member of the Jefferson Parish Council from January 1, 2007-present;

2)   Please produce copies of any and all documents, including electronic documents,
evidencing or memorializing any and all moneys exchanged or contemplated to be
exchanged, including any invoices, statements, bills, receipts, cancelled checks, check
registers, bank statements, wire transfers, settlement agreements, releases, promissory
notes, financial instruments, financial statements, tax filings, accounting records, between
Shadow Lake Management Company, Inc. and the following individuals:
1) Timothy ("Tim") Coulon;
2) Mary Coulon;
3) Timothy ("Tim") Whitmer;
4) Dawn Whitmer;
5) Tom Wilkinson;
6) Aaron Broussard;
7) Darryl Malek-Wiley;
8) David Fos;
9) Nancy Cassagne;
10) Dominick Fazzio;

11) Henry M. Mouton.

4) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Shadow Lake Management Company, Inc. and the following companies:

    1) CWC Gaming, LLC, or any employee thereof;
    2) Lagniappe Industries, LLC, or any employee thereof;
    3) CT Investments, L.L.C., or any employee thereof;
    4) DHP, LLC, or any employee thereof;
    5) Caribe Resort Properties, L.L.C., or any employee thereof;
    6) Caribe Resort Properties I, L.L.C., or any employee thereof.
    7) Coulon Consultants, L.L.C., or any employee thereof;
    8) Learlines, L.L.C., or any employee thereof;
    9) Sierra Club;
    10) Zydeco Holdings, L.L.C.;
    11) Dangle & Associates, LLC;
    12) Water Front Properties, LLC;
    13) B & C Contractors, LLC;
    14) Anne's Properties, LLC;
    15) Willow, Inc.;
    16) Ring Associates, LLC;
    17) Big Bang Properties, LLC;
    18) Heebe & Heebe, P.L.C.;
    19) Trout Point Lodge;
    20) West Jefferson Hospital;
    21) Live Oak Homes, Co.;
    22) B.L.U., LLC;
    23) B.L.U, 2, LLC;
    24) Fred Heebe Investments;
    25) River Birch, Inc;
    26) Hwy 90, LLC;
    27) Any company, including but not limited to corporations, limited liability companies, or any other legal entity, of which any of the above listed persons and/or entities owns fifteen (15) percent or more.

5) Please produce a copy of the Articles of Incorporation, Articles of Organization, operating agreements, shareholders agreements, stock certificates, minutes of stockholder meetings, minutes of meetings of Managers or Members, and any and all documents submitted to the Louisiana Secretary of State, including, but not limited to, annual reports, Application for Certificate of Authority, Application for Appointment of Registered Agent, Registered Agent/Office Statement of Change, Articles of Correction, Articles of Amendment, Articles of Merger or Share Exchange, Reservation of Name,

Letter of Intent to Dissolve, and/or Application for Registration of Name, Change of Members and/or Managers, regarding Shadow Lake Management Company, Inc., and/or any predecessor or successor entity from the date of incorporation to present.

6) Please produce evidence of any distributions to owners or investors, including but not limited to, any K-1s for the years of 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, and 2011.

7) Please produce any documents, including internal memoranda, relating to the re-zoning of the River Birch Landfill in 1997 from 1996 through present..

8) Please produce any correspondence, including e-mails, or recordings relating to the re-zoning of the River Birch Landfill, from 1996 through present, whether written or received, between you and:
   1) Tim Coulon;
   2) Aaron Broussard;
   3) Tom Wilkenson;
   4) Tim Whitmer;
   5) Henry Mouton.

9) Please produce any documents, internal memoranda, correspondence, including e-mails, or recordings relating to Shadow Lake Management Company, Inc.'s dealings with either Group Insurance Associates Inc. or Lagniappe Industries, LLC.

10) Please produce a copy of any and all documents related to any insurance policies serviced by Group Insurance Associates, Inc., with either United Healthcare of Louisiana or Humana Health Benefit Plan of Louisiana, including but not limited to the actual policy, declaration pages, binders, certificates of insurance, schedules, applications, claims history, submissions to brokers and/or underwriters, background checks, criminal history checks, worksheets, quotes, checks, drafts, reservation of rights letters, ACCORD certificates, reports of all claims, proofs of loss, communications with insurance agents/producers/brokers, and communications with the insurer.

11) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Shadow Lake Management Company, Inc. and Lagniappe Industries, LLC.

12) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish Request for Proposal (RFP) Nos. 158 and/or 176, including any drafts of said RFPs, any Jefferson Parish Department of Environmental Affairs inter-office memoranda regarding Request for Proposals Nos. 158 and/or 176.

13) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to, or utilized in, the negotiations with Jefferson Parish Administration and/or Tom Wilkinson, regarding the landfill contract with River Birch Incorporated and Hwy 90, LLC arising out of RFP No. 176.

14) Please produce any and all contracts, drafts of contracts, forms, memoranda of understanding, agreements, or marked up copies of a contract between Jefferson Parish Administration and/or Tom Wilkinson and River Birch Incorporated and Hwy 90, LLC regarding the waste removal/landfill contract arising out of RFP No. 176.

15) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish zoning, Jefferson Parish planning, or Jefferson Parish's master plan.

16) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings regarding the Jefferson Parish Landfill, Old Gentilly Landfill, and/or St. Bernard Parish Landfill (operated by Gioe's Truck Service, Inc. d/b/a Gioe's Truck Service and Demolition).

17) Please produce any and all contracts you had with consultants from 2004 through present.

18) Please produce any and all contracts you have with subcontractors from 2004 through present.

19) Please provide a list of Shadow Lake Management Company, Inc.'s employees for the period of 2007-present.

20) Please provide a copy of all leases for office space for the period of 2007-present.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

11-2129                    DIVISION "D "            Docket No.

CONCRETE BUSTERS OF LOUISIANA, INC. AND WASTE REMEDIATION OF
PLAQUEMINES, LLC

VS.

FREDERICK R. HEEBE, ALBERT J. WARD, JR., RIVER BIRCH INCORPORATED
AND HWY 90, LLC

TO:   Water Front Properties, LLC, Registered Agent: Richard P. Richter, 909 Poydras St.
Suite 2800 New Orleans, LA 70056

CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed
below.

### SUBPOENA REQUEST

[      ]   YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in
Division " ", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of __ 20__ at _ o'clock
__m., to testify the truth according to your knowledge, in a controversy pending herein between the
parties above named; and hereof you are not to fail under the penalty of the law. By order of the Court.

### DEPOSITION SUBPOENA REQUEST

[      ]   YOU ARE COMMANDED to appear at the place, date and time specified below to testify
at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

### REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[XXX  ]   YOU ARE COMMANDED to produce and permit inspection and copying of the following
documents or objects for the ___ trial, __X_____ deposition, or _ hearing (state type) _____
_____ at the place, date and time specified below (list documents or objects) pursuant to the provisions
of Article 1354 et. seq. of the LA Code of Civil Procedure.

Please see attached Exhibit "A" for a description of the documents sought under this subpoena.

| PLACE | DATE AND TIME |
|---|---|
| Smith & Fawer, 201 St. Charles Ave., Ste 3702 New Orleans, LA 70170 | August 15, 2011 at 11:00 a.m. |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY                    _____
                              Attorney's Signature
ATTORNEY'S
NAME & BAR NUMBER    Stephen Gele   LA #22385

ADDRESS                    201 St. Charles Ave., Ste. 3702
&
TELEPHONE NUMBER    New Orleans, LA 70170

                              (504) 525-2200

File original and two copies with Clerk
fourth copy for Attorney's File

ATTORNEY'S FILE COPY

ATTACHED EXHIBIT "A"

1)    Any and all correspondence and/or e-mails to the following:
      1) Henry M. Mouton;
      2) Timothy Coulon;
      3) Mary Coulon;
      4) Timothy Whitmer;
      5) Dawn Whitmer;
      6) Tom Wilkinson;
      7) Aaron Broussard;
      8) Any employee of CWC Gaming, LLC;
      9) Any employee of Lagniappe Industries, LLC;
      10) Any employee of CT Investments, L.L.C.;
      11) Any employee of DHP, LLC;
      12) Any employee of Caribe Resort Properties, L.L.C.;
      13) Any employee of Caribe Resort Properties I, L.L.C.;
      14) Any employee of Coulon Consultants, L.L.C.;
      15) Any employee of Learlines, L.L.C.;
      16) Any employee of The Sierra Club;
      17) Any employee of Zydeco Holdings, LLC
      17) Darryl Malek-Wiley;
      18) David Fos;
      19) Al Gandolfi;
      20) Dutchie Connick;
      21) Nancy Cassagne;
      22) Dominick Fazzio
      23) Any member of the Jefferson Parish Council from January 1, 2007-present;

2)    Please produce copies of any and all documents, including electronic documents,
      evidencing or memorializing any and all moneys exchanged or contemplated to be
      exchanged, including any invoices, statements, bills, receipts, cancelled checks, check
      registers, bank statements, wire transfers, settlement agreements, releases, promissory
      notes, financial instruments, financial statements, tax filings, accounting records, between
      Water Front Properties, LLC and the following individuals:
      1) Timothy ("Tim") Coulon;
      2) Mary Coulon;
      3) Timothy ("Tim") Whitmer;
      4) Dawn Whitmer;
      5) Tom Wilkinson;
      6) Aaron Broussard;
      7) Darryl Malek-Wiley;
      8) David Fos;
      9) Nancy Cassagne;
      10) Dominick Fazzio;

11) Henry M. Mouton.

4)  Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Water Front Properties, LLC and the following companies:
1) CWC Gaming, LLC, or any employee thereof;
2) Lagniappe Industries, LLC, or any employee thereof;
3) CT Investments, L.L.C., or any employee thereof;
4) DHP, LLC, or any employee thereof;
5) Caribe Resort Properties, L.L.C., or any employee thereof;
6) Caribe Resort Properties I, L.L.C., or any employee thereof;
7) Coulon Consultants, L.L.C., or any employee thereof;
8) Learlines, L.L.C., or any employee thereof;
9) Sierra Club;
10) Zydeco Holdings, L.L.C.;
11) Dangle & Associates, LLC;
12) Ring Associates, LLC;
13) B & C Contractors, LLC;
14) Anne's Properties, LLC;
15) Willow, Inc.;
16) Big Bang Properties, LLC;
17) Live Oak Homes Co.;
18) Heebe & Heebe, P.L.C.;
19) Trout Point Lodge;
20) West Jefferson Hospital;
21) Shadow Lake Management Company, Inc.;
22) B.L.U., LLC;
23) B.L.U., 2, LLC;
24) Fred Heebe Investments;
25) River Birch, Inc;
26) Hwy 90, LLC;
27) Any company, including but not limited to corporations, limited liability companies, or any other legal entity, of which any of the above listed persons and/or entities owns fifteen (15) percent or more.

5)  Please produce a copy of the Articles of Incorporation, Articles of Organization, operating agreements, shareholders agreements, stock certificates, minutes of stockholder meetings, minutes of meetings of Managers or Members, and any and all documents submitted to the Louisiana Secretary of State, including, but not limited to, annual reports, Application for Certificate of Authority, Application for Appointment of Registered Agent, Registered Agent/Office Statement of Change, Articles of Correction, Articles of Amendment, Articles of Merger or Share Exchange, Reservation of Name,

Letter of Intent to Dissolve, and/or Application for Registration of Name, Change of Members and/or Managers, regarding Water Front Properties, LLC, and/or any predecessor or successor entity from the date of incorporation to present.

6)    Please produce evidence of any distributions to owners or investors, including but not limited to, any K-1s for the years of 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, and 2011.

7)    Please produce any documents, including internal memoranda, relating to the re-zoning of the River Birch Landfill in 1997 from 1996 through present.

8)    Please produce any correspondence, including e-mails, or recordings relating to the re-zoning of the River Birch Landfill, from 1996 through present, whether written or received, between you and:
    1) Tim Coulon;
    2) Aaron Broussard;
    3) Tom Wilkenson;
    4) Tim Whitmer;
    5) Henry Mouton.

9)    Please produce any documents, internal memoranda, correspondence, including e-mails, or recordings relating to Water Front Properties, LLC's dealings with either Group Insurance Associates Inc. or Lagniappe Industries, LLC.

10)    Please produce a copy of any and all documents related to any insurance policies serviced by Group Insurance Associates, Inc., with either United Healthcare of Louisiana or Humana Health Benefit Plan of Louisiana, including but not limited to the actual policy, declaration pages, binders, certificates of insurance, schedules, applications, claims history, submissions to brokers and/or underwriters, background checks, criminal history checks, worksheets, quotes, checks, drafts, reservation of rights letters, ACCORD certificates, reports of all claims, proofs of loss, communications with insurance agents/producers/brokers, and communications with the insurer.

11)    Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Water Front Properties, LLC and Lagniappe Industries, LLC.

12)    Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish Request for Proposal (RFP) Nos. 158 and/or 176, including any drafts of said RFPs, any Jefferson Parish Department of Environmental Affairs inter-office memoranda regarding Request for Proposals Nos. 158 and/or 176.

13) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to, or utilized in, the negotiations with Jefferson Parish Administration and/or Tom Wilkinson, regarding the landfill contract with River Birch Incorporated and Hwy 90, LLC arising out of RFP No. 176.

14) Please produce any and all contracts, drafts of contracts, forms, memoranda of understanding, agreements, or marked up copies of a contract between Jefferson Parish Administration and/or Tom Wilkinson and River Birch Incorporated and Hwy 90, LLC regarding the waste removal/landfill contract arising out of RFP No. 176.

15) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish zoning, Jefferson Parish planning, or Jefferson Parish's master plan.

16) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings regarding the Jefferson Parish Landfill, Old Gentilly Landfill, and/or St. Bernard Parish Landfill (operated by Gioe's Truck Service, Inc. d/b/a Gioe's Truck Service and Demolition).

17) Please produce any and all contracts you had with consultants from 2004 through present.

18) Please produce any and all contracts you have with subcontractors from 2004 through present.

19) Please provide a list of Water Front Properties, LLC employees for the period of 2007-present.

20) Please provide a copy of all leases for office space for the period of 2007-present.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

11-2129                 DIVISION "D "          Docket No._____

CONCRETE BUSTERS OF LOUISIANA, INC. AND WASTE REMEDIATION OF
PLAQUEMINES, LLC

VS.

FREDERICK R. HEEBE,  ALBERT J. WARD, JR., RIVER BIRCH INCORPORATED
AND HWY 90, LLC

TO:  Willow, Inc., Registered Agent: Heebe & Heebe, P.L.C., 2000 Belle Chasse Hwy.,
Gretna, LA 70056

CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed
below.

## SUBPOENA REQUEST

[     ]  YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in
Division "_", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of, 20_ at _ o'clock
_.m., to testify the truth according to your knowledge, in a controversy pending herein between the
parties above named; and hereof you are not to fail under the penalty of the law. By order of the Court.

## DEPOSITION SUBPOENA REQUEST

[     ]  YOU ARE COMMANDED to appear at the place, date and time specified below to testify
at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

## REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[XXX ]  YOU ARE COMMANDED to produce and permit inspection and copying of the following
documents or objects for the ___ trial, _X_ deposition, or _ hearing (state type)
_____ at the place, date and time specified below (list documents or objects) pursuant to the provisions
of Article 1354 et. seq. of the LA Code of Civil Procedure.

Please see attached Exhibit "A" for a description of the documents sought under this subpoena.

| PLACE | DATE AND TIME |
|---|---|
| Smith & Fawer, 201 St. Charles Ave., Ste 3702<br>New Orleans, LA 70170 | August 15, 2011 at 11:00<br>a.m. |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY                      _____
                              Attorney's Signature
ATTORNEY'S
NAME & BAR NUMBER    Stephen Gele   LA #22385

ADDRESS             201 St. Charles Ave., Ste. 3702
&
TELEPHONE NUMBER    New Orleans, LA 70170

                    (504) 525-2200

File original and two copies with Clerk
fourth copy for Attorney's File

ATTORNEY'S FILE COPY

ATTACHED EXHIBIT "A"

1) Any and all correspondence and/or e-mails to the following:

   1) Henry M. Mouton;
   2) Timothy Coulon;
   3) Mary Coulon;
   4) Timothy Whitmer;
   5) Dawn Whitmer;
   6) Tom Wilkinson;
   7) Aaron Broussard;
   8) Any employee of CWC Gaming, LLC;
   9) Any employee of Lagniappe Industries, LLC;
   10) Any employee of CT Investments, L.L.C.;
   11) Any employee of DHP, LLC;
   12) Any employee of Caribe Resort Properties, L.L.C.;
   13) Any employee of Caribe Resort Properties I, L.L.C.;
   14) Any employee of Coulon Consultants, L.L.C.;
   15) Any employee of Learlines, L.L.C.;
   16) Any employee of The Sierra Club;
   17) Darryl Malek-Wiley;
   18) David Fos;
   19) Al Gandolfi;
   20) Dutchie Connick;
   21) Nancy Cassagne;
   22) Dominick Fazzio;
   23) Any member of the Jefferson Parish Council from January 1, 2007-present.

2) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Willow, Inc. and Henry M. Mouton, including copies of the following checks:

   1) Check No. 140263, dated May 7, 2003 in the amount of $2,000.00 made out to Henry M. Mouton.

   2) Check No. 140803, dated June 10, 2003 in the amount of $2,000.00 made out to Henry M. Mouton.

   3) Check No. 141313, dated June 30, 2003 in the amount of $2,000.00 made out to Henry M. Mouton.

   4) Check No. 141930, dated August 18, 2003 in the amount of $2,000.00 made out to Henry M. Mouton.

5) Check No. 142519, dated September 2, 2003 in the amount of $2,000.00 made out to Henry M. Mouton.

6) Check No. 143184, dated September 29, 2003 in the amount of $3,500.00 made out to Henry M. Mouton.

7) Check No. 143104, dated September 30, 2003 in the amount of $2,000.00 made out to Henry M. Mouton.

8) Check No. 143791, dated November 7, 2003 in the amount of $2,000.00 made out to Henry M. Mouton.

9) Check No. 144345, dated December 8, 2003 in the amount of $2,000.00 made out to Henry M. Mouton.

10) Check No. 144928, dated December 24, 2003 in the amount of $12,000.00 made out to Henry M. Mouton.

11) Check No. 144968, dated January 9, 2004 in the amount of $2,000.00 made out to Henry M. Mouton.

