UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CONCRETE BUSTERS OF LOUISIANA, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 12-2596 |
| FREDERICK R. HEEBE, ET AL | * | SECTION "G" |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO RECUSE

NOW COME Petitioners Concrete Busters of Louisiana, Inc. and Waste Remediation of Plaquemines, LLC (collectively, "Concrete Busters"), who respectfully move to recuse/disqualify Judge Nannette Jolivette Brown from the above-entitled matter pursuant to U.S.C. 28 §455.

Respectfully Submitted,

_/s/ Randall A. Smith_
RANDALL A. SMITH, T.A. (No. 2117)
STEPHEN M. GELÉ (#22385)
    -OF-
SMITH & FAWER, L.L.C.
201 St. Charles Ave., Suite 3702
New Orleans, LA 70170
Telephone: (504) 525-2200
Facsimile: (504) 525-2205

Counsel for Plaintiffs
Concrete Busters of Louisiana, Inc. and
Waste Remediation of Plaquemines, LLC

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2012, I caused to be served via Court's ECF electronic filing system the foregoing pleading on all counsel of record.

*/s/ Randall A. Smith*
RANDALL A. SMITH