UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CONCRETE BUSTERS OF LOUISIANA, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 12-2596 |
| FREDERICK R. HEEBE, ET AL | * | SECTION "K" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARILY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)

**NOW COME** Petitioners Concrete Busters of Louisiana, Inc. and Waste Remediation of Plaquemines, LLC who, based upon the decision by the United States Department of Justice to terminate any investigation of defendants herein and dismiss with prejudice its prosecutions of their alleged co-conspirators "based on evidentiary concerns and in the interests of justice," thus indicating to Petitioners that they were misled by the federal investigation as to the extent and quality of the evidence that the defendants committed wrongful acts, and based upon the uncertainties and expense of continued litigation, hereby voluntarily dismiss the above-captioned matter with prejudice.

1

Respectfully Submitted,

/s/ Stephen M. Gelé
RANDALL A. SMITH, T.A. (No. 2117)
STEPHEN M. GELÉ (#22385)
    -OF-
SMITH & FAWER, L.L.C.
201 St. Charles Ave., Suite 3702
New Orleans, LA 70170
Telephone: (504) 525-2200
Facsimile: (504) 525-2205

Counsel for Plaintiffs
Concrete Busters of Louisiana, Inc. and
Waste Remediation of Plaquemines, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of May, 2013, I caused to be served via Court's ECF electronic filing system the foregoing pleading on all counsel of record.


/s/ Stephen M. Gelé
STEPHEN M. GELÉ