12) Check No. 145492, dated February 3, 2004 in the amount of $2,000.00 made out to Henry M. Mouton.

13) Check No. 146289, dated April 1, 2004 in the amount of $2,000.00 made out to Henry M. Mouton.

14) Check No. 146615, dated April 14, 2004 in the amount of $2,000.00 made out to Henry M. Mouton.

15) Check No. 147427, dated May 10, 2004 in the amount of $2,000.00 made out to Henry M. Mouton.

16) Check No. 147987, dated June 1, 2004 in the amount of $2,000.00 made out to Henry M. Mouton.

17) Check No. 148690, dated July 8, 2004 in the amount of $2,000.00 made out to Henry M. Mouton.

18) Check No. 149346, dated July 30, 2004 in the amount of $18,000.00 made out to Henry M. Mouton.

19) Check No. 149263, dated August 5, 2004 in the amount of $2,000.00 made out to Henry M. Mouton.

20) Check No. 149801, dated September 1, 2004 in the amount of $2,000.00 made out to Henry M. Mouton.

21) Check No. 150460, dated October 5, 2004 in the amount of $2,000.00 made out to Henry M. Mouton.

22) Check No. 150985, dated November 10, 2004 in the amount of $2,000.00 made out to Henry M. Mouton.

23) Check No. 151462, dated December 3, 2004 in the amount of $2,000.00 made out to Henry M. Mouton.

24) Check No. 152090, dated January 4, 2005 in the amount of $2,000.00 made out to Henry M. Mouton.

25) Check No. 152571, dated February 4, 2005 in the amount of $2,000.00 made out to Henry M. Mouton.

26) Check No. 153075, dated March 2, 2005 in the amount of $2,000.00 made out to Henry M. Mouton.

27) Check No. 153694, dated April 6, 2005 in the amount of $2,000.00 made out to Henry M. Mouton.

28) Check No. 154252, dated May 4, 2005 in the amount of $2,000.00 made out to Henry M. Mouton.

29) Check No. 154763, dated June 1, 2005 in the amount of $2,000.00 made out to Henry M. Mouton.

30) Check No. 155389, dated July 14, 2005 in the amount of $2,000.00 made out to Henry M. Mouton.

31) Check No. 155838, dated July 29, 2005 in the amount of $2,000.00 made out to Henry M. Mouton.

32) Check No. 156337, dated September 9, 2005 in the amount of $2,000.00 made out to Henry M. Mouton.

33) Check No. 156626, dated October 17, 2005 in the amount of $2,000.00 made out to Henry M. Mouton.

34) Check No. 156876, dated November 4, 2005 in the amount of $2,000.00 made out to Henry M. Mouton.

35) Check No. 157361, dated December 7, 2005 in the amount of $513.00 made out to Henry M. Mouton.

36) Check No. 157362, dated December 8, 2005 in the amount of $1,487.00 made out to Henry M. Mouton.

37) Check No. 157491, dated December 16, 2005 in the amount of $18,000.00 made out to Henry M. Mouton.

38) Check No. 157741, dated January 6, 2006 in the amount of $17,000.00 made out to Henry M. Mouton.

39) Check No. 157704, dated January 9, 2006 in the amount of $513.00 made out to Henry M. Mouton.

40) Check No. 157703, dated January 9, 2006 in the amount of $1,487.00 made out to Henry M. Mouton.

41) Check No. 158129, dated January 31, 2006 in the amount of $2,958.00 made out to Henry M. Mouton.

42) Check No. 158087, dated February 8, 2006 in the amount of $513.00 made out to Henry M. Mouton.

43) Check No. 158086, dated February 8, 2006 in the amount of $1,487.00 made out to Henry M. Mouton.

44) Check No. 158362, dated February 17, 2006 in the amount of $1,400.00 made out to Henry M. Mouton.

45) Check No. 158467, dated March 6, 2006 in the amount of $1,487.00 made out to Henry M. Mouton.

46) Check No. 158694, dated March 14, 2006 in the amount of $3,329.00 made out to Henry M. Mouton.

47) Check No. 159159, dated April 6, 2006 in the amount of $5,000.00 made out to Henry M. Mouton.

48) Check No. 159103, dated April 6, 2006 in the amount of $513.00 made out to Henry M. Mouton.

49) Check No. 159102, dated April 6, 2006 in the amount of $1,487.00 made out to Henry M. Mouton.

50) Check No. 159158, dated April 7, 2006 in the amount of $7,500.00 made out to Henry M. Mouton.

51) Check No. 159429, dated April 24, 2006 in the amount of $2,200.00 made out to Henry M. Mouton.

52) Check No. 159430, dated April 25, 2006 in the amount of $4,400.00 made out to Henry M. Mouton.

53) Check No. 159487, dated April 27, 2006 in the amount of $4,400.00 made out to Henry M. Mouton.

54) Check No. 159488, dated May 4, 2006 in the amount of $513.00 made out to Henry M. Mouton.

55) Check No. 159720, dated May18, 2006 in the amount of $3,882.14 made out to Henry M. Mouton.

56) Check No. 159975, dated June 6, 2006 in the amount of $513.00 made out to Henry M. Mouton.

57) Check No. 160291, dated June 30, 2006 in the amount of $5,148.78 made out to Henry M. Mouton.

58) Check No. 160366, dated July 5, 2006 in the amount of $1,487.00 made out to Henry M. Mouton.

59) Check No. 160692, dated August 2, 2006 in the amount of $1,487.00 made out to Henry M. Mouton.

60) Check No. 160693, dated August 3, 2006 in the amount of $513.00 made out to Henry M. Mouton.

61) Check No. 161180, dated September 7, 2006 in the amount of $513.00 made out to Henry M. Mouton.

62) Check No. 161535, dated October 4, 2006 in the amount of $1,487.00 made out to Henry M. Mouton.

63) Check No. 161536, dated October 4, 2006 in the amount of $513.00 made out to Henry M. Mouton.

64) Check No. 161904, dated November 6, 2006 in the amount of $1,487.00 made out to Henry M. Mouton.

65) Check No. 161905, dated November 6, 2006 in the amount of $513.00 made out to Henry M. Mouton.

66) Check No. 162385, dated December 13, 2006 in the amount of $1,487.00 made out to Henry M. Mouton.

67) Check No. 162386, dated December 13, 2006 in the amount of $513.00 made out to Henry M. Mouton.

68) Check No. 162784, dated January 5, 2007 in the amount of $1,487.00 made out to Henry M. Mouton.

69) Check No. 162785, dated January 5, 2007 in the amount of $513.00 made out to Henry M. Mouton.

70) Check No. 163144, dated February 2, 2007 in the amount of $1,487.00 made out to Henry M. Mouton.

71) Check No. 163145, dated February 2, 2007 in the amount of $513.00 made out to Henry M. Mouton.

72) Check No. 163601, dated March 12, 2007 in the amount of $1,487.00 made out to Henry M. Mouton.

73) Check No. 163602, dated March 12, 2007 in the amount of $513.00 made out to Henry M. Mouton.

74) Check No. 164000, dated April 5, 2007 in the amount of $1,487.00 made out to Henry M. Mouton.

75) Check No. 164001, dated April 5, 2007 in the amount of $513.00 made out to Henry M. Mouton.

76) Check No. 164526, dated May 10, 2007 in the amount of $1,487.00 made out to Henry M. Mouton.

77) Check No. 164527, dated May 10, 2007 in the amount of $513.00 made out to Henry M. Mouton.

78) Check No. 164861, dated June 7, 2007 in the amount of $1,487.00 made out to Henry M. Mouton.

79) Check No. 164862, dated June 7, 2007 in the amount of $513.00 made out to Henry M. Mouton.

80) Check No. 165229, dated July 12, 2007 in the amount of $1,487.00 made out to Henry M. Mouton.

81) Check No. 165230, dated July 12, 2007 in the amount of $513.00 made out to Henry M. Mouton.

82) Check No. 165602, dated August 2, 2007 in the amount of $1,487.00 made out to Henry M. Mouton.

83) Check No. 165603, dated August 2, 2007 in the amount of $513.00 made out to Henry M. Mouton.

84) Check No. 166061, dated September 12, 2007 in the amount of $1,487.00 made out to Henry M. Mouton.

85) Check No. 166062, dated September 12, 2007 in the amount of $513.00 made out to Henry M. Mouton.

86) Check No. 166185, dated September 14, 2007 in the amount of $21,000.00 made out to Henry M. Mouton.

87) Check No. 166186, dated September 14, 2007 in the amount of $4,000.00 made out to Henry M. Mouton.

88) Check No. 166421, dated October 4, 2007 in the amount of $1,487.00 made out to Henry M. Mouton.

89) Check No. 166422, dated October 4, 2007 in the amount of $513.00 made out to Henry M. Mouton.

90) Check No. 166837, dated November 9, 2007 in the amount of $1,487.00 made out to Henry M. Mouton.

91) Check No. 166838, dated November 9, 2007 in the amount of $513.00 made out to Henry M. Mouton.

92) Check No. 167133, dated December 7, 2007 in the amount of $1,487.00 made out to Henry M. Mouton.

93) Check No. 167134, dated December 7, 2007 in the amount of $513.00 made out to Henry M. Mouton.

94) Check No. 167449, dated January 10, 2008 in the amount of $1,487.00 made out to Henry M. Mouton.

95) Check No. 167450, dated January 10, 2008 in the amount of $513.00 made out to Henry M. Mouton.

96) Check No. 167691, dated February 11, 2008 in the amount of $1,487.00 made out to Henry M. Mouton.

97) Check No. 167692, dated February 11, 2008 in the amount of $513.00 made out to Henry M. Mouton.

98) Check No. 167919, dated March 6, 2008 in the amount of $1,487.00 made out to Henry M. Mouton.

99) Check No. 167920, dated March 6, 2008 in the amount of $513.00 made out to Henry M. Mouton.

100) Check No. 168395, dated April 28, 2008 in the amount of $2,000.00 made out to Henry M. Mouton.

101) Check No. 169398, dated April 28, 2008 in the amount of $2,000.00 made out to Henry M. Mouton.

102) Check No. 167399, dated April 28, 2008 in the amount of $2,000.00 made out to Henry M. Mouton.

103) Check No. 168400, dated April 28, 2008 in the amount of $2,000.00 made out to Henry M. Mouton.

104) Check No. 168401, dated April 28, 2008 in the amount of $2,000.00 made out to Henry M. Mouton.

105) Check No. 168396, dated May 1, 2008 in the amount of $2,000.00 made out to Henry M. Mouton.

106) Check No. 168397, dated May 1, 2008 in the amount of $2,000.00 made out to Henry M. Mouton.

107) Check No. 168372, dated May 15, 2008 in the amount of $1,487.00 made out to Henry M. Mouton.

108) Check No. 168373, dated May 15, 2008 in the amount of $513.00 made out to Henry M. Mouton.

109) Check No. 168663, dated June 11, 2008 in the amount of $1,487.00 made out to Henry M. Mouton.

110) Check No. 168664, dated June 11, 2008 in the amount of $513.00 made out to Henry M. Mouton.

111) Check No. 168920, dated July 3, 2008 in the amount of $1,487.00 made out to Henry M. Mouton.

112) Check No. 168921, dated July 3, 2008 in the amount of $513.00 made out to Henry M. Mouton.

113) Check No. 169200, dated August 6, 2008 in the amount of $1,487.00 made out to Henry M. Mouton.

114) Check No. 169201, dated August 6, 2008 in the amount of $513.00 made out to Henry M. Mouton.

115) Check No. 169408, dated September 10, 2008 in the amount of $1,487.00 made out to Henry M. Mouton.

116) Check No. 169409, dated September 10, 2008 in the amount of $513.00 made out to Henry M. Mouton.

117) Check No. 169561, dated October 6, 2008 in the amount of $1,487.00 made out to Henry M. Mouton.

118) Check No. 169577, dated October 8, 2008 in the amount of $513.00 made out to Henry M. Mouton.

119) Check No. 169775, dated November 5, 2008 in the amount of $1,487.00 made out to Henry M. Mouton.

120) Check No. 169776, dated November 5, 2008 in the amount of $513.00 made out to Henry M. Mouton.

121) Check No. 169932, dated December 2, 2008 in the amount of $1,487.00 made out to Henry M. Mouton.

122) Check No. 169933, dated December 2, 2008 in the amount of $513.00 made out to Henry M. Mouton.

123) Check No. 170061, dated December 31, 2008 in the amount of $1,487.00 made out to Henry M. Mouton.

124) Check No. 170062, dated December 31, 2008 in the amount of $513.00 made out to Henry M. Mouton.

125) Check No. 170206, dated February 3, 2009 in the amount of $1,487.00 made out to Henry M. Mouton.

126) Check No. 170207, dated February 4, 2009 in the amount of $513.00 made out to Henry M. Mouton.

127) Check No. 170327, dated March 10, 2009 in the amount of $1,487.00 made out to Henry M. Mouton.

130) Check No. 170328, dated March 11, 2009 in the amount of $513.00 made out to Henry M. Mouton.

131) Check No. 170433, dated April 7, 2009 in the amount of $1,487.00 made out to Henry M. Mouton.

132) Check No. 170434, dated April 8, 2009 in the amount of $513.00 made out to Henry M. Mouton.

133) Check No. 170550, dated May 8, 2009 in the amount of $1,487.00 made out to Henry M. Mouton.

134) Check No. 170551, dated May 11, 2009 in the amount of $513.00 made out to Henry M. Mouton.

135) Check No. 170752, dated June 10, 2009 in the amount of $1,487.00 made out to Henry M. Mouton.

136) Check No. 170753, dated June 11, 2009 in the amount of $513.00 made out to Henry M. Mouton.

137) Check No. 170876, dated July 8, 2009 in the amount of $513.00 made out to Henry M. Mouton.

138) Check No. 170875, dated July 15, 2009 in the amount of $1,487.00 made out to Henry M. Mouton.

139) Check No. 171078, dated August 10, 2009 in the amount of $513.00 made out to Henry M. Mouton.

140) Check No. 171077, dated August 13, 2009 in the amount of $1,487.00 made out to Henry M. Mouton.

141) Check No. 171196, dated September 3, 2009 in the amount of $1,487.00 made out to Henry M. Mouton.

142) Check No. 171197, dated September 11, 2009 in the amount of $513.00 made out to Henry M. Mouton.

143) Check No. 171393, dated October 13, 2009 in the amount of $513.00 made out to Henry M. Mouton.

144) Check No. 171392, dated October 15, 2009 in the amount of $1,487.00 made out to Henry M. Mouton.

145) Check No. 171547, dated November 9, 2009 in the amount of $1,487.00 made out to Henry M. Mouton.

146) Check No. 171548, dated November 9, 2009 in the amount of $513.00 made out to Henry M. Mouton.

147) Check No. 171642, dated December 14, 2009 in the amount of $1,487.00 made out to Henry M. Mouton.

148) Check No. 171643, dated December 14, 2009 in the amount of $513.00 made out to Henry M. Mouton.

149) Check No. 171783, dated January 8, 2010 in the amount of $513.00 made out to Henry M. Mouton.

150) Check No. 171782, dated January 13, 2010 in the amount of $1,487.00 made out to Henry M. Mouton.

151) Check No. 171899, dated February 8, 2010 in the amount of $1,487.00 made out to Henry M. Mouton.

152) Check No. 171900, dated February 8, 2010 in the amount of $513.00 made out to Henry M. Mouton.

153) Check No. 172012, dated March 18, 2010 in the amount of $1,487.00 made out to Henry M. Mouton.

154) Check No. 172013, dated March 18, 2010 in the amount of $513.00 made out to Henry M. Mouton.

155) Check No. 172141, dated April 12, 2010 in the amount of $1,487.00 made out to Henry M. Mouton.

156) Check No. 172142, dated April 16, 2010 in the amount of $513.00 made out to Henry M. Mouton.

157) Check No. 139790, dated April 14, 2003 in the amount of $513 made out to Henry M. Mouton.

3)   Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Willow, Inc. and the following individuals:

    1) Timothy ("Tim") Coulon;
    2) Mary Coulon;
    3) Timothy ("Tim") Whitmer;
    4) Dawn Whitmer;
    5) Tom Wilkinson;
    6) Aaron Broussard;
    7) Darryl Malek-Wiley;
    8) David Fos;
    9) Nancy Cassagne;
    10) Dominick Fazzio.

4)   Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Willow, Inc. and the following companies:

    1) CWC Gaming, LLC, or any employee thereof;
    2) Lagniappe Industries, LLC, or any employee thereof;
    3) CT Investments, L.L.C., or any employee thereof;
    4) DHP, LLC, or any employee thereof;
    5) Caribe Resort Properties, L.L.C., or any employee thereof;
    6) Caribe Resort Properties I, L.L.C., or any employee thereof;
    7) Coulon Consultants, L.L.C., or any employee thereof;
    8) Learlines, L.L.C., or any employee thereof;
    9) Sierra Club;
    10) Zydeco Holdings, L.L.C.;
    11) Water Front Properties, LLC;
    12) Ring Associates, LLC;
    13) B & C Contractors, LLC;
    14) Dangle & Associates, LLC;
    15) Anne's Properties, LLC;
    16) Big Bang Properties, LLC;
    17) Live Oak Homes Co.;
    18) Heebe & Heebe, P.L.C.;
    19) Trout Point Lodge;

20) West Jefferson Hospital;
21) Shadow Lake Management Company, Inc.;
22) River Birch, Inc.;
23) Hwy 90, LLC;
24) B.L.U., LLC;
25) B.L.U. 2, LLC;
26) Fred Heebe Investments;
27) Any company, including but not limited to corporations, limited liability companies, or any other legal entity, of which any of the above listed persons and/or entities owns fifteen (15) percent or more. ...

5) Please produce a copy of the Articles of Incorporation, Articles of Organization, operating agreements, shareholders agreements, stock certificates, minutes of stockholder meetings, minutes of meetings of Managers or Members, and any and all documents submitted to the Louisiana Secretary of State, including, but not limited to, annual reports, Application for Certificate of Authority, Application for Appointment of Registered Agent, Registered Agent/Office Statement of Change, Articles of Correction, Articles of Amendment, Articles of Merger or Share Exchange, Reservation of Name, Letter of Intent to Dissolve, and/or Application for Registration of Name, Change of Members and/or Managers, regarding Willow, Inc., and/or any predecessor or successor entity from the date of incorporation to present.

6) Please produce evidence of any distributions to owners or investors, including but not limited to, any K-1s for the years of 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, and 2011.

7) Please produce any documents, including internal memoranda, relating to the re-zoning of the River Birch Landfill in 1997 from 1996 through present.

8) Please produce any correspondence, including e-mails, or recordings relating to the re-zoning of the River Birch Landfill, from 1996 through present, whether written or received, between you and:
   1) Tim Coulon;
   2) Aaron Broussard;
   3) Tom Wilkenson;
   4) Tim Whitmer;
   5) Henry Mouton.

9) Please produce any documents, internal memoranda, correspondence, including e-mails, or recordings relating to Willow, Inc.'s dealings with either Group Insurance Associates Inc. or Lagniappe Industries, LLC.

10) Please produce a copy of any and all documents related to any insurance policies serviced by Group Insurance Associates, Inc., with either United Healthcare of Louisiana or Humana Health Benefit Plan of Louisiana, including but not limited to the actual policy,

declaration pages, binders, certificates of insurance, schedules, applications, claims history, submissions to brokers and/or underwriters, background checks, criminal history checks, worksheets, quotes, checks, drafts, reservation of rights letters, ACCORD certificates, reports of all claims, proofs of loss, communications with insurance agents/producers/brokers, and communications with the insurer.

11) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Willow, Inc. and Lagniappe Industries, LLC.

12) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish Request for Proposal (RFP) Nos. 158 and/or 176, including any drafts of said RFPs, any Jefferson Parish Department of Environmental Affairs inter-office memoranda regarding Request for Proposals Nos. 158 and/or 176.

13) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to, or utilized in, the negotiations with Jefferson Parish Administration and/or Tom Wilkinson, regarding the landfill contract with River Birch Incorporated and Hwy 90, LLC arising out of RFP No. 176.

14) Please produce any and all contracts, drafts of contracts, forms, memoranda of understanding, agreements, or marked up copies of a contract between Jefferson Parish Administration and/or Tom Wilkinson and River Birch Incorporated and Hwy 90, LLC regarding the waste removal/landfill contract arising out of RFP No. 176.

15) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish zoning, Jefferson Parish planning, or Jefferson Parish's master plan.

16) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings regarding the Jefferson Parish Landfill, Old Gentilly Landfill, and/or St. Bernard Parish Landfill (operated by Gioe's Truck Service, Inc. d/b/a Gioe's Truck Service and Demolition).

17) Please produce any and all contracts you had with consultants from 2004 through present.

18) Please produce any and all contracts you have with subcontractors from 2004 through present.

19) Please provide a list of Dangle & Associates' employees for the period of 2007-present.

20) Please provide a copy of all leases for office space for the period of 2007-present.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

**11-2129**                    DIVISION "D "              Docket No. _____

CONCRETE BUSTERS OF LOUISIANA, INC. AND WASTE REMEDIATION OF
PLAQUEMINES, LLC

VS.

FREDERICK R. HEEBE, ALBERT J. WARD, JR., RIVER BIRCH INCORPORATED
AND HWY 90, LLC

TO:   Zydeco Holdings, L.L.C., Registered Agent: Henry M. Mouton, 203 Asbury Rd.,
Lafayette, LA 70503

CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed
below.

──────────────────────── SUBPOENA REQUEST ────────────────────────

[      ]   YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in
Division "_", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of 20__ at _ o'clock
__.m, to testify the truth according to your knowledge, in a controversy pending herein between the
parties above named; and hereof you are not to fail under the penalty of the law. By order of the Court.

DEPOSITION SUBPOENA REQUEST

[      ]   YOU ARE COMMANDED to appear at the place, date and time specified below to testify
at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[XXX  ]   YOU ARE COMMANDED to produce and permit inspection and copying of the following
documents or objects for the ___ trial, _X_____ deposition, or _ hearing (state type) _____
_____ at the place, date and time specified below (list documents or objects) pursuant to the provisions
of Article 1354 et. seq. of the LA Code of Civil Procedure.

Please see attached Exhibit "A" for a description of the documents sought under this subpoena.

| PLACE | DATE AND TIME |
|---|---|
| Smith & Fawer, 201 St. Charles Ave., Ste 3702<br>New Orleans, LA 70170 | August 15, 2011 at 11:00<br>a.m. |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

                                    _____
**ATTORNEY**                          Attorney's Signature

**ATTORNEY'S**
**NAME & BAR NUMBER**      Stephen Gele   LA #22385

**ADDRESS**                201 St. Charles Ave., Ste. 3702
**&**
**TELEPHONE NUMBER**       New Orleans, LA 70170

                           (504) 525-2200

File original and two copies with Clerk
fourth copy for Attorney's File

ATTORNEY'S FILE COPY

ATTACHED EXHIBIT "A"

1) Any and all correspondence and/or e-mails to the following:
  1) Frederick R. Heebe;
  2) Albert J. Ward;
  3) Timothy Coulon;
  4) Mary Coulon;
  5) Timothy Whitmer;
  6) Dawn Whitmer;
  7) Tom Wilkinson;
  8) Aaron Broussard;
  9) Any employee of CWC Gaming, LLC;
  10) Any employee of Lagniappe Industries, LLC;
  11) Any employee of CT Investments, L.L.C.;
  12) Any employee of DHP, LLC;
  13) Any employee of Caribe Resort Properties, L.L.C.;
  14) Any employee of Caribe Resort Properties I, L.L.C.;
  15) Any employee of Coulon Consultants, L.L.C.;
  16) Any employee of Learlines, L.L.C.;
  17) Any employee of The Sierra Club;
  18) Any employee of River Birch, Inc.;
  19) Any employee of Water Front Properties, LLC;
  20) Any employee of Ring Associates, LLC;
  21) Any employee of B&C Contractors, LLC;
  22) Any employee of Dangle & Associates, LLC;
  23) Any employee of Willow, Inc.;
  24) Any emloyee of Big Bang Properties, LLC;
  25) Any employee of Live Oak Homes Co.;
  26) Any employee of Heebe & Heebe, P.L.C.;
  27) Any employee of Shadow Lake Management Company, Inc.
  28) Any employee of B.L.U., LLC;
  29) Any employee of B.L.U. 2, LLC;
  30) Any employee of Fred Heebe Investments;
  31) Darryl Malek-Wiley;
  32) David Fos;
  33) Al Gandolfi;
  34) Dutchie Connick;
  35) Nancy Cassagne;
  36) Dominick Fazzio
  37) Any member of the Jefferson Parish Council from January 1, 2007-present;

2) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check

registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Zydeco Holdings following individuals:

    1) Timothy ("Tim") Coulon;
    2) Mary Coulon;
    3) Timothy ("Tim") Whitmer;
    4) Dawn Whitmer;
    5) Tom Wilkinson;
    6) Aaron Broussard;
    7) Darryl Malek-Wiley;
    8) David Fos;
    9) Nancy Cassagne;
    10) Dominick Pazzio;

4)    Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Zydeco Holdings, L.L.C. and the following companies:

    1) CWC Gaming, LLC, or any employee thereof;
    2) Lagniappe Industries, LLC, or any employee thereof;
    3) CT Investments, L.L.C., or any employee thereof;
    4) DHP, LLC, or any employee thereof;
    5) Caribe Resort Properties, L.L.C., or any employee thereof;
    6) Caribe Resort Properties I, L.L.C., or any employee thereof;
    7) Coulon Consultants, L.L.C., or any employee thereof;
    8) Learlines, L.L.C., or any employee thereof;
    9) Sierra Club;
    10) Hwy 90, LLC;
    11) River Birch, Inc;
    12) Water Front Properties, LLC;
    13) B & C Contractors, LLC;
    14) Anne's Properties, LLC;
    15) Willow, Inc.;
    16) Big Bang Properties, LLC;
    17) Live Oak Homes Co.;
    18) Heebe & Heebe, P.L.C.;
    19) Trout Point Lodge;
    20) West Jefferson Hospital;
    21) Shadow Lake Management Company, Inc.;
    22) B.L.U., LLC;
    23) B.L.U. 2, LLC;
    24) Fred Heebe Investments;

25) Dangle & Associates, LLC;

26) Any company, including but not limited to corporations, limited liability companies, or any other legal entity, of which any of the above listed persons and/or entities owns fifteen (15) percent or more.

5) Please produce a copy of the Articles of Incorporation, Articles of Organization, operating agreements, shareholders agreements, stock certificates, minutes of stockholder meetings, minutes of meetings of Managers or Members, and any and all documents submitted to the Louisiana Secretary of State, including, but not limited to, annual reports, Application for Certificate of Authority, Application for Appointment of Registered Agent, Registered Agent/Office Statement of Change, Articles of Correction, Articles of Amendment, Articles of Merger or Share Exchange, Reservation of Name, Letter of Intent to Dissolve, and/or Application for Registration of Name, Change of Members and/or Managers, regarding Zydeco Holdings, L.L.C., and/or any predecessor or successor entity from the date of incorporation to present.

6) Please produce evidence of any distributions to owners or investors, including but not limited to, any K-1s for the years of 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, and 2011.

7) Please produce any documents, including internal memoranda, relating to the re-zoning of the River Birch Landfill in 1997 from 1996 through present.

8) Please produce any correspondence, including e-mails, or recordings relating to the re-zoning of the River Birch Landfill, from 1996 through present, whether written or received, between you and:
   1) Tim Coulon;
   2) Aaron Broussard;
   3) Tom Wilkenson;
   4) Tim Whitmer;
   5) Frederick R. Heebe;
   6) Albert J. Ward;
   7) Any employee of River Birch, Inc.;
   8) Any employee of Hwy 90, LLC.

9) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Zydeco Holdings, L.L.C. and Lagniappe Industries, LLC.

10) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish Request for Proposal (RFP) Nos. 158 and 176, including any drafts of said RFPs, any Jefferson Parish Department of

Environmental Affairs inter-office memoranda regarding Request for Proposals Nos. 158 and 176.

11) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to, or utilized in, the negotiations with Jefferson Parish Administration and/or Tom Wilkinson, regarding the landfill contract with River Birch Incorporated that arose out of RFP 176.

12) Please produce any and all contracts, drafts of contracts, forms, memoranda of understanding, agreements, or marked up copies of a contract between Jefferson Parish Administration and/or Tom Wilkinson and River Birch Incorporated regarding the waste removal/landfill contract that arose out of RFP 176.

13) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish zoning, Jefferson Parish planning, or Jefferson Parish's master plan.

14) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings regarding the Jefferson Parish Landfill, Old Gentilly Landfill, and/or St. Bernard Parish Landfill (operated by Gioe's Truck Service, Inc. d/b/a Gioe's Truck Service and Demolition).

15) Please produce any and all contracts you had where retained consultants or were hired as a consultant from 2004 through present.

16) Please produce any and all contracts you have or had where you retained subcontractors or were retained as a subcontractor from 2004 through present.

17) Please provide a list of Zydeco Holdings, L.L.C. employees for the period of 2007-present.

18) Please provide a copy of all leases for office space for the period of 2007-present.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

11-2129                    DIVISION "D ."          Docket No._____

CONCRETE BUSTERS OF LOUISIANA, INC. AND WASTE REMEDIATION OF
PLAQUEMINES, LLC
                                    VS.

FREDERICK R. HEEBE,  ALBERT J. WARD, JR., RIVER BIRCH INCORPORATED
AND HWY 90, LLC

TO:  Anne's Properties, LLC, Registered Agent: Richard P. Richter, 909 Poydras St., Suite
2800 New Orleans, LA 70056

        CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed
below.

_____ SUBPOENA REQUEST _____

[     ]  YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in
Division "_", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of 20_ at ,o'clock
_.m., to testify the truth according to your knowledge, in a controversy pending herein between the
parties above named; and hereof you are not to fail under the penalty of the law. By order of the Court.

_____ DEPOSITION SUBPOENA REQUEST _____

[     ]  YOU ARE COMMANDED to appear at the place, date and time specified below to testify
at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

_____ REQUEST FOR WRIT OF SUBPOENA DUCES TECUM _____

[XXX  ]  YOU ARE COMMANDED to produce and permit inspection and copying of the following
documents or objects for the ___ trial, _X_____ deposition, or _ hearing (state type) _____
_____ at the place, date and time specified below (list documents or objects) pursuant to the provisions
of Article 1354 et. seq. of the LA Code of Civil Procedure.

Please see attached Exhibit "A" for a description of the documents sought under this subpoena.

| PLACE | DATE AND TIME |
|---|---|
| Smith & Fawer, 201 St. Charles Ave., Ste 3702 New Orleans, LA 70170 | August 15, 2011 at 11:00 a.m. |

Issued at the request of; and,
Fees and cost guaranteed by undersigned


ATTORNEY                         Attorney's Signature

ATTORNEY'S
NAME & BAR NUMBER    Stephen Gele    LA #22385

ADDRESS                   201 St. Charles Ave., Ste. 3702
&
TELEPHONE NUMBER    New Orleans, LA 70170

                         (504) 525-2200

                File original and two copies with Clerk
                  fourth copy for Attorney's File

                    ATTORNEY'S FILE COPY

## ATTACHED EXHIBIT "A"

1) Any and all correspondence and/or e-mails to the following:
    1) Henry M. Mouton;
    2) Timothy Coulon;
    3) Mary Coulon;
    4) Timothy Whitmer;
    5) Dawn Whitmer;
    6) Tom Wilkinson;
    7) Aaron Broussard;
    8) Any employee of CWC Gaming, LLC;
    9) Any employee of Lagniappe Industries, LLC;
    10) Any employee of CT Investments, L.L.C.;
    11) Any employee of DHP, LLC;
    12) Any employee of Caribe Resort Properties, L.L.C.;
    13) Any employee of Caribe Resort Properties I, L.L.C.;
    14) Any employee of Coulon Consultants, L.L.C.;
    15) Any employee of Learlines, L.L.C.;
    16) Any employee of The Sierra Club;
    17) Darryl Malek-Wiley;
    18) David Fos;
    19) Al Gandolfi;
    20) Dutchie Connick;
    21) Nancy Cassagne;
    22) Dominick Fazzio;
    22) Any member of the Jefferson Parish Council from January 1, 2007-present.

2) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Anne's Properties, LLC and Henry M. Mouton, including copies of the following checks:

    1) Check No. 1050, dated September 22, 2008 in the amount of $860.88 made out to Henry M. Mouton.

3) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Anne's Properties, LLC and the following individuals:
    1) Timothy ("Tim") Coulon;

    2) Mary Coulon;
    3) Timothy ("Tim") Whitmer;
    4) Dawn Whitmer;
    5) Tom Wilkinson;
    6) Aaron Broussard;
    7) Darryl Malek-Wiley;
    8) David Fos;
    9) Nancy Cassagne;
    10) Dominick Fazzio.

4)    Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Anne's Properties, LLC and the following companies:

    1) CWC Gaming, LLC, or any employee thereof;
    2) Lagniappe Industries, LLC, or any employee thereof;
    3) CT Investments, L.L.C., or any employee thereof;
    4) DHP, LLC, or any employee thereof; .
    5) Caribe Resort Properties, L.L.C., or any employee thereof;
    6) Caribe Resort Properties I, L.L.C., or any employee thereof;
    7) Coulon Consultants, L.L.C., or any employee thereof;
    8) Learlines, L.L.C., or any employee thereof;
    9) Sierra Club, or any employee thereof;
    10) Zydeco Holdings, L.L.C.;
    11) Water Front Properties, LLC;
    12) Ring Associates, LLC;
    13)  B.& C Contractors, LLC;
    14) Dangle & Associates, LLC;
    15) Willow, Inc.;
    16) Big Bang Properties, LLC;
    17) Live Oak Homes Co.;
    18) Heebe & Heebe, P.L.C.;
    19) Trout Point Lodge;
    20) West Jefferson Hospital;
    21) Shadow Lake Management Company, Inc.;
    22) River Birch, Inc.;
    23) Hwy 90, LLC;
    24) B.L.U., LLC;
    25) B.L.U., 2, LLC;
    26) Fred Heebe Investments;
    27) Any company, including but not limited to corporations, limited liability companies, or any other legal entity, of which any of the above listed persons and/or entities owns fifteen (15) percent or more.

5) Please produce a copy of the Articles of Incorporation, Articles of Organization, operating agreements, shareholders agreements, stock certificates, minutes of stockholder meetings, minutes of meetings of Managers or Members, and any and all documents submitted to the Louisiana Secretary of State, including, but not limited to, annual reports, Application for Certificate of Authority, Application for Appointment of Registered Agent, Registered Agent/Office Statement of Change, Articles of Correction, Articles of Amendment, Articles of Merger or Share Exchange, Reservation of Name, Letter of Intent to Dissolve, and/or Application for Registration of Name, Change of Members and/or Managers, regarding **Anne's Properties, LLC**, and/or any predecessor or successor entity from the date of incorporation to present.

6) Please produce evidence of any distributions to owners or investors, including but not limited to, any K-1s for the years of 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, and 2011.

7) Please produce any documents, including internal memoranda, relating to the re-zoning of the River Birch Landfill in 1997 from 1996 through present..

8) Please produce any correspondence, including e-mails, or recordings relating to the re-zoning of the River Birch Landfill, from 1996 through present, whether written or received, between you and:
    1) Tim Coulon;
    2) Aaron Broussard;
    3) Tom Wilkenson;
    4) Tim Whitmer;
    5) Henry Mouton.

9) Please produce any documents, internal memoranda, correspondence, including e-mails, or recordings relating to **Anne's Properties, LLC's** dealings with either Group Insurance Associates Inc. or Lagniappe Industries, LLC.

10) Please produce a copy of any and all documents related to any insurance policies serviced by Group Insurance Associates, Inc., with either United Healthcare of Louisiana or Humana Health Benefit Plan of Louisiana, including but not limited to the actual policy, declaration pages, binders, certificates of insurance, schedules, applications, claims history, submissions to brokers and/or underwriters, background checks, criminal history checks, worksheets, quotes, checks, drafts, reservation of rights letters, ACCORD certificates, reports of all claims, proofs of loss, communications with insurance agents/producers/brokers, and communications with the insurer.

11) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory

notes, financial instruments, financial statements, tax filings, accounting records, between Anne's Properties, LLC and Lagniappe Industries, LLC.

12) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish Request for Proposal (RFP) Nos. 158 and/or 176, including any drafts of said RFPs, any Jefferson Parish Department of Environmental Affairs inter-office memoranda regarding Request for Proposals Nos. 158 and/or 176.

13) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to, or utilized in, the negotiations with Jefferson Parish Administration and/or Tom Wilkinson, regarding the landfill contract with River Birch Incorporated and Hwy 90, LLC arising out of RFP No. 176.

14) Please produce any and all contracts, drafts of contracts, forms, memoranda of understanding, agreements, or marked up copies of a contract between Jefferson Parish Administration and/or Tom Wilkinson and River Birch Incorporated and Hwy 90, LLC regarding the waste removal/landfill contract arising out of RFP No. 176.

15) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish zoning, Jefferson Parish planning, or Jefferson Parish's master plan.

16) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings regarding the Jefferson Parish Landfill, Old Gentilly Landfill, and/or St. Bernard Parish Landfill (operated by Gioe's Truck Service, Inc. d/b/a Gioe's Truck Service and Demolition).

17) Please produce any and all contracts you had with consultants from 2004 through present.

18) Please produce any and all contracts you have with subcontractors from 2004 through present.

19) Please provide a list of Anne's Properties, LLC's employees for the period of 2007-present.

20) Please provide a copy of all leases for office space for the period of 2007-present.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

11-2129                DIVISION "D "            Docket No._____

CONCRETE BUSTERS OF LOUISIANA, INC. AND WASTE REMEDIATION OF
PLAQUEMINES, LLC

VS.

FREDERICK R. HEEBE,  ALBERT J. WARD, JR., RIVER BIRCH INCORPORATED
AND HWY 90, LLC.

TO:   Shadow Lake Management Company, Inc., Registered Agent: Jacquelyn Bruchi, 2000
Belle Chasse Hwy., 3rd Floor, Gretna, LA 70056

CLERK, CIVIL DISTRICT COURT – Please issue a subpoena to the above party as directed
below.

### SUBPOENA REQUEST

[     ]   YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in
Division "_", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of 20__ at __ o'clock
__m., to testify the truth according to your knowledge, in a controversy pending herein between the
parties above named; and hereof you are not to fail under the penalty of the law. By order of the Court.

### DEPOSITION SUBPOENA REQUEST

[     ]   YOU ARE COMMANDED to appear at the place, date and time specified below to testify
at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

### REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[XXX]   YOU ARE COMMANDED to produce and permit inspection and copying of the following
documents or objects for the ___ trial, _X_ deposition, or __ hearing (state type) _____
_____ at the place, date and time specified below (list documents or objects) pursuant to the provisions
of Article 1354 et. seq. of the LA Code of Civil Procedure.

Please see attached Exhibit "A" for a description of the documents sought under this subpoena.

| PLACE | DATE AND TIME |
|---|---|
| Smith & Fawer, 201 St. Charles Ave., Ste 3702 New Orleans, LA 70170 | August 15, 2011 at 11:00 a.m. |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY                    _____
                            Attorney's Signature
ATTORNEY'S
NAME & BAR NUMBER           Stephen Gele    LA #22385

ADDRESS
&
TELEPHONE NUMBER            201 St. Charles Ave., Ste. 3702

                            New Orleans, LA 70170

                            (504) 525-2200

File original and two copies with Clerk
fourth copy for Attorney's File

SHERIFF'S RETURN COPY

EXHIBIT
B

## ATTACHED EXHIBIT "A"

1) Any and all correspondence and/or e-mails to the following:

    1) Henry M. Mouton;
    2) Timothy Coulon;
    3) Mary Coulon;
    4) Timothy Whitmer;
    5) Dawn Whitmer;
    6) Tom Wilkinson;
    7) Aaron Broussard;
    8) Any employee of CWC Gaming, LLC;
    9) Any employee of Lagniappe Industries, LLC;
    10) Any employee of CT Investments, L.L.C.;
    11) Any employee of DHP, LLC;
    12) Any employee of Caribe Resort Properties, L.L.C.;
    13) Any employee of Caribe Resort Properties I, L.L.C.;
    14) Any employee of Coulon Consultants, L.L.C.;
    15) Any employee of Learlines, L.L.C.;
    16) Any employee of The Sierra Club;
    17) Any employee of Zydeco Holdings, LLC
    17) Darryl Malek-Wiley;
    18) David Fos;
    19) Al Gandolfi;
    20) Dutchie Connick;
    21) Nancy Cassagne;
    22) Dominick Fazzio
    23) Any member of the Jefferson Parish Council from January 1, 2007-present;

2) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Shadow Lake Management Company, Inc. and the following individuals:

    1) Timothy ("Tim") Coulon;
    2) Mary Coulon;
    3) Timothy ("Tim") Whitmer;
    4) Dawn Whitmer;
    5) Tom Wilkinson;
    6) Aaron Broussard;
    7) Darryl Malek-Wiley;
    8) David Fos;
    9) Nancy Cassagne;
    10) Dominick Fazzio;

11) Henry M. Mouton

4)     Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Shadow Lake Management Company, Inc. and the following companies:

1) CWC Gaming, LLC, or any employee thereof;
2) Lagniappe Industries, LLC, or any employee thereof;
3) CT Investments, L.L.C., or any employee thereof;
4) DHP, LLC, or any employee thereof;
5) Caribe Resort Properties, L.L.C., or any employee thereof;
6) Caribe Resort Properties I, L.L.C., or any employee thereof;
7) Coulon Consultants, L.L.C., or any employee thereof;
8) Learlines, L.L.C., or any employee thereof;
9) Sierra Club;
10) Zydeco Holdings, L.L.C.;
11) Dangle & Associates, LLC;
12) Water Front Properties, LLC;
13) B & C Contractors, LLC;
14) Anne's Properties, LLC;
15) Willow, Inc.;
16) Ring Associates, LLC;
17) Big Bang Properties, LLC;
18) Heebe & Heebe, P.L.C.;
19) Trout Point Lodge;
20) West Jefferson Hospital;
21) Live Oak Homes, Co.;
22) B.L.U., LLC;
23) B.L.U., 2, LLC;
24) Fred Heebe Investments;
25) River Birch, Inc;
26) Hwy 90, LLC;
27) Any company, including but not limited to corporations, limited liability companies, or any other legal entity, of which any of the above listed persons and/or entities owns fifteen (15) percent or more.

5)     Please produce a copy of the Articles of Incorporation, Articles of Organization, operating agreements, shareholders agreements, stock certificates, minutes of stockholder meetings, minutes of meetings of Managers or Members, and any and all documents submitted to the Louisiana Secretary of State, including, but not limited to, annual reports, Application for Certificate of Authority, Application for Appointment of Registered Agent, Registered Agent/Office Statement of Change, Articles of Correction, Articles of Amendment, Articles of Merger or Share Exchange, Reservation of Name,

Letter of Intent to Dissolve, and/or Application for Registration of Name, Change of Members and/or Managers, regarding Shadow Lake Management Company, Inc., and/or any predecessor or successor entity from the date of incorporation to present.

6) Please produce evidence of any distributions to owners or investors, including but not limited to, any K-1s for the years of 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, and 2011.

7) Please produce any documents, including internal memoranda, relating to the re-zoning of the River Birch Landfill in 1997 from 1996 through present.

8) Please produce any correspondence, including e-mails, or recordings relating to the re-zoning of the River Birch Landfill, from 1996 through present, whether written or received, between you and:
   1) Tim Coulon;
   2) Aaron Broussard;
   3) Tom Wilkenson;
   4) Tim Whitmer;
   5) Henry Mouton.

9) Please produce any documents, internal memoranda, correspondence, including e-mails, or recordings relating to Shadow Lake Management Company, Inc.'s dealings with either Group Insurance Associates Inc. or Lagniappe Industries, LLC.

10) Please produce a copy of any and all documents related to any insurance policies serviced by Group Insurance Associates, Inc., with either United Healthcare of Louisiana or Humana Health Benefit Plan of Louisiana, including but not limited to the actual policy, declaration pages, binders, certificates of insurance, schedules, applications, claims history, submissions to brokers and/or underwriters, background checks, criminal history checks, worksheets, quotes, checks, drafts, reservation of rights letters, ACCORD certificates, reports of all claims, proofs of loss, communications with insurance agents/producers/brokers, and communications with the insurer.

11) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Shadow Lake Management Company, Inc. and Lagniappe Industries, LLC.

12) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish Request for Proposal (RFP) Nos. 158 and/or 176, including any drafts of said RFPs, any Jefferson Parish Department of Environmental Affairs inter-office memoranda regarding Request for Proposals Nos. 158 and/or 176.

13) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to, or utilized in, the negotiations with Jefferson Parish Administration and/or Tom Wilkinson, regarding the landfill contract with River Birch Incorporated and Hwy 90, LLC arising out of RFP No. 176.

14) Please produce any and all contracts, drafts of contracts, forms, memoranda of understanding, agreements, or marked up copies of a contract between Jefferson Parish Administration and/or Tom Wilkinson and River Birch Incorporated and Hwy 90, LLC regarding the waste removal/landfill contract arising out of RFP No. 176.

15) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish zoning, Jefferson Parish planning, or Jefferson Parish's master plan.

16) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings regarding the Jefferson Parish Landfill, Old Gentilly Landfill, and/or St. Bernard Parish Landfill (operated by Gioe's Truck Service, Inc. d/b/a Gioe's Truck Service and Demolition).

17) Please produce any and all contracts you had with consultants from 2004 through present.

18) Please produce any and all contracts you have with subcontractors from 2004 through present.

19) Please provide a list of Shadow Lake Management Company, Inc.'s employees for the period of 2007-present.

20) Please provide a copy of all leases for office space for the period of 2007-present.

| RETURN FOR PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On the ____ day of _____ | On the ____ day of _____ |
| 19____ served a copy of the within | 19____ served a copy of the within |
| On _____ | On _____ |
| in person _____ | by leaving same at _____ |
| | domiciled or usual place of abode |
| Return same day | _____ in the |
| | hands of a person of suitable age and |
| Deputy Sheriff of Orleans Parish | discretion, residing therein as a member of |
| | _____ domiciliary |
| | establishment, whose name and other facts |
| | connected with his service I learned by |
| | interrogating the said _____ |
| | _____ being absent from |
| | _____ domicile at time of said |
| | service. |

ENTERED

PAPER **29**   RETURN **26**

SERIAL NO.   DEPUTY   PARISH

Return same day

Deputy Sheriff of Orleans Parish

RECEIVED

JEFFERSON PARISH CIVIL SHERIFF'S OFFICE
RECEIVED
AUG 08 2011

2011 AUG -3 P 2: 27
ORLEANS PARISH
SHERIFF'S OFFICE

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

11-2129                    DIVISION "D"              Docket No.

CONCRETE BUSTERS OF LOUISIANA, INC. AND WASTE REMEDIATION OF PLAQUEMINES, LLC

VS.

FREDERICK R. HEEBE,  ALBERT J. WARD, JR., RIVER BIRCH INCORPORATED AND HWY 90, LLC

TO:   Willow, Inc., Registered Agent: Heebe & Heebe, P.L.C., 2000 Belle Chasse Hwy., Gretna, LA 70056

CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed below.

SUBPOENA REQUEST

[    ]   YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in Division "_", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of 20__ at _ o'clock __m., to testify the truth according to your knowledge, in a controversy pending herein between the parties above named; and hereof you are not to fail under the penalty of the law.  By order of the Court.

DEPOSITION SUBPOENA REQUEST

[    ]   YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[XXX ]   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects for the ___ trial, _X_ deposition, or _ hearing (state type) _____ at the place, date and time specified below (list documents or objects) pursuant to the provisions of Article 1354 et. seq. of the LA Code of Civil Procedure:

Please see attached Exhibit "A" for a description of the documents sought under this subpoena.

| PLACE | DATE AND TIME |
|---|---|
| Smith & Fawer, 201 St. Charles Ave., Ste 3702 New Orleans, LA 70170 | August 15, 2011 at 11:00 a.m. |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY

                          _____
                          Attorney's Signature
ATTORNEY'S
NAME & BAR NUMBER    Stephen Gele   LA #22385

ADDRESS
&
TELEPHONE NUMBER     201 St. Charles Ave., Ste. 3702

                     New Orleans, LA 70170

                     (504) 525-2200

File original and two copies with Clerk
fourth copy for Attorney's File

SHERIFF'S RETURN COPY

ATTACHED EXHIBIT "A"

1)　　Any and all correspondence and/or e-mails to the following:

  1) Henry M. Mouton;
  2) Timothy Coulon;
  3) Mary Coulon;
  4) Timothy Whitmer;
  5) Dawn Whitmer;
  6) Tom Wilkinson;
  7) Aaron Broussard;
  8) Any employee of CWC Gaming, LLC;
  9) Any employee of Lagniappe Industries, LLC;
  10) Any employee of CT Investments, L.L.C.;
  11) Any employee of DHP, LLC;
  12) Any employee of Caribe Resort Properties, L.L.C.;
  13) Any employee of Caribe Resort Properties I, L.L.C.;
  14) Any employee of Coulon Consultants, L.L.C.;
  15) Any employee of Learlines, L.L.C.;
  16) Any employee of The Sierra Club;
  17) Darryl Malek-Wiley;
  18) David Fos;
  19) Al Gandolfi;
  20) Dutchie Connick;
  21) Nancy Cassagne;
  22) Dominick Fazzio;
  23) Any member of the Jefferson Parish Council from January 1, 2007-present.

2)　　Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Willow, Inc. and Henry M. Mouton, including copies of the following checks:

  1) Check No. 140263, dated May 7, 2003 in the amount of $2,000.00 made out to Henry M. Mouton.

  2) Check No. 140803, dated June 10, 2003 in the amount of $2,000.00 made out to Henry M. Mouton.

  3) Check No. 141313, dated June 30, 2003 in the amount of $2,000.00 made out to Henry M. Mouton.

  4) Check No. 141930, dated August 18, 2003 in the amount of $2,000.00 made out to Henry M. Mouton.

5) Check No. 142519, dated September 2, 2003 in the amount of $2,000.00 made out to Henry M. Mouton.

6) Check No. 143184, dated September 29, 2003 in the amount of $3,500.00 made out to Henry M. Mouton.

7) Check No. 143104, dated September 30, 2003 in the amount of $2,000.00 made out to Henry M. Mouton.

8) Check No. 143791, dated November 7, 2003 in the amount of $2,000.00 made out to Henry M. Mouton.

9) Check No. 144345, dated December 8, 2003 in the amount of $2,000.00 made out to Henry M. Mouton.

10) Check No. 144928, dated December 24, 2003 in the amount of $12,000.00 made out to Henry M. Mouton.

11) Check No. 144968, dated January 9, 2004 in the amount of $2,000.00 made out to Henry M. Mouton.

12) Check No. 145492, dated February 3, 2004 in the amount of $2,000.00 made out to Henry M. Mouton.

13) Check No. 146289, dated April 1, 2004 in the amount of $2,000.00 made out to Henry M. Mouton.

14) Check No. 146615, dated April 14, 2004 in the amount of $2,000.00 made out to Henry M. Mouton.

15) Check No. 147427, dated May 10, 2004 in the amount of $2,000.00 made out to Henry M. Mouton.

16) Check No. 147987, dated June 1, 2004 in the amount of $2,000.00 made out to Henry M. Mouton.

17) Check No. 148690, dated July 8, 2004 in the amount of $2,000.00 made out to Henry M. Mouton.

18) Check No. 149346, dated July 30, 2004 in the amount of $18,000.00 made out to Henry M. Mouton.

19) Check No. 149263, dated August 5, 2004 in the amount of $2,000.00 made out to Henry M. Mouton.

20) Check No. 149801, dated September 1, 2004 in the amount of $2,000.00 made out to Henry M. Mouton.

21) Check No. 150460, dated October 5, 2004 in the amount of $2,000.00 made out to Henry M. Mouton.

22) Check No. 150985, dated November 10, 2004 in the amount of $2,000.00 made out to Henry M. Mouton.

23) Check No. 151462, dated December 3, 2004 in the amount of $2,000.00 made out to Henry M. Mouton.

24) Check No. 152090, dated January 4, 2005 in the amount of $2,000.00 made out to Henry M. Mouton.

25) Check No. 152571, dated February 4, 2005 in the amount of $2,000.00 made out to Henry M. Mouton.

26) Check No. 153075, dated March 2, 2005 in the amount of $2,000.00 made out to Henry M. Mouton.

27) Check No. 153694, dated April 6, 2005 in the amount of $2,000.00 made out to Henry M. Mouton.

28) Check No. 154252, dated May 4, 2005 in the amount of $2,000.00 made out to Henry M. Mouton.

29) Check No. 154763, dated June 1, 2005 in the amount of $2,000.00 made out to Henry M. Mouton.

30) Check No. 155389, dated July 14, 2005 in the amount of $2,000.00 made out to Henry M. Mouton.

31) Check No. 155838, dated July 29, 2005 in the amount of $2,000.00 made out to Henry M. Mouton.

32) Check No. 156337, dated September 9, 2005 in the amount of $2,000.00 made out to Henry M. Mouton.

33) Check No. 156626, dated October 17, 2005 in the amount of $2,000.00 made out to Henry M. Mouton.

34) Check No. 156876, dated November 4, 2005 in the amount of $2,000.00 made out to Henry M. Mouton.

35) Check No. 157361, dated December 7, 2005 in the amount of $513.00 made out to Henry M. Mouton.

36) Check No. 157362, dated December 8, 2005 in the amount of $1,487.00 made out to Henry M. Mouton.

37) Check No. 157491, dated December 16, 2005 in the amount of $18,000.00 made out to Henry M. Mouton.

38) Check No. 157741, dated January 6, 2006 in the amount of $17,000.00 made out to Henry M. Mouton.

39) Check No. 157704, dated January 9, 2006 in the amount of $513.00 made out to Henry M. Mouton.

40) Check No. 157703, dated January 9, 2006 in the amount of $1,487.00 made out to Henry M. Mouton.

41) Check No. 158129, dated January 31, 2006 in the amount of $2,958.00 made out to Henry M. Mouton.

42) Check No. 158087, dated February 8, 2006 in the amount of $513.00 made out to Henry M. Mouton.

43) Check No. 158086, dated February 8, 2006 in the amount of $1,487.00 made out to Henry M. Mouton.

44) Check No. 158362, dated February 17, 2006 in the amount of $1,400.00 made out to Henry M. Mouton.

45) Check No. 158467, dated March 6, 2006 in the amount of $1,487.00 made out to Henry M. Mouton.

46) Check No. 158694, dated March 14, 2006 in the amount of $3,329.00 made out to Henry M. Mouton.

47) Check No. 159159, dated April 6, 2006 in the amount of $5,000.00 made out to Henry M. Mouton.

48) Check No. 159103, dated April 6, 2006 in the amount of $513.00 made out to Henry M. Mouton.

49) Check No. 159102, dated April 6, 2006 in the amount of $1,487.00 made out to Henry M. Mouton.

50) Check No. 159158, dated April 7, 2006 in the amount of $7,500.00 made out to Henry M. Mouton.

51) Check No. 159429, dated April 24, 2006 in the amount of $2,200.00 made out to Henry M. Mouton.

52) Check No. 159430, dated April 25, 2006 in the amount of $4,400.00 made out to Henry M. Mouton.

53) Check No. 159487, dated April 27, 2006 in the amount of $4,400.00 made out to Henry M. Mouton.

54) Check No. 159488, dated May 4, 2006 in the amount of $513.00 made out to Henry M. Mouton.

55) Check No. 159720, dated May 18, 2006 in the amount of $3,882.14 made out to Henry M. Mouton.

56) Check No. 159975, dated June 6, 2006 in the amount of $513.00 made out to Henry M. Mouton.

57) Check No. 160291, dated June 30, 2006 in the amount of $5,148.78 made out to Henry M. Mouton.

58) Check No. 160366, dated July 5, 2006 in the amount of $1,487.00 made out to Henry M. Mouton.

59) Check No. 160692, dated August 2, 2006 in the amount of $1,487.00 made out to Henry M. Mouton.

60) Check No. 160693, dated August 3, 2006 in the amount of $513.00 made out to Henry M. Mouton.

61) Check No. 161180, dated September 7, 2006 in the amount of $513.00 made out to Henry M. Mouton.

62) Check No. 161535, dated October 4, 2006 in the amount of $1,487.00 made out to Henry M. Mouton.

63) Check No. 161536, dated October 4, 2006 in the amount of $513.00 made out to Henry M. Mouton.

64) Check No. 161904, dated November 6, 2006 in the amount of $1,487.00 made out to Henry M. Mouton.

65) Check No. 161905, dated November 6, 2006 in the amount of $513.00 made out to Henry M. Mouton.

66) Check No. 162385, dated December 13, 2006 in the amount of $1,487.00 made out to Henry M. Mouton.

67) Check No. 162386, dated December 13, 2006 in the amount of $513.00 made out to Henry M. Mouton.

68) Check No. 162784, dated January 5, 2007 in the amount of $1,487.00 made out to Henry M. Mouton.

69) Check No. 162785, dated January 5, 2007 in the amount of $513.00 made out to Henry M. Mouton.

70) Check No. 163144, dated February 2, 2007 in the amount of $1,487.00 made out to Henry M. Mouton.

71) Check No. 163145, dated February 2, 2007 in the amount of $513.00 made out to Henry M. Mouton.

72) Check No. 163601, dated March 12, 2007 in the amount of $1,487.00 made out to Henry M. Mouton.

73) Check No. 163602, dated March 12, 2007 in the amount of $513.00 made out to Henry M. Mouton.

74) Check No. 164000, dated April 5, 2007 in the amount of $1,487.00 made out to Henry M. Mouton.

75) Check No. 164001, dated April 5, 2007 in the amount of $513.00 made out to Henry M. Mouton.

76) Check No. 164526, dated May 10, 2007 in the amount of $1,487.00 made out to Henry M. Mouton.

77) Check No. 164527, dated May 10, 2007 in the amount of $513.00 made out to Henry M. Mouton.

78) Check No. 164861, dated June 7, 2007 in the amount of $1,487.00 made out to Henry M. Mouton.

79) Check No. 164862, dated June 7, 2007 in the amount of $513.00 made out to Henry M. Mouton.

80) Check No. 165229, dated July 12, 2007 in the amount of $1,487.00 made out to Henry M. Mouton.

81) Check No. 165230, dated July 12, 2007 in the amount of $513.00 made out to Henry M. Mouton.

82) Check No. 165602, dated August 2, 2007 in the amount of $1,487.00 made out to Henry M. Mouton.

83) Check No. 165603, dated August 2, 2007 in the amount of $513.00 made out to Henry M. Mouton.

84) Check No. 166061, dated September 12, 2007 in the amount of $1,487.00 made out to Henry M. Mouton.

85) Check No. 166062, dated September 12, 2007 in the amount of $513.00 made out to Henry M. Mouton.

86) Check No. 166185, dated September 14, 2007 in the amount of $21,000.00 made out to Henry M. Mouton.

87) Check No. 166186, dated September 14, 2007 in the amount of $4,000.00 made out to Henry M. Mouton.

88) Check No. 166421, dated October 4, 2007 in the amount of $1,487.00 made out to Henry M. Mouton.

89) Check No. 166422, dated October 4, 2007 in the amount of $513.00 made out to Henry M. Mouton.

90) Check No. 166837, dated November 9, 2007 in the amount of $1,487.00 made out to Henry M. Mouton.

91) Check No. 166838, dated November 9, 2007 in the amount of $513.00 made out to Henry M. Mouton.

92) Check No. 167133, dated December 7, 2007 in the amount of $1,487.00 made out to Henry M. Mouton.

93) Check No. 167134, dated December 7, 2007 in the amount of $513.00 made out to Henry M. Mouton.

94) Check No. 167449, dated January 10, 2008 in the amount of $1,487.00 made out to Henry M. Mouton.

95) Check No. 167450, dated January 10, 2008 in the amount of $513.00 made out to Henry M. Mouton.

96) Check No. 167691, dated February 11, 2008 in the amount of $1,487.00 made out to Henry M. Mouton.

97) Check No. 167692, dated February 11, 2008 in the amount of $513.00 made out to Henry M. Mouton.

98) Check No. 167919, dated March 6, 2008 in the amount of $1,487.00 made out to Henry M. Mouton.

99) Check No. 167920, dated March 6, 2008 in the amount of $513.00 made out to Henry M. Mouton.

100) Check No. 168395, dated April 28, 2008 in the amount of $2,000.00 made out to Henry M. Mouton.

101) Check No. 169398, dated April 28, 2008 in the amount of $2,000.00 made out to Henry M. Mouton.

102) Check No. 167399, dated April 28, 2008 in the amount of $2,000.00 made out to Henry M. Mouton.

103) Check No. 168400, dated April 28, 2008 in the amount of $2,000.00 made out to Henry M. Mouton.

104) Check No. 168401, dated April 28, 2008 in the amount of $2,000.00 made out to Henry M. Mouton.

105) Check No. 168396, dated May 1, 2008 in the amount of $2,000.00 made out to Henry M. Mouton.

106) Check No. 168397, dated May 1, 2008 in the amount of $2,000.00 made out to Henry M. Mouton.

107) Check No. 168372, dated May 15, 2008 in the amount of $1,487.00 made out to Henry M. Mouton.

108) Check No. 168373, dated May 15, 2008 in the amount of $513.00 made out to Henry M. Mouton.

109) Check No. 168663, dated June 11, 2008 in the amount of $1,487.00 made out to Henry M. Mouton.

110) Check No. 168664, dated June 11, 2008 in the amount of $513.00 made out to Henry M. Mouton.

111) Check No. 168920, dated July 3, 2008 in the amount of $1,487.00 made out to Henry M. Mouton.

112) Check No. 168921, dated July 3, 2008 in the amount of $513.00 made out to Henry M. Mouton.

113) Check No. 169200, dated August 6, 2008 in the amount of $1,487.00 made out to Henry M. Mouton.

114) Check No. 169201, dated August 6, 2008 in the amount of $513.00 made out to Henry M. Mouton.

115) Check No. 169408, dated September 10, 2008 in the amount of $1,487.00 made out to Henry M. Mouton.

116) Check No. 169409, dated September 10, 2008 in the amount of $513.00 made out to Henry M. Mouton.

117) Check No. 169561, dated October 6, 2008 in the amount of $1,487.00 made out to Henry M. Mouton.

118) Check No. 169577, dated October 8, 2008 in the amount of $513.00 made out to Henry M. Mouton.

119) Check No. 169775, dated November 5, 2008 in the amount of $1,487.00 made out to Henry M. Mouton.

120) Check No. 169776, dated November 5, 2008 in the amount of $513.00 made out to Henry M. Mouton.

121) Check No. 169932, dated December 2, 2008 in the amount of $1,487.00 made out to Henry M. Mouton.

122) Check No. 169933, dated December 2, 2008 in the amount of $513.00 made out to Henry M. Mouton.

123) Check No. 170061, dated December 31, 2008 in the amount of $1,487.00 made out to Henry M. Mouton.

124) Check No. 170062, dated December 31, 2008 in the amount of $513.00 made out to Henry M. Mouton.

125) Check No. 170206, dated February 3, 2009 in the amount of $1,487.00 made out to Henry M. Mouton.

126) Check No. 170207, dated February 4, 2009 in the amount of $513.00 made out to Henry M. Mouton.

127) Check No. 170327, dated March 10, 2009 in the amount of $1,487.00 made out to Henry M. Mouton.

130) Check No. 170328, dated March 11, 2009 in the amount of $513.00 made out to Henry M. Mouton.

131) Check No. 170433, dated April 7, 2009 in the amount of $1,487.00 made out to Henry M. Mouton.

132) Check No. 170434, dated April 8, 2009 in the amount of $513.00 made out to Henry M. Mouton.

133) Check No. 170550, dated May 8, 2009 in the amount of $1,487.00 made out to Henry M. Mouton.

134) Check No. 170551, dated May 11, 2009 in the amount of $513.00 made out to Henry M. Mouton.

135) Check No. 170752, dated June 10, 2009 in the amount of $1,487.00 made out to Henry M. Mouton.

136) Check No. 170753, dated June 11, 2009 in the amount of $513.00 made out to Henry M. Mouton.

137) Check No. 170876, dated July 8, 2009 in the amount of $513.00 made out to Henry M. Mouton.

138) Check No. 170875, dated July 15, 2009 in the amount of $1,487.00 made out to Henry M. Mouton.

139) Check No. 171078, dated August 10, 2009 in the amount of $513.00 made out to Henry M. Mouton.

140) Check No. 171077, dated August 13, 2009 in the amount of $1,487.00 made out to Henry M. Mouton.

141) Check No. 171196, dated September 3, 2009 in the amount of $1,487.00 made out to Henry M. Mouton.

142) Check No. 171197, dated September 11, 2009 in the amount of $513.00 made out to Henry M. Mouton.

143) Check No. 171393, dated October 13, 2009 in the amount of $513.00 made out to Henry M. Mouton.

144) Check No. 171392, dated October 15, 2009 in the amount of $1,487.00 made out to Henry M. Mouton.

145) Check No. 171547, dated November 9, 2009 in the amount of $1,487.00 made out to Henry M. Mouton.

146) Check No. 171548, dated November 9, 2009 in the amount of $513.00 made out to Henry M. Mouton.

147) Check No. 171642, dated December 14, 2009 in the amount of $1,487.00 made out to Henry M. Mouton.

148) Check No. 171643, dated December 14, 2009 in the amount of $513.00 made out to Henry M. Mouton.

149) Check No. 171783, dated January 8, 2010 in the amount of $513.00 made out to Henry M. Mouton.

150) Check No. 171782, dated January 13, 2010 in the amount of $1,487.00 made out to Henry M. Mouton.

151) Check No. 171899, dated February 8, 2010 in the amount of $1,487.00 made out to Henry M. Mouton.

152) Check No. 171900, dated February 8, 2010 in the amount of $513.00 made out to Henry M. Mouton.

153) Check No. 172012, dated March 18, 2010 in the amount of $1,487.00 made out to Henry M. Mouton.

154) Check No. 172013, dated March 18, 2010 in the amount of $513.00 made out to Henry M. Mouton.

155) Check No. 172141, dated April 12, 2010 in the amount of $1,487.00 made out to Henry M. Mouton.

156) Check No. 172142, dated April 16, 2010 in the amount of $513.00 made out to Henry M. Mouton.

157) Check No. 139790, dated April 14, 2003 in the amount of $513 made out to Henry M. Mouton.

3) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Willow, Inc. and the following individuals:

    1) Timothy ("Tim") Coulon;
    2) Mary Coulon;
    3) Timothy ("Tim") Whitmer;
    4) Dawn Whitmer;
    5) Tom Wilkinson;
    6) Aaron Broussard;
    7) Darryl Malek-Wiley;
    8) David Fos;
    9) Nancy Cassagne;
    10) Dominick Fazzio.

4) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Willow, Inc. and the following companies:

    1) CWC Gaming, LLC, or any employee thereof;
    2) Lagniappe Industries, LLC, or any employee thereof;
    3) CT Investments, L.L.C., or any employee thereof;
    4) DHP, LLC, or any employee thereof;
    5) Caribe Resort Properties, L.L.C., or any employee thereof;
    6) Caribe Resort Properties I, L.L.C., or any employee thereof;
    7) Coulon Consultants, L.L.C., or any employee thereof;
    8) Learlines, L.L.C., or any employee thereof;
    9) Sierra Club;
    10) Zydeco Holdings, L.L.C.;
    11) Water Front Properties, LLC;
    12) Ring Associates, LLC;
    13) B & C Contractors, LLC;
    14) Dangle & Associates, LLC;
    15) Anne's Properties, LLC;
    16) Big Bang Properties, LLC;
    17) Live Oak Homes Co.;
    18) Heebe & Heebe, P.L.C.;
    19) Trout Point Lodge;

20) West Jefferson Hospital;

21) Shadow Lake Management Company, Inc.;

22) River Birch, Inc.;

23) Hwy 90, LLC;

24) B.L.U., LLC;

25) B.L.U. 2, LLC;

26) Fred Heebe Investments;

27) Any company, including but not limited to corporations, limited liability companies, or any other legal entity, of which any of the above listed persons and/or entities owns fifteen (15) percent or more.

5)     Please produce a copy of the Articles of Incorporation, Articles of Organization, operating agreements, shareholders agreements, stock certificates, minutes of stockholder meetings, minutes of meetings of Managers or Members, and any and all documents submitted to the Louisiana Secretary of State, including, but not limited to, annual reports, Application for Certificate of Authority, Application for Appointment of Registered Agent, Registered Agent/Office Statement of Change, Articles of Correction, Articles of Amendment, Articles of Merger or Share Exchange, Reservation of Name, Letter of Intent to Dissolve, and/or Application for Registration of Name, Change of Members and/or Managers, regarding Willow, Inc., and/or any predecessor or successor entity from the date of incorporation to present.

6)     Please produce evidence of any distributions to owners or investors, including but not limited to, any K-1s for the years of 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, and 2011.

7)     Please produce any documents, including internal memoranda, relating to the re-zoning of the River Birch Landfill in 1997 from 1996 through present.

8)     Please produce any correspondence, including e-mails, or recordings relating to the re-zoning of the River Birch Landfill, from 1996 through present, whether written or received, between you and:

1) Tim Coulon;

2) Aaron Broussard;

3) Tom Wilkenson;

4) Tim Whitmer;

5) Henry Mouton.

9)     Please produce any documents, internal memoranda, correspondence, including e-mails, or recordings relating to Willow, Inc.'s dealings with either Group Insurance Associates Inc. or Lagniappe Industries, LLC.

10)     Please produce a copy of any and all documents related to any insurance policies serviced by Group Insurance Associates, Inc., with either United Healthcare of Louisiana or Humana Health Benefit Plan of Louisiana, including but not limited to the actual policy,

declaration pages, binders, certificates of insurance, schedules, applications, claims history, submissions to brokers and/or underwriters, background checks, criminal history checks, worksheets, quotes, checks, drafts, reservation of rights letters, ACCORD certificates, reports of all claims, proofs of loss, communications with insurance agents/producers/brokers, and communications with the insurer.

11) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Willow, Inc. and Lagniappe Industries, LLC.

12) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish Request for Proposal (RFP) Nos. 158 and/or 176, including any drafts of said RFPs, any Jefferson Parish Department of Environmental Affairs inter-office memoranda regarding Request for Proposals Nos. 158 and/or 176.

13) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to, or utilized in, the negotiations with Jefferson Parish Administration and/or Tom Wilkinson, regarding the landfill contract with River Birch Incorporated and Hwy 90, LLC arising out of RFP No. 176.

14) Please produce any and all contracts, drafts of contracts, forms, memoranda of understanding, agreements, or marked up copies of a contract between Jefferson Parish Administration and/or Tom Wilkinson and River Birch Incorporated and Hwy 90, LLC regarding the waste removal/landfill contract arising out of RFP No. 176.

15) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish zoning, Jefferson Parish planning, or Jefferson Parish's master plan.

16) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings regarding the Jefferson Parish Landfill, Old Gentilly Landfill, and/or St. Bernard Parish Landfill (operated by Gioe's Truck Service, Inc. d/b/a Gioe's Truck Service and Demolition).

17) Please produce any and all contracts you had with consultants from 2004 through present.

18) Please produce any and all contracts you have with subcontractors from 2004 through present.

19) Please provide a list of Dangle & Associates' employees for the period of 2007-present.

20) Please provide a copy of all leases for office space for the period of 2007-present.

| RETURN FOR PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On the ...... day of ............ | On the ...... day of ............ |
| 19...... served a copy of the within | 19...... served a copy of the within |
| On ............ | On ............ |
| in person ............ | by leaving same at ............ |
| | domiciled or usual place of abode ............ |
| Return same day | ............ in the |
| | hands of a person of suitable age and |
| Deputy Sheriff of Orleans Parish | discretion, residing therein as a member of |
| | ............ domiciliary |
| | establishment, whose name and other facts |
| | connected with his service I learned by |
| | interrogating the said ............ |
| | ............ being absent from |
| | ............ domicile at time of said |
| | service. |



| PAPER | ENTERED | |
|---|---|---|
| 20 | | 26 |
| SERIAL NO. | DEPUTY | RETURN PARISH |

Return same day

Deputy Sheriff of Orleans Parish

JEFFERSON PARISH RECEIVED AUG 09 2011 CIVIL SHERIFF'S OFFICE

ORLEANS PARISH SHERIFF'S OFFICE 2011 AUG -3 P 1:39

RECEIVED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

11-2129                      DIVISION "D"                Docket No. _____

CONCRETE BUSTERS OF LOUISIANA, INC. AND WASTE REMEDIATION OF PLAQUEMINES, LLC

VS.

FREDERICK R. HEEBE, ALBERT J. WARD, JR., RIVER BIRCH INCORPORATED AND HWY 90, LLC

TO:   Live Oak Homes Corporation, Registered Agent: Frederic R. Heebe, 2000 Belle Chasse Hwy, 3rd Floor, Gretna, LA 70056

CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed below.

## SUBPOENA REQUEST

[   ]   YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in Division " ", 421 Loyola Ave., New Orleans, LA 70112, on the _____ day of 20__ at __ o'clock __.m., to testify the truth according to your knowledge, in a controversy pending herein between the parties above named; and hereof you are not to fail under the penalty of the law. By order of the Court.

## DEPOSITION SUBPOENA REQUEST

[   ]   YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

## REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[XXX ]   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects for the ____ trial, __X__ deposition, or __ hearing (state type) _____ at the place, date and time specified below (list documents or objects) pursuant to the provisions of Article 1354 et. seq. of the LA Code of Civil Procedure.

Please see attached Exhibit "A" for a description of the documents sought under this subpoena.

| PLACE | DATE AND TIME |
|---|---|
| Smith & Fawer, 201 St. Charles Ave., Ste 3702 New Orleans, LA 70170 | August 15, 2011 at 11:00 a.m. |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY                          _____
                                  Attorney's Signature
ATTORNEY'S
NAME & BAR NUMBER    Stephen Gele   LA #22385

ADDRESS
&                    201 St. Charles Ave., Ste 3702
TELEPHONE NUMBER     New Orleans, LA 70170

                     (504) 525-2200

File original and two copies with Clerk
fourth copy for Attorney's File

SHERIFF'S RETURN COPY

## ATTACHED EXHIBIT "A"

1)     Any and all correspondence and/or e-mails to the following:
    1) Henry M. Mouton;
    2) Timothy Coulon;
    3) Mary Coulon;
    4) Timothy Whitmer;
    5) Dawn Whitmer;
    6) Tom Wilkinson;
    7) Aaron Broussard;
    8) Any employee of CWC Gaming, LLC;
    9) Any employee of Lagniappe Industries, LLC;
    10) Any employee of CT Investments, L.L.C.;
    11) Any employee of DHP, LLC;
    12) Any employee of Caribe Resort Properties, L.L.C.;
    13) Any employee of Caribe Resort Properties I, L.L.C.;
    14) Any employee of Coulon Consultants, L.L.C.;
    15) Any employee of Learlines, L.L.C.;
    16) Any employee of The Sierra Club;
    17) Any employee of Zydeco Holdings, LLC
    17) Darryl Malek-Wiley;
    18) David Fos;
    19) Al Gandolfi;
    20) Dutchie Connick;
    21) Nancy Cassagne;
    22) Dominick Fazzio
    23) Any member of the Jefferson Parish Council from January 1, 2007-present;


2)     Please produce copies of any and all documents, including electronic documents,
evidencing or memorializing any and all moneys exchanged or contemplated to be
exchanged, including any invoices, statements, bills, receipts, cancelled checks, check
registers, bank statements, wire transfers, settlement agreements, releases, promissory
notes, financial instruments, financial statements, tax filings, accounting records, between
Live Oak Homes Co. and the following individuals:
    1) Timothy ("Tim") Coulon;
    2) Mary Coulon;
    3) Timothy ("Tim") Whitmer;
    4) Dawn Whitmer;
    5) Tom Wilkinson;
    6) Aaron Broussard;
    7) Darryl Malek-Wiley;
    8) David Fos;
    9) Nancy Cassagne;
    10) Dominick Fazzio;

CIVIL
DISTRICT COURT

11) Henry M. Mouton.

4)   Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Live Oak Homes Co. and the following companies:

1) CWC Gaming, LLC, or any employee thereof;
2) Lagniappe Industries, LLC, or any employee thereof;
3) CT Investments, L.L.C., or any employee thereof;
4) DHP, LLC, or any employee thereof;
5) Caribe Resort Properties, L.L.C., or any employee thereof;
6) Caribe Resort Properties I, L.L.C., or any employee thereof;
7) Coulon Consultants, L.L.C., or any employee thereof;
8) Learlines, L.L.C., or any employee thereof;
9) Sierra Club;
10) Zydeco Holdings, L.L.C.;
11) Dangle & Associates, LLC;
12) Water Front Properties, LLC;
13)  B & C Contractors, LLC;
14) Anne's Properties, LLC;
15) Willow, Inc.;
16) Ring Associates, LLC;
17) Big Bang Properties, LLC;
18) Heebe & Heebe, P.L.C.;
19) Trout Point Lodge;
20) West Jefferson Hospital;
21) Shadow Lake Management Company, Inc.;
22) B.L.U., LLC;
23) B.L.U., 2, LLC;
24) Fred Heebe Investments;
25) River Birch, Inc;
26) Hwy 90, LLC;
27) Any company, including but not limited to corporations, limited liability companies, or any other legal entity, of which any of the above listed persons and/or entities owns fifteen (15) percent or more.

5)   Please produce a copy of the Articles of Incorporation, Articles of Organization, operating agreements, shareholders agreements, stock certificates, minutes of stockholder meetings, minutes of meetings of Managers or Members, and any and all documents submitted to the Louisiana Secretary of State, including, but not limited to, annual reports, Application for Certificate of Authority, Application for Appointment of Registered Agent, Registered Agent/Office Statement of Change, Articles of Correction, Articles of Amendment, Articles of Merger or Share Exchange, Reservation of Name,

Letter of Intent to Dissolve, and/or Application for Registration of Name, Change of Members and/or Managers, regarding Live Oak Homes Co., and/or any predecessor or successor entity from the date of incorporation to present.

6) Please produce evidence of any distributions to owners or investors, including but not limited to, any K-1s for the years of 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, and 2011.

7) Please produce any documents, including internal memoranda, relating to the re-zoning of the River Birch Landfill in 1997 from 1996 through present.

8) Please produce any correspondence, including e-mails, or recordings relating to the re-zoning of the River Birch Landfill, from 1996 through present, whether written or received, between you and:
   1) Tim Coulon;
   2) Aaron Broussard;
   3) Tom Wilkenson;
   4) Tim Whitmer;
   5) Henry Mouton.

9) Please produce any documents, internal memoranda, correspondence, including e-mails, or recordings relating to Live Oak Homes Co.'s dealings with either Group Insurance Associates Inc. or Lagniappe Industries, LLC.

10) Please produce a copy of any and all documents related to any insurance policies serviced by Group Insurance Associates, Inc., with either United Healthcare of Louisiana or Humana Health Benefit Plan of Louisiana, including but not limited to the actual policy, declaration pages, binders, certificates of insurance, schedules, applications, claims history, submissions to brokers and/or underwriters, background checks, criminal history checks, worksheets, quotes, checks, drafts, reservation of rights letters, ACCORD certificates, reports of all claims, proofs of loss, communications with insurance agents/producers/brokers, and communications with the insurer.

11) Please produce copies of any and all documents, including electronic documents, evidencing or memorializing any and all moneys exchanged or contemplated to be exchanged, including any invoices, statements, bills, receipts, cancelled checks, check registers, bank statements, wire transfers, settlement agreements, releases, promissory notes, financial instruments, financial statements, tax filings, accounting records, between Live Oak Homes Co. and Lagniappe Industries, LLC.

12) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish Request for Proposal (RFP) Nos. 158 and/or 176, including any drafts of said RFPs, any Jefferson Parish Department of Environmental Affairs inter-office memoranda regarding Request for Proposals Nos. 158 and/or 176.

13) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to, or utilized in, the negotiations with Jefferson Parish Administration and/or Tom Wilkinson, regarding the landfill contract with River Birch Incorporated and Hwy 90, LLC arising out of RFP No. 176.

14) Please produce any and all contracts, drafts of contracts, forms, memorandums of understanding, agreements, or marked up copies of a contract between Jefferson Parish Administration and/or Tom Wilkinson and River Birch Incorporated and Hwy 90, LLC regarding the waste removal/landfill contract arising out of RFP No. 176.

15) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings related to Jefferson Parish zoning, Jefferson Parish planning, or Jefferson Parish's master plan.

16) Please produce any and all documents, internal memoranda or e-mails, correspondence, and/or recordings regarding the Jefferson Parish Landfill, Old Gentilly Landfill, and/or St. Bernard Parish Landfill (operated by Gioe's Truck Service, Inc. d/b/a Gioe's Truck Service and Demolition).

17) Please produce any and all contracts you had with consultants from 2004 through present.

18) Please produce any and all contracts you have with subcontractors from 2004 through present.

19) Please provide a list of Live Oak Homes Co. employees for the period of 2007-present.

20) Please provide a copy of all leases for office space for the period of 2007-present.

| RETURN FOR PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On the ____ day of ____ | On the ____ day of ____ |
| 19 ____ served a copy of the within ____ | 19 ____ served a copy of the within ____ |
| On ____ | On ____ |
| in person ____ | by leaving same at ____ domiciled or usual place of abode ____ in the hands of a person of suitable age and discretion, residing therein as a member of ____ domiciliary establishment, whose name and other facts connected with his service I learned by interrogating the said ____ being absent from ____ domicile at time of said service. |
| Return same day | |
| ____ | Return same day |
| Deputy Sheriff of Orleans Parish | ____ |
| | Deputy Sheriff of Orleans Parish |

ENTERED

PAPER _____ RETURN

SERIAL NO. _____ DEPUTY _____ PARISH

JEFFERSON PARISH
RECEIVED
AUG 08 2011
CIVIL
SHERIFF'S OFFICE

2011 AUG -3 P 2:50
ORLEANS PARISH
SHERIFF'S OFFICE
RECEIVED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 11-2129                                          DIVISION: "D"

CONCRETE BUSTERS OF LOUISIANA, INC.
AND WASTE REMEDIATION OF PLAQUEMINES, LLC

VERSUS

FREDERICK R. HEEBE, ALBERT J. WARD, JR.,
RIVER BIRCH INCORPORATED AND HWY 90, LLC

FILED: _____       _____

                                                 DEPUTY CLERK

MOTION TO COMPEL RESPONSES TO PLAINTIFFS'
SECOND SET OF REQUEST FOR PRODUCTION OF DOCUMENTS

NOW INTO COURT, through undersigned counsel, come Plaintiffs Concrete Busters of

Louisiana, Inc. and Waste Remediation of Plaquemines, LLC (hereafter collectively "Movants").

For the reasons expressed in the attached *Memorandum*, Movants suggest that Defendant has failed

to respond to Plaintiffs' *Second Set of Requests for Production of Documents,* which were

propounded on Hwy. 90, LLC on June 10, 2011. *See* Exhibit "A," *Plaintiffs' Second Set of*

*Interrogatories and Requests for Production of Documents,* and Exhibit "B," Correspondence dated

June 27, 2011 from Plaintiffs' counsel notifying Defendants' counsel of discovery conference

scheduled for July 1, 2011, and Exhibit "C," email dated July 5, 2011 from Plaintiffs' counsel

notifying Defendants' counsel that a Motion to Compel would be filed should responses not be

forthcoming from Defendants.

Movants note that this Honorable Court has set Defendants' *Peremptory Exceptions of*

*Peremption, Prescription, and No Cause of Action* and *Frederick R. Heebe's Motion to Contempt,*

*Sanctions, and to Compel Discovery* for special setting on September 21, 2011 at 10:00 a.m., and,

in the interest of judicial economy, request that this Court also set this *Motion to Compel Responses*

*to Plaintiffs' Second Set of Requests for Production of Documents* for hearing on September 21,

2011 at 10:00 a.m.

WHEREFORE, Plaintiffs Concrete Busters of Louisiana, Inc. and Waste Remediation of

-1-

Plaquemines, LLC move this Honorable Court to compel Defendant Hwy. 90, LLC to respond to the

*Second Set of Interrogatories and Requests for Production of Documents.*

Respectfully submitted,

RANDALL A. SMITH, T.A. (No. 2117)
STEPHEN M. GELÉ (#22385)
MELISSA M. DESORMEAUX (#33093)
                    -OF-
SMITH & FAWER, L.L.C.
201 St. Charles Ave., Suite 3702
New Orleans, LA 70170
Telephone: (504) 525-2200
Facsimile: (504) 525-2205

*Counsel for Plaintiffs Concrete Busters of Louisiana, Inc. and Waste Remediation of Plaquemines, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to counsel of record for all other parties, via email, on this the 19th day of August 2011.

STEPHEN M. GELÉ

-2-

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 11-2129                                          DIVISION: "D"

CONCRETE BUSTERS OF LOUISIANA, INC.
AND WASTE REMEDIATION OF PLAQUEMINES, LLC

VERSUS

FREDERICK R. HEEBE, ALBERT J. WARD, JR.,
RIVER BIRCH INCORPORATED AND HWY 90, LLC

FILED:_____          _____
                                    DEPUTY CLERK

RULE TO SHOW CAUSE

CONSIDERING THE FOREGOING;

IT IS HEREBY ORDERED that Defendant Hwy. 90, LLC show cause on the 21st of

September, 2011, at 10:00 o'clock a.m. why Plaintiffs' *Motion to Compel Responses to Plaintiffs'*

*Second Set of Requests for Production of Documents* should not be granted.

New Orleans, Louisiana this _24_ day of August 2011.

                              (Sgd) Lloyd J. Medley, Jr.
                              _____
                              J U D G E


SERVICE WILL BE EFFECTUATED
PURSUANT TO LA. C.C.P. ART 1313

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 11-2129                                            DIVISION: "D"

CONCRETE BUSTERS OF LOUISIANA, INC.
AND WASTE REMEDIATION OF PLAQUEMINES, LLC

VERSUS

FREDERICK R. HEEBE, ALBERT J. WARD, JR.,
RIVER BIRCH INCORPORATED AND HWY 90, LLC

FILED: _____          _____
                                                         DEPUTY CLERK

MEMORANDUM IN SUPPORT OF
MOTION TO COMPEL RESPONSES TO PLAINTIFFS'
SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

MAY IT PLEASE THE COURT:

This *Memorandum* is respectfully submitted on behalf of Plaintiffs Concrete Busters of

Louisiana, Inc. and Waste Remediation of Plaquemines, LLC (collectively "Movants") in support

of their Motion to Compel Responses to Plaintiff 's Second Set of Requests for Production of

Documents against Defendant Hwy. 90, LLC.

Plaintiffs' *Second Set of Requests for Production of Documents* were propounded on Hwy.

90, LLC on June 10, 2011. Hwy. 90, LLC did not respond whatsoever within the delays of the law.

Accordingly, Plaintiffs' counsel sent correspondence to counsel for Defendant requesting that they

either respond to the discovery or make themselves available for a discovery conference.  A

discovery conference was set for July 1, 2011 pursuant to Rule 10.1.  Counsel for Hwy 90, LLC

failed to appear for that conference.  Plaintiffs' counsel then emailed counsel for Hwy. 90, LLC,

asking Hwy 90, LLC to respond by July 5, 2011. Hwy. 90, LLC did not respond by July 5, 2011 and

has not responded to date to Plaintiffs' *Second Set of Requests for Production of Documents*.

## CONCLUSION

For the foregoing reasons, this Honorable Court should GRANT the *Motion to Compel Responses to Plaintiffs' Second Set of Requests for Production of Documents* filed by Concrete Busters of Louisiana, Inc. and Waste Remediation of Plaquemines, LLC, and compel Defendant Hwy. 90, LLC to respond to the *Second Set of Interrogatories and Requests for Production of Documents.*

Respectfully submitted,

RANDALL A. SMITH, T.A. (No. 2117)
STEPHEN M. GELÉ (#22385)
MELISSA M. DESORMEAUX (#33093)
   -OF-
SMITH & FAWER, L.L.C.
201 St. Charles Ave., Suite 3702
New Orleans, LA 70170
Telephone: (504) 525-2200
Facsimile: (504) 525-2205

*Counsel for Plaintiffs Concrete Busters of Louisiana, Inc.*
*and Waste Remediation of Plaquemines, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to counsel of record for all other parties, via email, on this the 19th day of August 2011.

STEPHEN M. GELÉ

-2-

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 11-2129                                            DIVISION: "D"

CONCRETE BUSTERS OF LOUISIANA, INC.
AND WASTE REMEDIATION OF PLAQUEMINES, LLC

VERSUS

FREDERICK R. HEEBE, ALBERT J. WARD, JR.,
RIVER BIRCH INCORPORATED AND HWY 90, LLC

FILED: _____    _____
                                        DEPUTY CLERK

## RULE 10.1 CONFERENCE

Undersigned counsel hereby certifies, pursuant to Rule 10.1 of the Uniform District Court

Rules, that he contacted opposing counsel and attempted to resolve the discovery dispute addressed

in the *Motion to Compel Responses to Plaintiffs' Second Set of Requests for Production of

Documents*, but has been unsuccessful. On June 27, 2011, undersigned counsel wrote counsel for

River Birch Incorporated and Hwy 90, LLC, stating:

> On June 2, 2011, we propounded upon your client River Birch Incorporated the
> attached *Second Set of Requests for Production of Documents*. Further, on June 11,
> we propounded upon your client Hwy. 90, LLC the attached *Second Set of Requests
> for Production of Documents*. We have yet to receive any objections or responses
> to same. Please be available for a discovery conference, pursuant to Rule 10.1 of
> the Uniform Rules of Court, via telephone on Friday, July 1, 2011, at 10:00 a.m.
> to discuss the overdue discovery responses. I shall initiate the call. If you are
> unavailable on Friday, July 1, 2011, at 10:00 a.m., then contact me before then.

*See* Exhibit "B" to *Motion to Compel* against Hwy 90, LLC.

No responses were received by Plaintiffs' counsel prior to July 1, 2011. As such,

undersigned counsel scheduled a discovery conference for July 1, 2011, pursuant to Rule 10.1.

Counsel for Hwy 90, LLC failed to appear for that conference. Plaintiffs' counsel thereafter emailed

counsel for Hwy 90, LLC requesting that Hwy 90, LLC respond by July 5, 2011. To date, Plaintiffs'

counsel still had not received Defendant's responses. *See* Exhibit "C" to *Motion to Compel* against

Hwy 90, LLC.

-1-

RANDALL A. SMITH, T.A. (No. 2117)
STEPHEN M. GELÉ (#22385)
MELISSA M. DESORMEAUX (#33093)
-OF-
SMITH & FAWER, L.L.C.
201 St. Charles Ave., Suite 3702
New Orleans, LA 70170
Telephone: (504) 525-2200
Facsimile:  (504) 525-2205

*Counsel for Plaintiffs Concrete Busters of Louisiana, Inc.*
*and Waste Remediation of Plaquemines, LLC*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to counsel of record for all other parties, via email, on this the 19th day of August 2011.

STEPHEN M. GELÉ

CIVIL DISTRICT COURT PARISH OF ORLEANS

STATE OF LOUISIANA

NO.   11-2129                                          DIVISION "D"

CONCRETE BUSTERS OF LOUISIANA, INC.
AND WASTE REMEDIATION OF PLAQUEMINES, LLC

VERSUS

FREDERICK R. HEEBE,  ALBERT J. WARD, JR.,
RIVER BIRCH INCORPORATED AND HWY 90, LLC

FILED:_____        _____
                                                 DEPUTY CLERK

SECOND SET OF INTERROGATORIES AND
REQUEST FOR PRODUCTION OF DOCUMENTS

TO:   HWY 90, LLC
        through counsel of record
        Edward J. Castaing
        Crull, Castaing, Lilly & Herman
        601 Poydras St., Suite 2323
        New Orleans, LA 70130

Pursuant to Louisiana Code of Civil Procedure Article 1461, *et. seq*, CONCRETE

BUSTERS OF LOUISIANA, INC. and WASTE REMEDIATION OF PLAQUEMINES, LLC

(hereinafter "Plaintiffs") hereby propound the following interrogatories and request for production

to defendant HWY 90, LLC requiring a response within fifteen (15) days pursuant to Louisiana

Code of Civil Procedure Article 1462:

I.

GENERAL INSTRUCTIONS AND DEFINITIONS

The following general instructions and definitions shall apply throughout these requests for

production of documents:

A.    Definitions:

As used herein, the following definitions apply:

1. The terms "you," "your," and "yours" shall refer to all present or former employees,

agents, representatives, partners, or anyone acting or purporting to act on their behalf, for any


EXHIBIT
A

purpose whatsoever.

2. The term "document" shall mean any written, printed, non-printed, typed, photocopied, photographic, reproduced, and graphic matter of any kind or character and any recorded or stored information, however produced or reproduced, (i) in your possession, custody or control, or (ii) known by you to exist, including (without limiting the generality of the foregoing) affidavits, agreements, books, calendars, communications, contracts, correspondence, desk pads, diaries, diary or calendar entries, interim or tentative drafts, journals and journal entries, ledgers and ledger entries, lists, memoranda, minutes and minute entries, notes, printouts, records of meetings, telephone or other conferences, conversations or communications, reports, statements, studies, telegraphs, telexes, printed copies of electronic mail, teletypes and/or work papers, and information stored in computers or other data storage or processing equipment, or in magnetic or electronic media, microfilm or microfiche or other form which can be retrieved or printed out or reduced or readable form through proper programming, decoding, or processing, together with necessary instructions for understanding, using, or reproducing same. The term "document" also includes originals and all copies of documents containing notes, notations, comments, observations, remarks, underscoring, marks made for emphasis, highlighting, or attention or encircling, relating or referring in any way to the subject matter of these interrogatories and requests for production of documents.

3. The term "person" shall mean all natural and civil persons and includes any individual, association, corporation, partnership, and any other business, legal or government entity.

4. "Identify" in connection with a document means to:

(a) State the type of document (for example, a letter, a memorandum, etc.); the date(s) upon which the document was prepared and/or executed; the name and address of its author; and the name and address of the recipients and intended recipients of the document or copies of the document.

(b) In lieu of identifying a document as required by an interrogatory, it shall be an acceptable response to the interrogatory to attach a legible copy of the document to the responses, and to make reference to the specific document in the response to the interrogatory. By responding in this fashion, you agree to waive all objections to the authenticity of the copy so produced.

2

5.  "Identify" or "name" in connection with a natural person means to:

(a)  State the person's name, present address and telephone number, if known, or most recent past address and telephone number, if the present address and telephone number are not known.

(b)  State the person's relationship to you, identify his present employer and the person's position with that employer, and state the person's title which is derived from that position.

6.  "Identify" in connection with a corporation means to:

(a)  State its full name, its state of incorporation, and its principal place of business; and

(b)  State the corporation's relationship to you.

7.  "Identify" in connection with a person other than an individual or a corporation means to state the person's official name, the person's organizational form, and the person's present address.

8.  "Identify" in connection with any act, occurrence, even, action, doing, occasion, meeting, transaction, or conduct (all of which are included within the term "act" when it is used herein in connection with the term "identify"), shall mean to set forth the event or events constituting such act; state its location; state the date of the act; identify the persons participating, present, or involved at any time during the act, or having knowledge concerning the act; and identify all documents relating or referring in any way thereto.  When used in reference to any oral conversation or discussion, "identify" shall mean, in additional to the foregoing, to set forth the substance of what was said, when, where, by and to whom.

B.    Personal and Business Files:

The discovery sought by these interrogatories and requests for production of documents encompasses, but is not limited to, material contained in, or which might be derived or ascertained from, any of your personal and/or business files and the personal and/or business files of your agents, employees, representatives and the files of your attorney(s) and his (their) agents, employees, representatives, or investigators.

C.    Continuing Nature:

These interrogatories are continuing in nature pursuant to the Louisiana Code of Civil Procedure.

3

**D.** **Production of Documents**

Please indicate when and where the documents requested can be made available for inspection. If you deem compliance with any request for production of documents too burdensome or too cumbersome, identify the documents and fully explain why you deem their production to be too burdensome.

II.

### REQUEST FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 28:**

Please produce a copy of any and all documents with either Henry M. Mouton or Henry W. Mouton's letterhead from 2003 through present.

**REQUEST FOR PRODUCTION NO. 29:**

Please produce a copy of any and all documents regarding Henry M. Mouton or Henry W. Mouton's letterhead from 2003 through present.

**REQUEST FOR PRODUCTION NO. 30:**

Please produce a copy of any and all documents, including drafts, purported to be sent from Henry M. Mouton or Henry W. Mouton, from 2003 through present, including but not limited to drafts of letters sent to Senator John W. Warner on November 4, 2005 and drafts of letters sent to Greg DeAtley on November 10, 2005.

**REQUEST FOR PRODUCTION NO. 31:**

Please produce any and all labels, mailing or otherwise, or envelopes, with Henry M. Mouton or Henry W. Mouton's contact information from 2003 through present.

**REQUEST FOR PRODUCTION NO. 32:**

Please produce any documents, internal memoranda, correspondence, including e-mails, or recordings relating to the Rapides Parish Police Jury from 2005 through present.

**REQUEST FOR PRODUCTION NO. 33:**

Please produce any correspondence, including e-mails, directed to or addressing the Rapides Parish Police Jury from 2005 through present.

4

**REQUEST FOR PRODUCTION NO. 34:**

Please produce a copy of any and all documents related to any loans in which Hwy 90, LLC

was the mortgagor, including but not limited to any loans made to:

    1)    Henry M. Mouton and/or his spouse;

    2)    Tim Coulon and/or his spouse;

    3)    Aaron Broussard and/or his spouse;

    4)    Tom Wilkenson and/or his spouse;

    5)    Tim Whitmer and/or his spouse;

    6)    Any corporation owned in whole or part by any of the above.

**REQUEST FOR PRODUCTION NO. 35:**

Please produce copies of the checks referenced on pages 8-9 of Exhibit "A" attached hereto.

**REQUEST FOR PRODUCTION NO. 36:**

Please produce a copy of any and all documents, including correspondence, and recordings

between your attorney and Henry M. Mouton's attorney from 2003 through present.

**REQUEST FOR PRODUCTION NO. 37:**

Please produce copies of any and all documents, including correspondence, and recordings

sent to the Louisiana Department of Environmental Quality regarding air burners.

**REQUEST FOR PRODUCTION NO. 38:**

Please produce copies of any and all documents, including correspondence and recordings,

regarding, or addressed to, the Louisiana Department of Environmental Quality from Henry M.

Mouton.

**REQUEST FOR PRODUCTION NO. 39:**

Please produce copies of any and all documents, including correspondence and recordings,

regarding the permitting of Air Burners, including but not limited to correspondence between you

and Henry M. Mouton and/or Louisiana Department of Environmental Quality.

**REQUEST FOR PRODUCTION NO. 40:**

Please produce copies of any and all documents, including correspondence and recordings,

regarding Waste Remediation of Plaquemines, LLC, including but not limited to correspondence

between you and Henry M. Mouton and/or Louisiana Department of Environmental Quality.

Respectfully submitted,

RANDALL A. SMITH, T.A. (#2117)
STEPHEN M. GELÉ (#22385)
MELISSA M. DESORMEAUX (#33093)
Of
SMITH & FAWER, L.L.C.
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Telephone: (504) 525-2200
Telecopy: (504) 525-2205

*Counsel for Plaintiffs, Concrete Busters of Louisiana, Inc.*
*and Waste Remediation of Plaquemines, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing on all counsel of record in this matter this
10th day of June, 2011 by email.

STEPHEN M. GELÉ

6



## SMITH & FAWER LLC
### ATTORNEYS AT LAW

201 St. Charles Avenue, Suite 3702 ○ New Orleans, Louisiana 70170
Telephone: (504) 525-2200 ○ Facsimile: (504) 525-2205

VIA EMAIL                    27 June 2011                    File No. 3094

Edward J. Castaing, Jr., Esq.
Crull, Castang, Lilly & Herman
601 Poydras Street, Suite 2323
New Orleans, LA 70130

Re:  *Concrete Busters, et al. v. Heebe, et al.*
     CDC No. 11-2129 (D)

Dear Counsel:

On June 2, 2011, we propounded upon your client River Birch Incorporated the attached *Second Set of Requests for Production of Documents*. Further, on June 10, 2011, we propounded upon your client Hwy. 90, LLC the attached *Second Set of Requests for Production of Documents*. We have yet to receive any objections or responses to same. Please be available for a discovery conference, pursuant to Rule 10.1 of the Uniform Rules of Court, via telephone on Friday, July 1, 2011, at 10:00 a.m. to discuss the overdue discovery responses. I shall initiate the call. If you are unavailable on Friday, July 1, 2011, at 10:00 a.m., then contact me before then.

With kind regards, I remain

Sincerely,

Stephen M. Gelé

SMG/smg

enclosures



EXHIBIT
**B**

Jackson, Mississippi Office:
774 Avery Boulevard North  ○  Ridgeland, Mississippi 39157  ○  Telephone: (601) 899-8726  ○  Facsimile: (601) 899-8727

**Melissa Desormeaux**

| | |
|---|---|
| **From:** | Stephen M. Gele <sgele@smithfawer.com> |
| **Sent:** | Monday, August 01, 2011 12:41 PM |
| **To:** | 'Melissa Desormeaux' |
| **Subject:** | FW: Concrete Busters of LA, Inc., et al. v. Frederick R. Heebe, et al.; Our file #3094 |
| **Attachments:** | counsel.27June11.smg.pdf; 2nd Set RPOD.Hwy90.smg.pdf; 2nd Set RPOD.smg.pdf |

**From:** Stephen M. Gele [mailto:sgele@smithfawer.com]
**Sent:** Tuesday, July 05, 2011 8:31 AM
**To:** 'Edward J. Castaing Jr. (ecastaing@cclhlaw.com)'
**Cc:** 'mdesormeaux@smithfawer.com'
**Subject:** Concrete Busters of LA, Inc., et al. v. Frederick R. Heebe, et al.; Our file #3094

Eddie,

I have received no response to the attached correspondence.  If I do not receive a response by 3:00 p.m. on Tuesday, July 5, 2011, I shall file a motion to compel discovery.

Stephen M. Gelé
Smith & Fawer, LLC

1



EXHIBIT

C

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 11-2129                                           DIVISION: "D"

CONCRETE BUSTERS OF LOUISIANA, INC.
AND WASTE REMEDIATION OF PLAQUEMINES, LLC

VERSUS

FREDERICK R. HEEBE, ALBERT J. WARD, JR.,
RIVER BIRCH INCORPORATED AND HWY 90, LLC

FILED: _____      _____
                                              DEPUTY CLERK

MOTION TO RESET HEARINGS

NOW INTO COURT, through undersigned counsel, come Plaintiffs Concrete Busters of

Louisiana, Inc. and Waste Remediation of Plaquemines, LLC, who move this Honorable Court to

set its motions, some of which were continued from June 24, 2011, including: (1) Plaintiffs' *Motion*

*to Quash Subpoenas*; (2) Plaintiffs' *Motion for Scheduling Order;* (3) Plaintiffs' *Motion to Compel*

*Answers to Interrogatories and Responses to Requests for Production of Documents* against

Frederick R. Heebe; (4) Plaintiffs' *Motion to Compel Answers to Interrogatories and Responses to*

*Requests for Production of Documents* against Albert J. Ward, Jr.; (5) Plaintiffs' *Motion to Compel*

*Answers to Interrogatories and Responses to Requests for Production of Documents* against River

Birch Incorporated and Hwy. 90, LLC; and (6) Plaintiffs' recently-filed *Motion to Compel Responses*

*to Plaintiffs' Second Set of Request for Production of Documents*, to the special setting scheduled

for September 21, 2011 at 10:00 a.m.  Counsel for Defendants have already expressed their

availability for September 21, 2011, as this Honorable Court has scheduled Defendants' *Peremptory*

*Exceptions of Peremption, Prescription and No Cause of Action* and Frederic R. Heebe's *Motion for*

*Contempt, Sanctions, and to Compel Discovery* for this special setting.  Judicial economy suggests

that Plaintiffs' motions be scheduled for this special setting as well.

WHEREFORE, Plaintiffs Concrete Busters of Louisiana, Inc. and Waste Remediations of

Plaquemines, LLC move this Honorable Court to set the motions which were continued from June

24, 2011, including: (1) Plaintiffs' *Motion to Quash Subpoenas*; (2) Plaintiffs' *Motion for Scheduling*

-1-

*Order;* (3) Plaintiffs' *Motion to Compel Answers to Interrogatories and Responses to Requests for Production of Documents* against Frederick R. Heebe; (4) Plaintiffs' *Motion to Compel Answers to Interrogatories and Responses to Requests for Production of Documents* against Albert J. Ward, Jr.; (5) Plaintiffs' *Motion to Compel Answers to Interrogatories and Responses to Requests for Production of Documents* against River Birch Incorporated and Hwy. 90, LLC; and (6) Plaintiffs' recently-filed *Motion to Compel Responses to Plaintiffs' Second Set of Request for Production of Documents,* to the special setting scheduled for September 21, 2011 at 10:00 a.m.

Respectfully submitted,

_____
RANDALL A. SMITH, T.A.  (No. 2117)
STEPHEN M. GELÉ (#22385)
MELISSA M. DESORMEAUX (#33093)
-OF-
SMITH & FAWER, L.L.C.
201 St. Charles Ave., Suite 3702
New Orleans, LA 70170
Telephone: (504) 525-2200
Facsimile: (504) 525-2205

*Counsel for Plaintiffs Concrete Busters of Louisiana, Inc. and Waste Remediation of Plaquemines, LLC*

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to counsel of record for all other parties, via email, on this 19th day of August, 2011.

_____
STEPHEN M. GELÉ

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 11-2129                                          DIVISION: "D"

CONCRETE BUSTERS OF LOUISIANA, INC.
AND WASTE REMEDIATION OF PLAQUEMINES, LLC

VERSUS

FREDERICK R. HEEBE, ALBERT J. WARD, JR.,
RIVER BIRCH INCORPORATED AND HWY 90, LLC

FILED:_____        _____
                                           DEPUTY CLERK

ORDER

CONSIDERING THE FOREGOING;

IT IS HEREBY ORDERED that the Motion to Reset Hearings be and it is hereby GRANTED.

IT IS FURTHER ORDERED that the motions continued from June 24, 2011, including: (1) Plaintiffs' *Motion to Quash Subpoenas*; (2) Plaintiffs' *Motion for Scheduling Order*; (3) Plaintiffs' *Motion to Compel Answers to Interrogatories and Responses to Requests for Production of Documents* against Frederick R. Heebe; (4) Plaintiffs' *Motion to Compel Answers to Interrogatories and Responses to Requests for Production of Documents* against Albert J. Ward, Jr.; (5) Plaintiffs' *Motion to Compel Answers to Interrogatories and Responses to Requests for Production of Documents* against River Birch Incorporated and Hwy. 90, LLC; and (6) Plaintiffs' recently-filed *Motion to Compel Responses to Plaintiffs' Second Set of Request for Production of Documents*, are hereby reset for the special setting scheduled for September 21, 2011 at 10:00 a.m.

New Orleans, Louisiana this 24 day of August 2011.

                              (Sgd) Lloyd J. Medley, Jr.
                              _____
                              J U D G E

SERVICE WILL BE EFFECTUATED
PURSUANT TO LA. C.C.P. ART 1313

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

No.    11-2129                    DIVISION "D"                    Docket No._____

CONCRETE BUSTERS OF LOUISIANA, INC., ET AL.

VERSUS

FREDERICK R. HEEBE, ET AL.

TO:   David Fos, 1221 Elmwood Park Boulevard, Suite 701, Jefferson, Louisiana 70123

CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed below.

---
### SUBPOENA REQUEST

[XXXX]    YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in Division "D," 421 Loyola Ave., New Orleans, LA 70112, on the 21st day of September, 2011 at 10:00 a.m., to testify the truth according to your knowledge, in a controversy pending herein between the parties above named; and hereof you are not to fail under the penalty of the law.  By order of the Court.

---
### DEPOSITION SUBPOENA REQUEST

[    ]    YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

---
### REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[    ]    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects for the ___ trial, _____ deposition, or _ hearing (state type) _____ _____ at the place, date and time specified below (list documents or objects) pursuant to the provisions of Article 1354 et. seq. of the LA Code of Civil Procedure.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY                              _____
                                     Attorney's Signature

ATTORNEY'S
NAME & BAR NUMBER     Stephen M. Gelé, LA Bar #22385

ADDRESS                  201 St. Charles Ave., Suite 3702, New Orleans, LA 70170

TELEPHONE NUMBER              (504) 525-2200

File original and two copies with Clerk
fourth copy for Attorney's File

ORIGINAL REQUEST

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

No.   11-2129                    DIVISION "D"                    Docket No._____

CONCRETE BUSTERS OF LOUISIANA, INC., ET AL.

VERSUS

FREDERICK R. HEEBE, ET AL.

TO:   Aaron Broussard, 3715 Williams Boulevard, Suite 200, Kenner, Louisiana 70065

CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed below.

---

### SUBPOENA REQUEST

[XXXX]   YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in Division "D," 421 Loyola Ave., New Orleans, LA 70112, on the 21st day of September, 2011 at 10:00 a.m., to testify the truth according to your knowledge, in a controversy pending herein between the parties above named; and hereof you are not to fail under the penalty of the law. By order of the Court.

---

### DEPOSITION SUBPOENA REQUEST

[     ]   YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

---

### REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[     ]   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects for the ___ trial, _____ deposition, or _ hearing (state type) _____ _____ at the place, date and time specified below (list documents or objects) pursuant to the provisions of Article 1354 et. seq. of the LA Code of Civil Procedure.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY                              _____
                                                Attorney's Signature

ATTORNEY'S
NAME & BAR NUMBER        Stephen M. Gelé, LA Bar #22385_____

ADDRESS                          201 St. Charles Ave., Suite 3702, New Orleans, LA 70170

TELEPHONE NUMBER          (504) 525-2200_____

File original and two copies with Clerk
fourth copy for Attorney's File

ORIGINAL REQUEST

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

No.   11-2129                DIVISION "D"              Docket No._____

CONCRETE BUSTERS OF LOUISIANA, INC., ET AL.

VERSUS

FREDERICK R. HEEBE, ET AL.

TO:   Dominick Fazzio, 1192 Marina Road, Slidell, Louisiana 70458

CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed below.

---

### SUBPOENA REQUEST

[XXXX]   YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in Division "D," 421 Loyola Ave., New Orleans, LA 70112, on the 21st day of September, 2011 at 10:00 a.m., to testify the truth according to your knowledge, in a controversy pending herein between the parties above named; and hereof you are not to fail under the penalty of the law.  By order of the Court.

### DEPOSITION SUBPOENA REQUEST

[     ]   YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|   |   |

### REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[     ]   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects for the ___ trial, _____ deposition, or _ hearing (state type) _____ _____ at the place, date and time specified below (list documents or objects) pursuant to the provisions of Article 1354 et. seq. of the LA Code of Civil Procedure.

| PLACE | DATE AND TIME |
|---|---|
|   |   |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY                              _____
                                              Attorney's Signature

ATTORNEY'S
NAME & BAR NUMBER      Stephen M. Gelé, LA Bar #22385

ADDRESS                        201 St. Charles Ave., Suite 3702, New Orleans, LA 70170

TELEPHONE NUMBER         (504) 525-2200

File original and two copies with Clerk
fourth copy for Attorney's File

ORIGINAL REQUEST

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

No.   11-2129                    DIVISION "D"                    Docket No._____

CONCRETE BUSTERS OF LOUISIANA, INC., ET AL.

VERSUS

FREDERICK R. HEEBE, ET AL.

TO:   Frederick Heebe, through his attorney of record, Billy Gibbens, Schonekas Evans,
McGoey & McEachin, LLC, 650 Poydras Street, Suite 2105, New Orleans, Louisiana 70130

          CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed
below.

_____
                              SUBPOENA REQUEST

[XXXX]   YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in
Division "D," 421 Loyola Ave., New Orleans, LA 70112, on the 21st day of September, 2011 at 10:00
a.m., to testify the truth according to your knowledge, in a controversy pending herein between the
parties above named; and hereof you are not to fail under the penalty of the law.  By order of the Court.
_____
                        DEPOSITION SUBPOENA REQUEST

[    ]   YOU ARE COMMANDED to appear at the place, date and time specified below to testify
at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

                    REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[    ]   YOU ARE COMMANDED to produce and permit inspection and copying of the following
documents or objects for the ___ trial, _____ deposition, or _ hearing (state type) _____
_____ at the place, date and time specified below (list documents or objects) pursuant to the provisions
of Article 1354 et. seq. of the LA Code of Civil Procedure.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY                    _____
                                    Attorney's Signature
ATTORNEY'S
NAME & BAR NUMBER           Stephen M. Gelé, LA Bar #22385

ADDRESS                     201 St. Charles Ave., Suite 3702, New Orleans, LA 70170

TELEPHONE NUMBER            _____(504) 525-2200_____

                    File original and two copies with Clerk
                      fourth copy for Attorney's File

                          ORIGINAL REQUEST

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

No.   11-2129                    DIVISION "D"                    Docket No._____

CONCRETE BUSTERS OF LOUISIANA, INC., ET AL.

VERSUS

FREDERICK R. HEEBE, ET AL.

TO:   Timothy Coulon, 2116 Hyde Park Avenue, Harvey, Louisiana 70058

         CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed
below.

_____
SUBPOENA REQUEST

[XXXX]   YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in
Division "D," 421 Loyola Ave., New Orleans, LA 70112, on the 21st day of September, 2011 at 10:00
a.m., to testify the truth according to your knowledge, in a controversy pending herein between the
parties above named; and hereof you are not to fail under the penalty of the law.  By order of the Court.

_____
DEPOSITION SUBPOENA REQUEST

[     ]   YOU ARE COMMANDED to appear at the place, date and time specified below to testify
at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

_____
REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[     ]   YOU ARE COMMANDED to produce and permit inspection and copying of the following
documents or objects for the ___ trial, _____ deposition, or _ hearing (state type) _____
_____ at the place, date and time specified below (list documents or objects) pursuant to the provisions
of Article 1354 et. seq. of the LA Code of Civil Procedure.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY                              _____
                                              Attorney's Signature

ATTORNEY'S
NAME & BAR NUMBER     Stephen M. Gelé, LA Bar #22385_____

ADDRESS                        201 St. Charles Ave., Suite 3702, New Orleans, LA 70170

TELEPHONE NUMBER         (504) 525-2200_____

File original and two copies with Clerk
fourth copy for Attorney's File

ORIGINAL REQUEST

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

No.   11-2129                    DIVISION "D"                    Docket No._____

CONCRETE BUSTERS OF LOUISIANA, INC., ET AL.

VERSUS

FREDERICK R. HEEBE, ET AL.

TO:   Alan Gandolfi, 200 Derbigny Street, Suite 6600, Gretna, Louisiana 70053

       CLERK, CIVIL DISTRICT COURT – Please issue a subpoena to the above party as directed below.

---

### SUBPOENA REQUEST

[XXXX]   YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in Division "D," 421 Loyola Ave., New Orleans, LA 70112, on the 21st day of September, 2011 at 10:00 a.m., to testify the truth according to your knowledge, in a controversy pending herein between the parties above named; and hereof you are not to fail under the penalty of the law.  By order of the Court.

---

### DEPOSITION SUBPOENA REQUEST

[   ]   YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

---

### REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[   ]   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects for the ___ trial, _____ deposition, or _ hearing (state type) _____ _____ at the place, date and time specified below (list documents or objects) pursuant to the provisions of Article 1354 et. seq. of the LA Code of Civil Procedure.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY                    _____
                             Attorney's Signature

ATTORNEY'S
NAME & BAR NUMBER     Stephen M. Gelé, LA Bar #22385

ADDRESS              201 St. Charles Ave., Suite 3702, New Orleans, LA 70170

TELEPHONE NUMBER          (504) 525-2200

File original and two copies with Clerk
fourth copy for Attorney's File

ORIGINAL REQUEST

1967 DC

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

No.   11-2129                DIVISION "D"                Docket No._____

CONCRETE BUSTERS OF LOUISIANA, INC., ET AL.

VERSUS

FREDERICK R. HEEBE, ET AL.

TO:   Henry M. Mouton, 203 Asbury Road, Lafayette, Louisiana 70503

          CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed
below.

_____
SUBPOENA REQUEST

[XXXX]   YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in
Division "D," 421 Loyola Ave., New Orleans, LA 70112, on the 21st day of September, 2011 at 10:00
a.m., to testify the truth according to your knowledge, in a controversy pending herein between the
parties above named; and hereof you are not to fail under the penalty of the law. By order of the Court.

DEPOSITION SUBPOENA REQUEST

[     ]   YOU ARE COMMANDED to appear at the place, date and time specified below to testify
at the taking of a deposition in the above case.

_____
| PLACE OF DEPOSITION | DATE AND TIME |
|---------------------|---------------|
|                     |               |

REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[     ]   YOU ARE COMMANDED to produce and permit inspection and copying of the following
documents or objects for the ___ trial, _____ deposition, or _ hearing (state type) _____
_____ at the place, date and time specified below (list documents or objects) pursuant to the provisions
of Article 1354 et. seq. of the LA Code of Civil Procedure.

_____
| PLACE | DATE AND TIME |
|-------|---------------|
|       |               |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY                              _____
                                      Attorney's Signature

ATTORNEY'S
NAME & BAR NUMBER     Stephen M. Gelé, LA Bar #22385

ADDRESS               201 St. Charles Ave., Suite 3702, New Orleans, LA 70170

TELEPHONE NUMBER            (504) 525-2200

File original and two copies with Clerk
fourth copy for Attorney's File

ORIGINAL REQUEST

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

No.   11-2129                    DIVISION "D"              Docket No._____

CONCRETE BUSTERS OF LOUISIANA, INC., ET AL.

VERSUS

FREDERICK R. HEEBE, ET AL.

TO:   Timothy Whitmer, 3809 Lake Winnepeg Drive, Harvey, Louisiana 70058

CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed below.

---

**SUBPOENA REQUEST**

[XXXX]   YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in Division "D," 421 Loyola Ave., New Orleans, LA 70112, on the 21st day of September, 2011 at 10:00 a.m., to testify the truth according to your knowledge, in a controversy pending herein between the parties above named; and hereof you are not to fail under the penalty of the law. By order of the Court.

---

**DEPOSITION SUBPOENA REQUEST**

[     ]   YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

---

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

---

**REQUEST FOR WRIT OF SUBPOENA DUCES TECUM**

[     ]   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects for the ___ trial, _____ deposition, or _ hearing (state type) _____ _____ at the place, date and time specified below (list documents or objects) pursuant to the provisions of Article 1354 et. seq. of the LA Code of Civil Procedure.

---

| PLACE | DATE AND TIME |
|---|---|
|  |  |

---

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY                              _____
                                              Attorney's Signature

ATTORNEY'S
NAME & BAR NUMBER     Stephen M. Gelé, LA Bar #22385_____

ADDRESS                       201 St. Charles Ave., Suite 3702, New Orleans, LA 70170

TELEPHONE NUMBER        (504) 525-2200_____

**File original and two copies with Clerk
fourth copy for Attorney's File**

ORIGINAL REQUEST

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

No.   11-2129                DIVISION "D"                Docket No._____

CONCRETE BUSTERS OF LOUISIANA, INC., ET AL.

VERSUS

FREDERICK R. HEEBE, ET AL.

TO:   Dawn Whitmer, 3809 Lake Winnepeg Drive, Harvey, Louisiana 70058

      CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed below.

---

### SUBPOENA REQUEST

[XXXX]   YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in Division "D," 421 Loyola Ave., New Orleans, LA 70112, on the 21st day of September, 2011 at 10:00 a.m., to testify the truth according to your knowledge, in a controversy pending herein between the parties above named; and hereof you are not to fail under the penalty of the law.  By order of the Court.

### DEPOSITION SUBPOENA REQUEST

[   ]   YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

### REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[   ]   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects for the ___ trial, _____ deposition, or _ hearing (state type) _____ _____ at the place, date and time specified below (list documents or objects) pursuant to the provisions of Article 1354 et. seq. of the LA Code of Civil Procedure.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY'S   _____
                          Attorney's Signature

ATTORNEY'S
NAME & BAR NUMBER   Stephen M. Gelé, LA Bar #22385

ADDRESS                    201 St. Charles Ave., Suite 3702, New Orleans, LA 70170

TELEPHONE NUMBER          (504) 525-2200

File original and two copies with Clerk
fourth copy for Attorney's File

ORIGINAL REQUEST

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

No.    11-2129                DIVISION "D"                Docket No._____

CONCRETE BUSTERS OF LOUISIANA, INC., ET AL.

VERSUS

FREDERICK R. HEEBE, ET AL.

TO:   Albert Ward, through his attorney of record, Robert N. Habans, Jr., Habans &
Carriere, 10843 N. Oak Hills Parkway, Baton Rouge, Louisiana 70810

        CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed
below.

───────────────────────────── SUBPOENA REQUEST ─────────────────────────────

[XXXX]   YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in
Division "D," 421 Loyola Ave., New Orleans, LA 70112, on the 21st day of September, 2011 at 10:00
a.m., to testify the truth according to your knowledge, in a controversy pending herein between the
parties above named; and hereof you are not to fail under the penalty of the law.  By order of the Court.

─────────────────────────── DEPOSITION SUBPOENA REQUEST ───────────────────────────

[    ]   YOU ARE COMMANDED to appear at the place, date and time specified below to testify
at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

─────────────────────── REQUEST FOR WRIT OF SUBPOENA DUCES TECUM ───────────────────────

[    ]   YOU ARE COMMANDED to produce and permit inspection and copying of the following
documents or objects for the ___ trial, _____ deposition, or _ hearing (state type) _____
_____ at the place, date and time specified below (list documents or objects) pursuant to the provisions
of Article 1354 et. seq. of the LA Code of Civil Procedure.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY                          _____
                                      Attorney's Signature
ATTORNEY'S
NAME & BAR NUMBER        Stephen M. Gelé, LA Bar #22385

ADDRESS                        201 St. Charles Ave., Suite 3702, New Orleans, LA 70170

TELEPHONE NUMBER        _____(504) 525-2200_____

File original and two copies with Clerk
fourth copy for Attorney's File

ORIGINAL REQUEST

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

No.   11-2129                    DIVISION "D"                    Docket No._____

CONCRETE BUSTERS OF LOUISIANA, INC., ET AL.

VERSUS

FREDERICK R. HEEBE, ET AL.

TO:   Margaret Mary ("Marnie") Winters, 4901 Jefferson Highway, Suite E, Jefferson, Louisiana 70121

        CLERK, CIVIL DISTRICT COURT – Please issue a subpoena to the above party as directed below.

---

**SUBPOENA REQUEST**

[XXXX]   **YOU ARE COMMANDED** to appear in the Civil District Court, Parish of Orleans in Division "D," 421 Loyola Ave., New Orleans, LA 70112, on the 21st day of September, 2011 at **10:00 a.m.**, to testify the truth according to your knowledge, in a controversy pending herein between the parties above named; and hereof you are not to fail under the penalty of the law.  By order of the Court.

---

**DEPOSITION SUBPOENA REQUEST**

[    ]   **YOU ARE COMMANDED** to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

**REQUEST FOR WRIT OF SUBPOENA DUCES TECUM**

[    ]   **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects for the ___ trial, _____ deposition, or _ hearing (state type) _____ _____ at the place, date and time specified below (list documents or objects) pursuant to the provisions of Article 1354 et. seq. of the LA Code of Civil Procedure.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY                          Attorney's Signature

ATTORNEY'S
NAME & BAR NUMBER        Stephen M. Gelé, LA Bar #22385

ADDRESS                          201 St. Charles Ave., Suite 3702, New Orleans, LA 70170

TELEPHONE NUMBER              (504) 525-2200

File original and two copies with Clerk
fourth copy for Attorney's File

ORIGINAL REQUEST

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

SUBPOENA

No.   11-2129                   DIVISION "D"                   Docket No._____

CONCRETE BUSTERS OF LOUISIANA, INC., ET AL.

VERSUS

FREDERICK R. HEEBE, ET AL.

TO:   Joseph Richard Buller, 4901 Jefferson Highway, Suite E, Jefferson, Louisiana 70121

CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed below.

### SUBPOENA REQUEST

[XXXX]   YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in Division "D," 421 Loyola Ave., New Orleans, LA 70112, on the 21st day of September, 2011 at 10:00 a.m., to testify the truth according to your knowledge, in a controversy pending herein between the parties above named; and hereof you are not to fail under the penalty of the law.  By order of the Court.

### DEPOSITION SUBPOENA REQUEST

[     ]   YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

### REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[     ]   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects for the ___ trial, _____ deposition, or _ hearing (state type) _____ _____ at the place, date and time specified below (list documents or objects) pursuant to the provisions of Article 1354 et. seq. of the LA Code of Civil Procedure.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

Issued at the request of; and,
Fees and cost guaranteed by undersigned

ATTORNEY                              _____
                                             Attorney's Signature

ATTORNEY'S
NAME & BAR NUMBER        Stephen M. Gelé, LA Bar #22385

ADDRESS                         201 St. Charles Ave., Suite 3702, New Orleans, LA 70170

TELEPHONE NUMBER          (504) 525-2200

File original and two copies with Clerk
fourth copy for Attorney's File

ORIGINAL REQUEST

1967

P.C.

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**
**STATE OF LOUISIANA**

**SUBPOENA**

No.   11-2129              DIVISION "D"              Docket No._____

CONCRETE BUSTERS OF LOUISIANA, INC., ET AL.

VERSUS

FREDERICK R. HEEBE, ET AL.

**TO:**   **Frederick Heebe, through his attorney of record, Billy Gibbens, Schonekas Evans, McGoey & McEachin, LLC, 650 Poydras Street, Suite 2105, New Orleans, Louisiana 70130**

CLERK, CIVIL DISTRICT COURT - Please issue a subpoena to the above party as directed below.

---

### SUBPOENA REQUEST

[XXXX]   YOU ARE COMMANDED to appear in the Civil District Court, Parish of Orleans in Division "D," 421 Loyola Ave., New Orleans, LA 70112, on the 21st day of September, 2011 at 10:00 a.m., to testify the truth according to your knowledge, in a controversy pending herein between the parties above named; and hereof you are not to fail under the penalty of the law. By order of the Court.

---

### DEPOSITION SUBPOENA REQUEST

[    ]   YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

---

### REQUEST FOR WRIT OF SUBPOENA DUCES TECUM

[    ]   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects for the ___ trial, _____ deposition, or _ hearing (state type) _____ _____ at the place, date and time specified below (list documents or objects) pursuant to the provisions of Article 1354 et. seq. of the LA Code of Civil Procedure.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

Issued at the request of; and,
Fees and cost guaranteed by undersigned



**ATTORNEY**

ATTORNEY'S                    Attorney's Signature
NAME & BAR NUMBER        Stephen M. Gelé, LA Bar #22385

ADDRESS                         201 St. Charles Ave., Suite 3702, New Orleans, LA 70170

TELEPHONE NUMBER          (504) 525-2200

File original and two copies with Clerk
fourth copy for Attorney's File

SERVICE COPY